UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIROYAL CHEMICAL COMPANY, INC., d/b/a CROMPTON MANUFACTURING COMPANY : <br><br> Plaintiff, : <br><br> v. : <br><br> SYNGENTA CROP PROTECTION, INC. : <br><br> Defendant. : | Civil Action No. 3:02cv02253 (AHN) <br><br><br><br> OCTOBER 15, 2003 |

### APPEARANCE

Please enter my appearance as attorney for Syngenta Crop Protection, Inc. in the above action.

Dated at Stamford, Connecticut this 15th day of October, 2003

                                                DEFENDANT
                                                SYNGENTA CROP PROTECTION, INC.

                                                By: _____
                                                R. Michael Meo, Jr.
                                                Federal Bar No. ct 16318
                                                Shipman & Goodwin LLP
                                                300 Atlantic Street
                                                Third Floor
                                                Stamford, Connecticut 06901
                                                Tel: (203) 324-8100
                                                Fax: (203) 324-8199
                                                rmeo@goodwin.com
                                                Its Attorneys

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of October 2003, a copy of the foregoing Appearance was mailed via First Class Mail, postage prepaid, to:

Charles R. Corcoran, III, Esq.
Carmody & Torrance LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950

_____
R. Michael Meo, Jr.

93890 v.01