UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIROYAL CHEMICAL COMPANY, INC., d/b/a CROMPTON MANUFACTURING COMPANY | : : : : |
| Plaintiff, | : Civil Action No. : 3:02cv02253 (AHN) |
| v. | : : |
| SYNGENTA CROP PROTECTION, INC. | : : |
| Defendant. | : OCTOBER 15, 2003 |

### MOTION FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7(b), defendant Syngenta Crop Protection, Inc. ("Syngenta") hereby requests an extension of time of fifteen (15) days, to and including October 30, 2003, in which to answer or otherwise respond to plaintiff's Complaint. On September 30, 2003, the Court (Nevas, J.) granted Syngenta's Motion to Dismiss Count Four of the Complaint, alleging violation of the Delaware Franchise Security Law. Thus, Syngenta's present deadline to answer or otherwise respond to the Complaint is October 15, 2003. Additional time is necessary for Syngenta and its undersigned counsel to analyze the remaining claims set forth in the Complaint and the law related thereto, and to prepare an appropriate response.

The undersigned left a message with plaintiff's counsel, Charles Corcoran, on the morning of October 15, 2003 requesting his position with respect to this motion. However, at

the time of this motion's submission, Attorney Corcoran had not returned that message, and therefore his position could not be ascertained.

This is Syngenta's first request for an extension of the existing time limitation.

**SYNGENTA CROP PROTECTION, INC.**

By: _____
William A. Ruskin (Fed. Bar No. ct20898)
R. Michael Meo, Jr. (Fed. Bar No. ct16318)
Shipman & Goodwin LLP
300 Atlantic Street, Third Floor
Stamford, Connecticut 06901
Telephone: (203) 324-8100
Facsimile: (203) 324-8199
E-mail: wruskin@goodwin.com
E-mail: rmeo@goodwin.com

- and -

Paul D. Sanson (Fed. Bar No. ct05477)
Karen T. Staib (Fed. Bar No. ct21119)
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103
Telephone: (860) 251-5000
Facsimile: (860) 251-5600
E-mail: psanson@goodwin.com
E-mail: kstaib@goodwin.com
Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of October 2003, a copy of the foregoing Motion for Extension of Time was mailed via First Class Mail, postage prepaid, to:

Charles R. Corcoran, III, Esq.
Carmody & Torrance LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950

_____
R. Michael Meo, Jr.

103148 v.01