UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIROYAL CHEMICAL COMPANY, INC. d/b/a CROMPTON MANUFACTURING COMPANY : : : : Plaintiff, : : v. : : SYNGENTA CROP PROTECTION, INC. : : Defendant. : | Civil Action No. 3:02CV02253 (AHN) OCTOBER 23, 2003 |

### AFFIDAVIT OF WILLIAM A. RUSKIN

**WILLIAM A. RUSKIN**, being duly sworn, deposes and states:

1. I am a partner at the law firm of Shipman & Goodwin LLP, and represent Syngenta in the above-referenced matter. As such, I am familiar with the facts and circumstances giving rise to Syngenta's motion to compel plaintiff to produce documents and for entry of Syngenta's proposed Confidentiality Order.

2. Rather than address Syngenta's motion on the merits, plaintiff's memorandum seeks to distract the Court from the substantive issues presented by making inappropriate attacks on counsel. These attacks include claims of distorting the circumstances giving rise to the motion (Plaintiff's Obj. p. 2); that counsel's statements are "both incorrect and disingenuous" (Plaintiff's Obj. p. 2); that counsel is disingenuous and unfair (Plaintiff's Obj. p. 18); that counsel "misrepresented, both in

Court and in his affidavit, the discussions with plaintiff's counsel regarding the Confidential Documents" (Plaintiff's Obj. p. 21); and that "Syngenta has not acted in good faith" (Plaintiff's Obj. p. 21). This affidavit will briefly address these issues. Syngenta submits that the Court should disregard these Ad Hominem attacks and consider the motion on the merits.

**Uniroyal Did Not Offer Syngenta Unredacted Site
Description Forms at the Court Conference**

3. The Settlement Conference on August 29, 2003 was attended by plaintiff's counsel, Charles Corcoran, and two Uniroyal employees, Kevin Donovan and Laurie Treu. At one point during the conference, Mr. Donovan offered to provide Syngenta with the two page summary sheets for each of its field trial reports (referred to as "Site Description Forms"). I accepted this offer. However, Laurie Treu immediately thereafter advised the Court and counsel that this was unacceptable and that the Site Description Forms would only be produced with portions redacted. This was not an acceptable compromise.

4. When Mr. Corcoran e-mailed to me a sample Site Description Form on September 5, 2003, he provided the form for another Uniroyal product, B-Nine, because he "thought it would be more useful to see what type of information is included in these reports, so there is no need to redact anything." Therefore, it is clear from Mr. Corcoran's e-mail, which is attached to this affidavit as Exhibit A, that Uniroyal did not offer to provide, at any time prior to the filing of the instant motion, the

2

unredacted Bonzi Site Description Forms. Uniroyal's supposed prior "compromise" is revisionist history.

**The "Attorneys Eyes Only" Document Review**

5.  On the morning of July 10, 2003, I conducted an inspection of documents that plaintiff has designated "attorneys eyes only" in Waterbury. Attorney Russell Green attended the inspection. During this inspection, I advised Mr. Green that many of the documents Uniroyal had withheld from production were clearly publicly available documents, including but not limited to, published journal articles; Product Use Guides; instructional videotapes, grower presentations and customer emails and newsletters.

6.  After making a client inquiry, Attorney Green advised me that two Bonzi instructional/educational videotapes had been mistakenly marked "attorneys eyes only".[1] In that case, I asked Mr. Green, why were hundreds of pages of other Uniroyal instructional/educational materials, including published journal articles, Product Use Guides, transcripts of educational seminars and PGR Management School, marked "attorneys eyes only"? Presumably, they contained the same kind of information as shown on the videotapes. Mr. Green was unable to state why these other similar documents should be treated any differently than the videotapes.

---

[1] The videotapes are titled "Plant Growth Regulators: Know the Facts" and "Plant Growth Regulators: Doing it Right." The videotapes provide <u>inter</u> <u>alia</u> detailed information on spray and drench applications of Bonzi on various plants under various conditions.

3

7. When pressed, Mr. Green shrugged his shoulders and advised me that he would raise Syngenta's concerns with Mr. Corcoran because he was unable to respond to my questions. In answer to Mr. Green's offer to provide me with copies of the videotapes, I advised Mr. Green that since it appeared that hundreds of non-confidential materials had been improperly designated "attorneys eyes only", providing Syngenta with two videotapes was less important than Uniroyal undertaking a review of <u>all</u> of the documents Uniroyal had labelled "attorneys eyes only" and supplement Uniroyal's document production following that review. He stated that such a review would occur.

8. Although three months have passed since those discussions, and the issue also raised with Mr. Corcoran on multiple occasions, including at the settlement conference, the only documents Uniroyal has produced since that inspection are the two videotapes.[2] Neither Mr. Green nor Mr. Corcoran (or any Uniroyal representative) has offered a satisfactory explanation why sales and marketing materials continue to be withheld from Syngenta on the ground that they are "attorneys eyes only".

William A. Ruskin

Subscribed and sworn to before
me this 23rd day of October, 2003.

Notary Public    ELAINE M. PERRY
                 NOTARY PUBLIC
                 MY COMMISSION EXPIRES OCT. 31, 2005

---

[2] The videotapes were provided under cover of Attorney Green's letter, dated October 9, 2003, only after the filing of the instant motion.

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of October, 2003, a copy of the foregoing Affidavit of William A. Ruskin was sent via First Class U.S. mail to:

Charles R. Corcoran, III, Esq.
Carmody & Torrance LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950

Piyush Sharma
Fed. Bar. No. ct23463

103192 v.01

# EXHIBIT A

# Perry, Elaine

**From:** Ruskin, William
**Sent:** Monday, September 15, 2003 1:00 PM
**To:** Perry, Elaine
**Subject:** Syngenta

Elaine please print and file Corcoran's email and the attachment. Thanks

-----Original Message-----
**From:** Charles F. Corcoran, III [SMTP:ccorcoran@carmodylaw.com]
**Sent:** Friday, September 05, 2003 4:04 PM
**To:** Ruskin, William
**Subject:** FW: REPORT FORM REQUEST

Attached is a sample field trial report. Instead of a blank form, the attached is an actual report for one of our other PGR products, B-Nine - I thought it would be more useful to see what type of information is included in these reports, so there is no need to redact anything.

---

This electronic message contains information from Carmody & Torrance LLP,
or its attorneys which may be confidential, privileged or otherwise protected
from disclosure.  The information is intended to be used solely by the
recipient(s) named.  If you are not an intended recipient, be aware that any
review, disclosure, copying, distribution or use of this transmission or its
contents is prohibited.  If you have received this transmission in error, please
notify us immediately at (203) 573-1200 or at the reply email address.
For more information about Carmody & Torrance, please go to:
http://www.carmodylaw.com

---



Site decription form.pdf

1

11-28-98 (PAK98043)                                          Site Description Page 1 of 2
                           Uniroyal Chemical Company, Inc.
An Evaluation of Growth Control on Perennial--Salvia leucantha (Mexican sage)

Exp. No.: PAK98043                    Cooperator: Joyce Latimer
By: Paul King                         Test Location: Savannah, Georgia

Field Program Page No.:2              Computer No.:
Treated: 1998  Type Efficacy:PGR       Follow-Up Report:NA   NPR Program:NA

TEST LOCATION:              VAL: 1-1  COOPERATOR ADDRESS:
 Continent: NO AMERICA                 University of Georgia
 Country: USA                          1109 Experiment Street
 St/Prov: Georgia                      Griffin, GA 30223-1797
 City: Savannah

Applied By: Joyce Latimer             Test Source: Uniroyal

UNIROYAL PRODUCT INFORMATION:
 Common Name        Trade Name/Code Number        Form.  UBI Number
 DAMINOZIDE         B-NINE WSG                    WSG    2231-03

 Appl. Type: FOLIAR SPRAY   Appl. Timing: New Spring Growth   Tank Mix: Y

OTHER PESTICIDES USED IN THE TEST:
 Common Name        Trade Name                    Form.
 CHLORMEQUAT        CYCOCEL                       1E
 UNICONAZOLE        SUMAGIC                       SL

CROP                                   Stage of Growth at Treatment
 Group       Sub-Group       Variety   Lf.# Hght.  Lf.# Hght.  Lf.# Hght.
 Flowering Plants Salvia leucantha  NA

TARGET: OTHER                         Bayer  Stage of Growth at Treatment
 Group                                Code   Lf#/Stg Hght.  Lf#/Stg Hght.
      Scientific Name
 NA           NA                      NA     NA

EFFICACY DATA TAKEN FOR:                       Other          Fruit Rmvl Forc
 Disease Cnt   Crop Phyto    Bloom Effect  Compatibil  Emergence      Maturation
 Insect Cnt    Crop Yield    Brush Cnt.    Defoliation XGrowth Inh    Post Hrvst Qual
 Weed Cnt      XCrop Hght.   Carry-Over    Desiccation Lodging        Stand Count
 Residue       Crop Qual.    Tissue Anal.  Form. Eval. Repellent      Non-Target

EXPERIMENTAL DESIGN: RCB     No. Reps: 5   Plot Size: 1 pot    Row Space: NA

FIELD PREPARATION AND PLOT MAINTENANCE: Plugs were planted in 4" pots in Fall,
then held in a cold frame over the Winter and moved into a greenhouse in March.
After resumption of growth, the plants were treated with the PGR's.

CLIMATE CONDITIONS:
Season Moisture Condition: Normal    Moisture Source: Watered as necessary
Season Temperature Condition: Normal

Date Planted: 10-1-97   Depth Planted: NA        Date Harvested:
          MO-DA-YR                                          MO-DA-YR

SG 98-018

11-28-98 (PAK98043)      Uniroyal Chemical Company, Inc.      Site Description Page 2 of 2

|  | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| Type of Treatment: | A |  |  |  |  |  |
| Dates Treated: | 4-6-98 | 4-20-98 | 5-4-98 |  |  |  |
| Time Treated: | PM |  |  |  |  |  |
| Air Temperature (F/C): | 80 F |  |  |  |  |  |
| % Relative Humidity: | 68 |  |  |  |  |  |
| Wind Speed, Direction: |  |  |  |  |  |  |
| Sky Conditions: | Cloudy |  |  |  |  |  |
| Soil Moisture Surface: | Adequate |  |  |  |  |  |
| Soil Moisture Subsurface: | Adequate |  |  |  |  |  |
| Soil Tilth: | NA |  |  |  |  |  |
| Soil Temperature (F/C): |  |  |  |  |  |  |
| Leaf Moisture: | NA |  |  |  |  |  |

**SOIL TEXTURE**
Texture: Course     Name: Gro-Bark 300
% Sand: NA    % Silt: NA    % Clay: NA    % OM: NA    pH: NA    CEC: NA

**APPLICATION EQUIPMENT:** Compressed Air

| Sprayer Type | APPL LETR | SPD (MPH) | NOZZ TYPE | NOZZ SIZE | NOZZ HGHT | NOZZ SPAC | # OF NOZZ | PRESS (PSI) | VOLUME (GPA) | SWATH WIDTH |
|---|---|---|---|---|---|---|---|---|---|---|
| Gilmour 201 P | A |  | Cone | NA | 15" | NA | 1 | 30 |  |  |

**SOIL INCORPORATION** Depth: NA      Equipment: NA

**SEED TREATMENT EQUIPMENT:** Hopper Box: NA    Commercial: NA    Lab: NA
Other (Specify): NA

**SUMMARY:**
An Evaluation of Growth Control on Perennial--Salvia leucantha.
(Mexican Sage)
Objective: To evaluate growth control of Salvia leucantha using B-Nine, B-Nine/Cycocel, or Sumagic and subsequent persistence effects of the PGR on plant performance in the landscape.

Rates: B-Nine was applied at 5000ppm; B-Nine/Cycocel combination was applied at 5000/1500ppm; Sumagic was applied at 15,30,45, and 60ppm. These rates are in ppm product.

Results: Mexican Sage was very responsive to B-Nine showing 35% height reductions at both 3 and 5 WAT in the greenhouse. The B-Nine/Cycocel combination showed good reduction at 3 WAT, but poor height reduction at 5 WAT. The B-Nine/Cycocel combination showed less persistence in the landscape than the B-Nine treatment.
Mexican Sage was also responsive to Sumagic particularly at rates of 30ppm or higher. The response appeared to be excessive when 45 or 60ppm were used. The only persistence noted in the landscape phase was plant width which lasted through 4 WAP.

Signed: _[signature]_     Date: 12-9-98     Pictures Taken:
This report read and understood by: _[signature]_   Date: 12/22/98