FILED

2003 OCT 17 A 10: 15

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNIROYAL CHEMICAL COMPANY, INC., d/b/a CROMPTON MANUFACTURING COMPANY | : | |
| Plaintiff, | : | Civil Action No. 3:02cv02253 (AHN) |
| v. | : | |
| SYNGENTA CROP PROTECTION, INC. | : | |
| Defendant. | : | OCTOBER 16, 2003 |

### AMENDED MOTION, ON CONSENT, FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7(b), defendant Syngenta Crop Protection, Inc. ("Syngenta") hereby requests an extension of time of fifteen (15) days, to and including October 30, 2003, in which to answer or otherwise respond to plaintiff's Complaint. On September 30, 2003, the Court (Nevas, J.) granted Syngenta's Motion to Dismiss Count Four of the Complaint, alleging violation of the Delaware Franchise Security Law. Thus, Syngenta's present deadline to answer or otherwise respond to the Complaint is October 15, 2003.[1] Additional time is necessary for Syngenta and its undersigned counsel to analyze the remaining claims set forth in the Complaint and the law related thereto, and to prepare an appropriate response.

---

[1] Defendant filed its initial Motion for Extension of Time, upon which this amended motion is based, on October 15, 2003, which was within its operative pleading deadline.

10/27/03. GRANTED. SO ORDERED.
ALAN H. NEVAS, U.S.D.J.