UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2003 OCT 31 P 3: 59

US DISTRICT COURT
BRIDGEPORT CT

UNIROYAL CHEMICAL CO, INC., :
d/b/a CROMPTON MANUFACTURING :
CO., :
        Plaintiff, :
                              : Case No. 3:02cv2253
v. :
                              :
SYNGENTA CROP PROTECTION, INC.,:
        Defendant. :

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate <u>Judge Holly B. Fitzsimmons</u> for the following purposes:

\_\_\_ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

**XXX** To supervise discovery and resolve discovery disputes (orefmisc./dscv) **Doc. ## 29, 30, 31, 33, 34, 35, 41, 42.**

\_\_\_ A ruling on the following motions which are currently pending: (orefm.) Doc.# _____

      A settlement conference (orefmisc./cnf)

\_\_\_ A conference to discuss the following: (orefmisc./cnf) _____

\_\_\_ Other: (orefmisc./misc) _____

SO ORDERED this 30 day of October, 2003 at Bridgeport, Connecticut.

Alan H. Nevas
United States District Judge