FILED

2003 OCT 30 P 3: 56

U.S. DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIROYAL CHEMICAL COMPANY, INC., d/b/a CROMPTON MANUFACTURING COMPANY | : : : : |
| Plaintiff, | : Civil Action No. : 3:02cv02253 (AHN) |
| v. | : : |
| SYNGENTA CROP PROTECTION, INC. | : : |
| Defendant. | : OCTOBER 30, 2003 |

**JURY TRIAL DEMAND**

Defendant, Syngenta Crop Protection, Inc., hereby demands a trial by jury of all issues arising under or in connection with the Complaint.

**SYNGENTA CROP PROTECTION, INC.**

By: _____
William A. Ruskin (Fed. Bar No. ct20898)
R. Michael Meo, Jr. (Fed. Bar No. ct16318)
Shipman & Goodwin LLP
300 Atlantic Street, Third Floor
Stamford, Connecticut 06901
Telephone: (203) 324-8100
Facsimile: (203) 324-8199
E-mail: wruskin@goodwin.com
E-mail: rmeo@goodwin.com

- and -

Paul D. Sanson (Fed. Bar No. ct05477)
Karen T. Staib (Fed. Bar No. ct21119)
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103
Telephone: (860) 251-5000
Facsimile: (860) 251-5600
E-mail: psanson@goodwin.com
E-mail: kstaib@goodwin.com
Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October 2003, a copy of the foregoing Answer, Affirmative Defenses and Jury Trial Demand was mailed via First Class Mail, postage prepaid, to:

Charles R. Corcoran, III, Esq.
Carmody & Torrance LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950

_____
R. Michael Meo, Jr.

103534