FILED

39

UNITED STATES DISTRICT COURT 2003 SEP 30 P 12: 23
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIROYAL CHEMICAL COMPANY, INC., d/b/a CROMPTON MANUFACTURING COMPANY | : <br> : <br> : |
| Plaintiff, | : Civil Action No. <br> : 3:02cv02253 (AHN) |
| v. | : |
| SYNGENTA CROP PROTECTION, INC. | : |
| Defendant. | : SEPTEMBER 22, 2002 |

FILED 2003 NOV 13 A 8: 48

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSES AND/OR OBJECTIONS TO DEFENDANT'S SECOND SET OF INTERROGATORIES AND THIRD REQUEST FOR PRODUCTION OF DOCUMENTS DATED AUGUST 22, 2003

The plaintiff, Uniroyal Chemical Company, Inc., d/b/a Crompton Manufacturing Company, hereby moves this court for an extension of time through and until October 22, 2003 to file responses and/or objections to the defendant's Second Set of Interrogatories and Third Request for Production of Documents dated August 22, 2003. The undersigned represents that he has attempted to speak with both offices of Shipman & Goodwin, counsel for the defendant Syngenta Crop Protection, Inc., to get consent to the granting of this Motion but has received no response.

11/10/03. GRANTED. SO ORDERED.
ALAN H. NEVAS, U.S.D.J.

CARMODY & TORRANCE LLP
Attorneys at Law
{W1269780}

50 Leavenworth Street
Post Office Box 1110
Waterbury, CT 06721-1110
Telephone: 203 573-1200