FILED

2003 DEC 11  P 1: 18

US

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNIROYAL CHEMICAL COMPANY, INC.,          :
d/b/a CROMPTON MANUFACTURING              :
COMPANY                                   :
                                          :
                                          :     Civil Action No.
        Plaintiff,                        :     3:02cv02253 (AHN)
                                          :
v.                                        :
                                          :
SYNGENTA CROP PROTECTION, INC.            :
                                          :
        Defendant.                        :     DECEMBER 11, 2003

## APPEARANCE

Please enter the appearance of Stuart C. Johnson on behalf of the plaintiff in the

above-entitled action.

                                    THE PLAINTIFF,
                                    UNIROYAL CHEMICAL COMPANY,
                                    INC. d/b/a CROMPTON
                                    MANUFACTURING COMPANY

                                    By: _____
                                        Stuart C. Johnson
                                        Fed. Bar No: ct20277
                                        Carmody & Torrance LLP
                                        195 Church Street
                                        P.O. Box 1950
                                        New Haven, CT 06509-1950
                                        Tel:  (203) 777-5501
                                        Fax: (203) 784-3199
                                        E-mail: sjohnson@carmodylaw.com
                                        Its Attorneys

{N0708818}

CARMODY & TORRANCE LLP      195 Church Street
Attorneys at Law            Post Office Box 1950
                            New Haven, CT 06509-1950
                            Telephone: 203 777-5501

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing has been mailed, postage prepaid,

on the above date, to:

William A. Ruskin
(Fed. Bar No. ct20898)
Shipman & Goodwin LLP
300 Atlantic Street, Third Floor
Stamford, CT  06901
Telephone: (203) 324-8100
Facsimile: (203) 324-8199
E-mail: wruskin@goodwin.com

Paul D. Sanson (Fed. Bar No. ct05477)
Karen T. Staib (Fed. Bar No. ct21119)
Shipman & Goodwin LLP
One American Row
Hartford, CT  06103
Telephone: (860) 251-5000
Facsimile: (860) 251-5600
E-mail: psanson@goodwin.com
E-mail: kstaib@goodwin.com

_____
Stuart C. Johnson

{N0708818}

CARMODY & TORRANCE LLP     195 Church Street
Attorneys at Law                          Post Office Box 1950
                                                    New Haven, CT 06509-1950
                                                    Telephone: 203 777-5501