HONORABLE *Fredrick Simmons* (?)

TOTAL TIME: ___ hours  40 minutes    DEPUTY CLERK Kolesnikoff   RPTR/ERO/TAPE BALDWIN

DATE 12/16/03    START TIME 11:25   END TIME 12:05
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

UNIROYA
vs.
Syngenta

CIVIL NO. 3:02CV2253

Charles Corcoran
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

William Ruskin
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☒ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscellaneous Hearing
☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing
☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

☒ Dft. #29  Motion to Compel  ☐ granted ☐ denied ☐ advisement
☒ Dft. #33  Motion to Compel  ☐ granted ☐ denied ☐ advisement
☐ #___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ #___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ #___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ #___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ #___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ Oral Motion _____ ☐ granted ☐ denied ☐ advisement

☐ Brief(s) due _____    ☐ Proposed Findings due _____    Response due _____

___ Hearing continued until _____ at _____