```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

UNIROYAL CHEMICAL COMPANY INC.,   :
d/b/a CROMPTON MANUFACTURING      :
COMPANY                           :
            PLAINTIFFS,           :
                                  :
v.                                :   CIV. NO. 3:02cv2253 (AHN)
                                  :
SYNGENTA CROP PROTECTION, INC.    :
            DEFENDANTS.           :
                                  :
```

**SCHEDULING ORDER**

Defendant contacted the court via telephone to request a 90 day extension of deadlines set in the court's scheduling order of September 24, 2003. Plaintiff does not object.  Accordingly, the deadlines are revised as follows.

Fact discovery will close on Friday, May 21, 2004.

Plaintiffs will disclose expert witnesses on or before Friday, May 21, 2004.  Defendants will depose Plaintiff's experts on or before Friday, June 18, 2004.

Defendants will disclose expert witnesses on or before Friday, July 16, 2004. Plaintiffs will depose Defendant's experts on or before Friday, August 13, 2004.

Dispositive motions are due on or before Friday, July 16, 2004. Responses are due on or before Friday, August 13, 2004.

A pre-filing conference will be held before Judge Nevas in

June 2004 with trial to commence in the fall of 2004.

SO ORDERED at Bridgeport this 12th day of February 2004

__/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE

2