UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIROYAL CHEMICAL COMPANY, INC., d/b/a CROMPTON MANUFACTURING COMPANY | : <br> : <br> : <br> : |
| Plaintiff, | : Civil Action No. <br> : 3:02CV02253 (AHN) <br> : |
| v. | : <br> : <br> : |
| SYNGENTA CROP PROTECTION, INC. | : <br> : |
| Defendant. | : MAY 12, 2004 |

**DEFENDANT'S MOTION (i) TO COMPEL DISCOVERY RESPONSES; (ii) TO COMPEL DEPOSITIONS; (iii) TO SERVE ADDITIONAL INTERROGATORIES; and (iv) FOR EXTENSION OF TIME**

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, defendant Syngenta Crop Protection, Inc. ("Syngenta") hereby moves to compel plaintiff Uniroyal Chemical Company, Inc. d/b/a Crompton Manufacturing Company ("Uniroyal") to provide written responses and produce documents responsive to Syngenta's discovery requests, specifically its First Request for Production of Documents Nos. 7, 8, 15, 18 and 19; Second Set of Interrogatories Nos. 1 and 2; Third Request for Production Nos. 7, 10, 12 and 13; Fourth Request for Production of Documents Nos. 3, 4 and 5; and Fourth Set of Interrogatories and Fifth Request for Production No. 1.

Specifically, Uniroyal has failed fully and fairly to respond to Syngenta's discovery requests without a sufficient basis for doing so. The discovery in question is directly relevant to the factual issues alleged in the Complaint and to the relief sought by Uniroyal.

Pursuant to Fed. R. Civ. P. 37(a)(2)(B), Syngenta certifies that it has made several good-faith attempts to resolve the matters at issue herein in an effort to obtain the information and material requested without the need for Court intervention.

Syngenta further moves for an Order compelling any person designated by Uniroyal as a Rule 30(b)(6) witness to subject himself or herself to a separate seven hour deposition in his or her capacity as Uniroyal's 30(b)(6) witness, in addition to any deposition taken of said person individually.

In addition, Syngenta seeks an order pursuant to Fed. R. Civ. P. 26(b)(2) permitting Syngenta to serve up to an additional fifteen interrogatories beyond the limit of twenty-five. Uniroyal's counsel, Charles Corcoran, has represented that Uniroyal consents to this request.

Finally, in order to complete discovery and to adequately prepare this matter for trial, Syngenta seeks an extension of the current discovery, pretrial and trial exposure deadlines set forth in the Court's February 12, 2004 Scheduling Order for a period of no less than 180 days. Attorney Corcoran has represented that Uniroyal consents to a 90 day, but not 180 day, extension of the subject deadlines. Syngenta previously had contacted the Court via telephone to request a 90 day extension of the deadlines set forth in the Court's September 24, 2003 Scheduling Order. Uniroyal did not object. That request was granted by the Court's February 12, 2004 Scheduling Order.

A memorandum of law in support of this Motion, and an Affidavit of Good Faith, are submitted herewith.

**DEFENDANT**
**SYNGENTA CROP PROTECTION, INC.**

By: _____
William A. Ruskin
Fed. Bar No. ct20898
R. Michael Meo, Jr.
Fed. Bar No. ct16318
Shipman & Goodwin LLP
300 Atlantic Street
Stamford, Connecticut 06901
Telephone: (203) 324-8100
Facsimile: (203) 324-8199
E-mail: wruskin@goodwin.com
E-mail: rmeo@goodwin.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of May, 2004, a copy of the foregoing Motion was mailed, postage pre-paid to:

Charles R. Corcoran, III, Esq.
Carmody & Torrance LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950

_____
R. Michael Meo, Jr.

369249 v.04