Exhibit C



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNIROYAL CHEMICAL COMPANY, INC., :
d/b/a CROMPTON MANUFACTURING :
COMPANY :
: Civil Action No.
Plaintiff, : 3:02cv02253 (AHN)
:
v. :
:
SYNGENTA CROP PROTECTION, INC. :
:
Defendant. : July 24, 2003

## SUPPLEMENTAL RESPONSES TO DEFENDANT'S FIRST SET OF INTERROGATORIES AND SECOND REQUEST FOR PRODUCTION OF DOCUMENTS

The plaintiff, Uniroyal Chemical Company, Inc. d/b/a Crompton Manufacturing Company ("Uniroyal"), hereby files its supplemental responses to its Answers and Objections, dated May 28, 2003, to the defendant's First Request for Production of Documents dated March 25, 2003. In providing these supplemental repsonses, Uniroyal is not waiving any of the objections it has previously asserted.

## Interrogatories

1. Describe each new use and formulation for Bonzi which Uniroyal claims it developed for use in the Development Field.

   a. For each new use or formulation, state the date when such new use and formulation was submitted for registration.

{W1259610}

CARMODY & TORRANCE LLP    195 Church Street
Attorneys at Law          Post Office Box 1950
                          New Haven, CT 06509-1950
                          Telephone: 203 777-5501

b. For each new use or formulation which Uniroyal claims that it developed, describe all work performed and efforts undertaken to develop said use or formulation and identify persons with knowledge of such work and efforts.

c. For each new use or formulation which Uniroyal claims it developed, identify with specificity the language in Uniroyal's Bonzi label, which indicates or describes said new use or formulation. (In responding to this sub-section, identify the specific Bonzi label referred to.)

**ANSWER:**

**Notwithstanding the general objections, Uniroyal responds as follows: See enclosed documents.**

**SUPPLEMENTAL RESPONSE**

1. Describe each new use and formulation for Bonzi which Uniroyal claims it developed for use in the Development Field.

 a. For each new use or formulation, state the date when such new use and formulation was submitted for registration.

 **See attached table. As noted on the attached table, submission of the new uses or formulations was made by ICI /Zeneca, the basic registrant of the product. Uniroyal does not know the actual submission date, so the dates indicated are the dates that the registration was approved.**

{W1259610}   2

CARMODY & TORRANCE LLP   195 Church Street
Attorneys at Law   Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501

b.  For each new use or formulation which Uniroyal claims that it developed, describe all work performed and efforts undertaken to develop said use or formulation and identify persons with knowledge of such work and efforts.

**See attached table.  Also, see documents bearing bates numbers CC02536 – CC07133 for data used to develop and/or support the new uses.  Said documents also list additional persons with knowledge of such work and efforts.**

c.  For each new use or formulation which Uniroyal claims it developed, identify with specificity the language in Uniroyal's Bonzi label, which indicates or describes said new use or formulation.  (In responding to this sub-section, identify the specific Bonzi label referred to.)

**See attached table.  This table references the label version and the specific section (e.g., A, B, C, etc.) of the label where the language can be found on the label.**

2.  If Uniroyal claims that it retains marketing and sales rights to any new use or formulation of Bonzi which it developed under the Development Agreement for a period of more than five (5) years from the date of registration of such new use or formulation, state all facts that support this contention.

{W1259610}   3

CARMODY & TORRANCE LLP    195 Church Street
Attorneys at Law          Post Office Box 1950
                          New Haven, CT 06509-1950
                          Telephone: 203 777-5501

**ANSWER:**

Notwithstanding the general objections, Uniroyal responds as follows: See enclosed documents.

**SUPPLEMENTAL RESPONSE**

Paragraph 4 of the Development Agreement states:

> For each new use and formulation developed by Uniroyal for use in the Development Field, ICIA will grant to Uniroyal marketing and sales rights as defined in Section 1.2 of the Bonzi Chemical Supply Agreement. Said marketing and sales rights shall be granted for 5 years from the date of registration of any new use or formulation. Uniroyal shall retain all marketing amd [sic] sales rights to any new use or formulation which it develops under this Agreement. This provision shall survive the termination of this Agreement provided termination is not the result of any breach by Uniroyal of this Agreement or the Supply Agreement.

The five-year provision is modified by the "Uniroyal shall retain all marketing and sales rights" provision, both of which are modified by the "survival" language. Syngenta did not terminate the Agreement because of any breach by Uniroyal. Therefore, Uniroyal retains all uses and formulations that it developed indefinitely (not merely for five years from the most recent date of any new registration of any new use or formulation).

{W1259610}  4

CARMODY & TORRANCE LLP   195 Church Street
Attorneys at Law   Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501

3. Identify all uses and formulations for Bonzi that appear on Uniroyal's 2000 Bonzi product label which do not appear on the 1997 Bonzi product label making specific reference to the labelling in your response.

**ANSWER:**

**Notwithstanding the general objections, Uniroyal responds as follows: See enclosed documents.**

**SUPPLEMENTAL RESPONSE**

**See attached annotated label (Attachment 1) for the uses and formulations.**

4. Identify all uses or formulations for Bonzi which appear on Syngenta's Bonzi product label (attached to plaintiff's complaint) which Uniroyal contends are uses or formulations developed by Uniroyal since January 1, 1998.

**ANSWER:**

**Notwithstanding the general objections, Uniroyal responds as follows: See enclosed documents.**

**SUPPLEMENTAL RESPONSE**

**The new uses on the Syngenta label that Uniroyal has developed since 1998 are disclosed on the attached annotated label (Attachment 2). Uniroyal is not claiming exclusive right to these uses. The uses on the Syngenta label that Uniroyal is contesting are those uses developed by Uniroyal during the**

{W1259610}   5

CARMODY & TORRANCE LLP   195 Church Street
Attorneys at Law   Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501

period of the Development Agreement, i.e., the period from 1991 through 1996. However, data generated since January 1, 1998 has been used to support uses and applications previously developed by Uniroyal. Revisions to those existing uses are also shown on Attachment 2.

5. Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, identify all witnesses who have been retained or specially employed by Uniroyal to provide expert testimony in the case or whose duties as an employee of Uniroyal regularly involve giving expert testimony and provide:

    a. A complete statement of all opinions to be expressed and the basis and reasons therefore;

    b. The data or other information considered by the witness in forming the opinions;

    c. Any exhibits to be used as a summary of or support for the opinions;

    d. The qualifications of the witness, including a list of all publications authored by the witness within the preceding ten years;

    e. The compensation to be paid for the study and testimony; and

    f. A listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years.

**ANSWER:** Expert disclosures will be made in accordance with Rule 26(a)(2)(C).

{W1259610}  6

CARMODY & TORRANCE LLP
Attorneys at Law
195 Church Street
Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501

### Requests for Production

1.  Produce documents concerning Uniroyal's response to Interrogatory No. 1.

**ANSWER:**

**Notwithstanding the general objections, Uniroyal responds as follows:**

See enclosed documents.

**SUPPLEMENTAL RESPONSE**

See documents bearing bates numbers CC02536 – CC07133. Said documents have been previsously produced and/or made available for inspection.

2.  Produce documents concerning Uniroyal's response to Interrogatory No. 2.

**ANSWER:**

**Notwithstanding the general objections, Uniroyal responds as follows:**

See enclosed documents.

**SUPPLEMENTAL RESPONSE**

See Development Agreement.

{W1259610}    7

CARMODY & TORRANCE LLP    195 Church Street
Attorneys at Law    Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501

3. Produce documents concerning Uniroyal's response to Interrogatory No. 3.

**ANSWER:**

Notwithstanding the general objections, Uniroyal responds as follows: See enclosed documents.

**SUPPLEMENTAL RESPONSE**

See annotated label attached, and documents bearing bates numbers CC02536 – CC07133. Said documents have been previsously produced and/or made available for inspection.

4. Produce documents concerning Uniroyal's response to Interrogatory No. 4.

**ANSWER:**

Notwithstanding the general objections, Uniroyal responds as follows: See enclosed documents.

**SUPPLEMENTAL RESPONSE**

See documents bearing bates numbers CC03840-CC05542 and CC06283-CC07133. Said documents have been previsously produced and/or made available for inspection.

5. Produce all expert reports required to be prepared pursuant to Rule 26(a)(2 of the Federal Rules of Civil Produre.

**ANSWER:**   See answer to Interrogatory #5.

{W1259610}   8

CARMODY & TORRANCE LLP   195 Church Street
Attorneys at Law   Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501

PLAINTIFF
UNIROYAL CHEMICAL COMPANY,
INC. d/b/a CROMPTON
MANUFACTURING COMPANY

By: _____
Charles F. Corcoran, III (ct 04299)
Carmody & Torrance LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950
Tel: (203) 777-5501
Fax: (203) 784-3199
E-mail: ccorcoran@carmodylaw.com

Its Attorneys

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via facsimile and mailed, postage prepaid, on the above date, to:

William A. Ruskin
(Fed. Bar No. ct20898)
Shipman & Goodwin LLP
300 Atlantic Street
Stamford, CT 06901-3522
Telephone: (203) 324-8100
Facsimile: (203) 324-8199
E-mail: wruskin@goodwin.com

Paul D. Sanson (Fed. Bar No. ct05477)
Karen T. Staib (Fed. Bar No. ct21119)
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103
Telephone: (860) 251-5000
Facsimile: (860) 251-5600
E-mail: psanson@goodwin.com
E-mail: kstaib@goodwin.com

_____
Charles F. Corcoran, III

{W1259610}

9

CARMODY & TORRANCE LLP
Attorneys at Law
195 Church Street
Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501

| CROP (Question 1) | APPLICATION METHOD (Question 1) | REGISTR. DATE[1] (Quest. 1a) | DESCRIPTION OF WORK (Question 1b) | TRIAL LOCATIONS | TRIAL REFERENCE[2] | LABEL VERSION / LANGUAGE (Question 1c) |
|---|---|---|---|---|---|---|
| Azalea (Florist) | Foliar Spray | 7/15/93 | Greenhouse trials to develop most effective rates of foliar applications for height control, bypass shoot reduction and increased flower set. | FL  CA | EG91-370 EG94-373 EG93-360 EG92-353 EG91-353 | 003/071593 Section A of **Use and Rate Recommendations By Crop** - added entire section / new use |
| Azalea (Florist) | Soil drench | 7/15/93 | Greenhouse trials to develop most effective rates of soil applications for height control, bypass shoot reduction and increased flower set. | FL  CA | EG91-370 EG94-373 EG93-360 EG92-353 EG91-353 EG92-380 | 003/071593 Section A of **Use and Rate Recommendations By Crop** - added entire section / new use |

1{W1259691}

| Bedding Plants | Foliar Sprays | 7/15/93 | Due to wide variations in rate sensitivity and phyto concerns on some specific plants, greenhouse trials were conducted to develop optimum rates and phyto potential of foliar sprays to key bedding plants. | EG91-360<br>EG91-363<br>EG92-472<br>EG92-376<br>EG92-397<br>EG92-398<br>EG92-473<br>EG93-366 | 003/071593<br>Section B of **Use and Rate Recommendations By Crop**- added specific plants dahlia, salvia and zinnia; prohibited use on begonias and vinca; reduced use rates on pansy, increased rates on snapdragons, refined rate ranges on remaining crops. |
|---|---|---|---|---|---|
| Bedding Plants | Soil Drench | 7/15/93 | As plants respond to much lower rates of Bonzi when applied to the soil (vs. foliar), greenhouse trials were conducted to develop optimum rates of soil applications for various bedding plants. | EG92-359<br>EG92-471<br>EG92-472<br>EG92-473<br>EG92-474<br>EG93-366 | 003/071593<br>Section B of **Use and Rate Recommendations By Crop**- added use of soil drench application method for this crop group. |

2{W1259691}

| CROP (Question 1) | APPLICATION METHOD (Question 1) | REGISTR. DATE[1] (Quest. 1a) | DESCRIPTION OF WORK (Question 1b) | TRIAL LOCATIONS | TRIAL REFERENCE[2] | LABEL VERSION / LANGUAGE (Question 1c) |
|---|---|---|---|---|---|---|
| **Bedding Plant Plugs** | Foliar Spray | 7/15/93 | Because age of the plant at time of application is a key factor in how it will respond to Bonzi, greenhouse trials were done to develop level of efficacy and optimum rates of foliar sprays on plugs (seedlings). | | EG90-351<br>EG91-360<br>EG95-114<br>EG95-115<br>EG95-133<br>EG95-301 | 003/071593<br>Section C of **Use and Rate Recommendations By Crop**<br>- added entire section / new use. |
| **Bulb Crops** Caladiums Hybrid lilies | Foliar Spray | 7/15/93 | Greenhouse trials to develop level of efficacy and optimum rates for use on various potted bulb crops | FL, GA, CA | EG91-351<br>EG91-352<br>EG93-375<br>EG94-391<br>EG91-356<br>EG92-300<br>EG92-465 | 003/071593<br>Section D of **Use and Rate Recommendations By Crop**<br>- added entire section / new application method |

3{W1259691}

| CROP (Question 1) | APPLICATION METHOD (Question 1) | REGISTR. DATE[1] (Quest. 1a) | DESCRIPTION OF WORK (Question 1b) | TRIAL LOCATIONS | TRIAL REFERENCE[2] | LABEL VERSION / LANGUAGE (Question 1c) |
|---|---|---|---|---|---|---|
| **Bulb Crops** Amaryllis Caladium Calla lily Daffodil Hybrid lily Tulip | Soil Drench | 7/15/93 | Greenhouse trials to develop level of efficacy and optimum rates for use on various potted bulb crops | NY, IN, FL, CA, GA NC, OR | EG95-315 EG96-313 EG91-351 EG91-352 EG92-355 EG92-356 EG92-357 EG93-373 EG93-374 EG93-375 EG93-381 EG92-390 EG95-311 EG92-300 EG92-465 EG92-466 EG91-356 EG92-383 EG92-384 EG92-389 EG92-372 EG92-375 EG92-391 EG92-286 EG92-393 EG92-354 EG93-355 EG93-325 | 003/071593 Section D of Use and Rate Recommendations By Crop - added entire section / new application method |

4{W1259691}

| CROP (Question 1) | APPLICATION METHOD (Question 1) | REGISTR. DATE[1] (Quest. 1a) | DESCRIPTION OF WORK (Question 1b) | TRIAL LOCATIONS | TRIAL REFERENCE[2] | LABEL VERSION / LANGUAGE (Question 1c) |
|---|---|---|---|---|---|---|
| **Bulb Crops** (ex. Freesia) Hybrid lily Tulip | Bulb Soaks | 7/15/93 | | FL, GA, CA, IN, OR, NC | EG92-300 EG92-465 EG92-466 EG91-356 EG92-383 EG92-384 EG92-389 EG92-372 EG92-375 EG92-391 EG92-286 EG92-393 EG92-354 EG93-355 EG93-325 | 003/071593 Section D of Use and Rate **Recommendations By Crop** - added entire section / new application method with the exception of freesias. |
| **Flowering / Foliage Plants** e.g., Aglaonema Alstroemeria Alternanthera Aquilegia Ardisia Aster Cissus Codiaeum Cordyline Cosmos Daisy Dieffenbachia | Foliar Spray Soil Drench | 7/15/93 | This is an extremely large market area not covered by the crop specific ICI label, and includes major areas such as flowering perennials, foliage perennials, hanging baskets, and pot crops. Trials were conducted on a large number of plants within this grouping in order to develop use rates for specific crops and | FL, CA, GA, NY | EG91-369 EG91-354 EG92-371 EG94-381 EG93-363 EG91-362 EG94-368 EG92-399 EG92-364 EG92-474 EG92-365 EG94-354 EG94-357 EG91-202 EG93-364 | 003/071593 Section F of Use and Rate **Recommendations By Crop** - added entire section. 008/072100 Label was subsequently broken out to specify perennial plants as a section (I) of its own. |

| CROP (Question 1) | APPLICATION METHOD (Question 1) | REGISTR. DATE[1] (Quest. 1a) | DESCRIPTION OF WORK (Question 1b) | TRIAL LOCATIONS | TRIAL REFERENCE[2] | LABEL VERSION / LANGUAGE (Question 1c) |
|---|---|---|---|---|---|---|
| Dracaena | Foliar Spray Soil Drench (Continued) | | expand the label to allow the product to be used on virtually all plants not specified on the label. | | EG91-201 | |
| Exacum | | | | | EG91-367 | |
| Fern | | | | | EG94-372 | |
| Ficus | | | | | EG91-374 | |
| Gardenia | | | | | EG92-399 | |
| Ginger | | | | | EG94-364 | |
| Gynura | | | | | EG92-355 | |
| Hoya | | | | | EG94-382 | |
| Hypericum | | | | | EG93-383 | |
| Iberis | | | | | EG93-370 | |
| Ivy | | | | | EG92-360 | |
| Jacobinia | | | | | EG93-357 | |
| Jasmine | | | | | EG91-368 | |
| Kalanchoe | | | | | EG92-378 | |
| Liatris | | | | | EG93-367 | |
| Lobelia | | | | | EG93-351 | |
| Monstera | | | | | EG92-473 | |
| Nephroloepsis | | | | | EG92-397 | |
| Nicotiana | | | | | EG92-376 | |
| Penta | | | | | EG92-362 | |
| Peperomia | | | | | EG92-382 | |
| Philodendron | | | | | EG93-366 | |
| Phlox | | | | | | |
| Pilea | | | | | | |
| Platycodon | | | | | | |
| Plectranthus | | | | | | |
| Pothos | | | | | | |
| Rose | | | | | | |
| Salvia | | | | | | |
| Saxifragia | | | | | | |
| Schefflera | | | | | | |
| Syngonium | | | | | | |
| Verbena | | | | | | |
| Zebrina | | | | | | |

| CROP (Question 1) | APPLICATION METHOD (Question 1) | REGISTR. DATE[1] (Quest. 1a) | DESCRIPTION OF WORK (Question 1b) | TRIAL LOCATIONS | TRIAL REFERENCE[2] | LABEL VERSION / LANGUAGE (Question 1c) |
|---|---|---|---|---|---|---|
| Geranium | Foliar Spray | 7/15/93 | ICI label rates were found to be too low - greenhouse trials were conducted to develop effective rates. | OH, IN, NY, CA, FL | EG92-101 EG92-102 EG92-103 EG92-377 EG93-366 EG93-384 EG94-383 EG94-384 | 003/071593 Section G of **Use and Rate Recommendations By Crop** - label rates were increased by 2X in order to make product effective on this crop. |
| Geranium | Soil Drench | 7/15/93 | Greenhouse trials were conducted to develop activity and optimum use rates | OH, IN, NY, CA, FL | EG92-101 EG92-102 EG92-103 EG92-377 EG93-366 EG93-384 EG94-383 EG94-384 | 003/071593 Section G of **Use and Rate Recommendations By Crop** - added new application method |
| Hibiscus | Foliar Spray (outside of FL) | 7/15/93 | ICI label was limited to use in FL only. Greenhouse trials were conducted to confirm efficacy and use rates in other states. | CA, MI, NY | EG97-300 SG98-051 SG00-057 SG01-067 SG02-055 | 003/071593 Section H of **Use and Rate Recommendations By Crop** - added uses outside of FL |
| Hibiscus | Soil Drench | 7/15/93 | Greenhouse trials to develop level of efficacy | NY, CA, SC | EG96-308 EG97-300 SG98-051 SG00-057 | 003/071593 Section H of **Use and Rate Recommendations By Crop** - added new application method |

7{W1259691}

| CROP (Question 1) | APPLICATION METHOD (Question 1) | REGISTR. DATE[1] (Quest. 1a) | DESCRIPTION OF WORK (Question 1b) | TRIAL LOCATIONS | TRIAL REFERENCE[2] | LABEL VERSION / LANGUAGE (Question 1c) |
|---|---|---|---|---|---|---|
| Poinsettia | Foliar Spray | 7/15/93 | ICI label rate recommendations were based on minimum nighttime temperatures – not a proper gauge for rate determination. Rates were also too high for many varieties. Cutoff dates for applications were too late, resulting in phytotoxicity to plants. Greenhouse trials were conducted to develop optimum rates and timings on key varieties in various geographies. | FL, CA, NY, OH, | EG91-105 EG91-106 EG91-107 EG92-356 EG92-369 EG92-396 EG92-370 EG92-456 EG92-457 EG92-460 EG92-462 EG92-463 EG92-464 EG92-467 EG92-468 EG92-469 EG92-470 EG93-378 EG93-379 EG93-380 | 003/071593 Section I of **Use and Rate Recommendations By Crop** - Reduced maximum use rates, and refined rate recommendations based on geography (those required in so. FL from those required in the rest of the U.S.) rather than nighttime temps; modified cutoff dates to prevent phytotoxicity in the form of reduced bract size. |
| Poinsettia | Soil Drench | 7/15/93 | ICI label restricted to use in FL only. Label rates were too low for optimum efficacy. Greenhouse trials were conducted to develop level of efficacy in areas outside of FL. | NY, CA | EG91-357 EG92-387 EG92-395 EG92-456 EG95-323 EG95-324 | 003/071593 Section I of **Use and Rate Recommendations By Crop** - added use developed outside of FL. Increased recommended use rates by 2X to obtain optimum efficacy. |

| CROP (Question 1) | APPLICATION METHOD (Question 1) | REGISTR. DATE[1] (Quest. 1a) | DESCRIPTION OF WORK[2] (Question 1b) | TRIAL LOCATIONS | TRIAL REFERENCE[3] | LABEL VERSION / LANGUAGE (Question 1c) |
|---|---|---|---|---|---|---|
| Woody Landscape Plants e.g., Althaea Azalea Bougainvillea Camellia Cotoneaster Gardenia Juniper Lantana Laurel Rhododendron | Foliar Spray Soil Drench | 7/15/93 | ICI label did not allow use of the product on this crop grouping. Trials conducted to develop level of efficacy and rate recommendations on key crops within the group. | OR, NC, TX | EG93-357 EG91-355 EG91-372 EG92-366 EG93-353 EG91-358 EG92-379 EG94-365 EG94-367 EG93-368 EG93-369 EG93-371 EG94-371 EG93-356 EG95-318 EG91-359 EG91-373 EG92-368 EG93-372 | 003/071593 Section J of Use and Rate Recommendations By Crop - added entire section |

1 – Registr. Date: Question 1a requests the date of submission for registration. As ICI / Zeneca is the basic registrant, it is they who made the submission for registration, not Crompton Uniroyal. Therefore, the dates listed are the actual registration dates and not the submission dates.

2 – Description of Work: Question 1b requests a description of the work performed and identification of persons with knowledge of such work. The primary people with knowledge of the work are the Uniroyal Product Development representatives who were responsible for coordinating and monitoring the studies, i.e., Thomas Harger, Keith Griffith, Raymond Choban, David Barcel and Paul King. The person responsible for any one specific trial is identified in the report of that trial.

9{W1259691}

3 – Trial Reference- As there are over 2500 trials in our database to support the uses of Bonzi since 1991, this column for the most part references only a subset of those in-house studies conducted during the period in which the Development Agreement was in place and prior to the EPA registration of the new uses. That is not to imply, however, that data not referenced in this table was not used to support the continued development of these uses.