UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Uniroyal Chemical Company, Inc. ) <br> d/b/a Crompton Manufacturing Company ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Syngenta Crop Protection, Inc. ) <br> ) <br> Defendant. ) | Civil Action No. <br> 3:02CV02253 (AHN) <br><br> May 18, 2004 |

### CONSENT MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure plaintiff Uniroyal Chemical Company, Inc. ("Uniroyal") hereby requests leave to amend its Complaint. The Amended Complaint alleges, in addition to the original Counts of the initial Complaint, a violation of the Connecticut Unfair Trade Practices Act (C.G.S. §42-110b, et seq.), and a claim for unjust enrichment.

Attorney William Ruskin, counsel for defendant, has agreed to this request.

Uniroyal seeks to amend its complaint based, in part, on information obtained by Uniroyal at the recent deposition of George Meyding and documents recently produced by Syngenta in supplemental document production. This amendment will be neither prejudicial nor burdensome on either party since several discovery issues remain outstanding and additional testimonial discovery remains to be taken. Nor will the additional allegations of the Amended Complaint delay the start of the trial in this matter.

{N0717234}

1

CARMODY & TORRANCE LLP    195 Church Street
Attorneys at Law             Post Office Box 1950
                             New Haven, CT 06509-1950
                             Telephone: 203 777-5501

PLAINTIFF, UNIROYAL CHEMICAL
COMPANY, INC. d/b/a CROMPTON
MANUFACTURING COMPANY


By: _____
Charles F. Corcoran, III (ct 04299)
Carmody & Torrance LLP
195 Church Street, P.O. Box 1950
New Haven, CT 06509-1950
Tel: (203) 777-5501
Fax: (203) 784-3199
E-mail: ccorcoran@carmodylaw.com
Its Attorneys

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the above date, to:

| | |
|---|---|
| William A. Ruskin<br>(Fed. Bar No. ct20898)<br>Shipman & Goodwin LLP<br>300 Atlantic Street<br>Stamford, CT 06901-3522<br>Telephone: (203) 324-8100<br>Facsimile: (203) 324-8199<br>E-mail: wruskin@goodwin.com | Paul D. Sanson (Fed. Bar No. ct05477)<br>Karen T. Staib (Fed. Bar No. ct21119)<br>Shipman & Goodwin LLP<br>One American Row<br>Hartford, CT 06103<br>Telephone: (860) 251-5000<br>Facsimile: (860) 251-5600<br>E-mail: psanson@goodwin.com<br>E-mail: kstaib@goodwin.com |

_____
Charles F. Corcoran, III

{N0717234}

2