UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIROYAL CHEMICAL COMPANY, INC. : <br> d/b/a CROMPTON MANUFACTURING : <br> COMPANY : <br> : <br> Plaintiff, : Civil Action No. <br> : 3:02cv2253 (AHN) <br> v. : <br> : <br> SYNGENTA CROP PROTECTION, INC. : <br> : <br> Defendant. : MAY 28, 2004 | |

### JOINT MOTION TO EXTEND TRIAL DATE

Counsel for plaintiff and defendant respectfully request the trial date of June 15, 2004 be continued for the following reasons. This action was referred to the Honorable Holly B. Fitzsimmons by a Settlement Conference Order, dated March 26, 2003. The Court held a Settlement Conference before Judge Fitzsimmons on August 29, 2003 wherein the parties discussed outstanding discovery issues. A briefing schedule was agreed to and set forth in Judge Fitzsimmons' Scheduling Order dated September 24, 2003.

Counsel for the respective parties submitted discovery motions and opposition thereto in accordance with the September 24, 2003 briefing schedule. Judge Fitzsimmons' September 24, 2003 Scheduling Order contemplated a March 2004 pre-trial conference before Judge Nevas and a June 2004 trial.

On February 12, 2004, Judge Fitzsimmons set forth a new Scheduling Order to extend the discovery deadlines by 90 days. Pursuant to the new Scheduling Order, expert

discovery is to be conducted over the Summer of 2004 and the trial is to be scheduled in the Fall of 2004. On March 5, 2004, a paralegal from defendant's law firm telephoned Judge Nevas' chambers (most likely in response to the parties' receipt of a directive from the Hon. Alan H. Nevas directing the parties to appear before him for a Pre-trial Conference on March 10, 2004) and advised the Court that Judge Fitzsimmons had recently modified the discovery deadlines and proposed trial date, and that a Pre-trial Conference in March 2004 was premature. As a result of this telephone call, the March 10, 2004 Pre-trial Conference was cancelled.

Thereafter, the parties received a pre-trial order from Judge Nevas. Counsel for defendant telephoned chambers and advised that the March 10, 2004 Pre-trial Conference had been cancelled in light of Judge Fitzsimmons' amended Scheduling Order and that a Fall 2004 trial was contemplated in her order. Defense counsel stated that, if appropriate, a new pre-trial order consistent with Judge Fitzsimmons' Scheduling Order should be issued at a later date. It was counsel's understanding that this information would be relayed to Judge Nevas' law clerk.

Both parties require additional fact depositions and agree that the current fact discovery cut-off date of May 21, 2004 should be extended, although they disagree concerning the amount of additional time needed to complete fact discovery. Defendant has filed a motion seeking, among other things, to extend the discovery deadlines in response to which plaintiff is presently drafting a response. The parties respectfully submit that a June

15, 2004 trial would not be fair to either party. Neither party has completed its discovery or disclosed experts. In addition to the foregoing, the undersigned trial counsel for the plaintiff learned yesterday afternoon that as promptly as possible after her school teaching responsibilities conclude on June 17 his wife will require cancer related surgery at Yale-New Haven Hospital.

Wherefore, for the foregoing reasons, the parties jointly respectfully request that the trial in this matter be continued from June 15, 2004 to a date consistent with Judge Fitzsimmons' rulings on outstanding discovery matters.

**Respectfully submitted,**

**PLAINTIFF,**
**UNIROYAL CHEMICAL COMPANY,**
**INC. d/b/a CROMPTON**
**MANNUFACTURING COMPANY**

By _____
Charles R. Corcoran, III, Esq.
Fed. Bar. No. ct 04299
Carmody & Torrance LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950
Tel.: (203) 777-5501
Fax: (203) 784-3199
E-mail: ccorcoran@carmodylaw.com
Its Attorneys

**Respectfully submitted,**

**DEFENDANT,**
**SYNGENTA CROP PROTECTION, INC.**

By _____
William A. Ruskin, Esq.
Fed. Bar. No. ct 20898
Shipman & Goodwin LLP
300 Atlantic Street
Stamford, CT 06901
Tel.: (203) 324-8100
Fax: (203) 324-8199
E-mail: wruskin@goodwin.com
Its Attorneys

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Joint Motion to Extend Trial Date was served via First Class Mail, postage prepaid, on this 24th day of May 2004, to:

Charles R. Corcoran, III, Esq.
Carmody & Torrance LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950


William A. Ruskin
Fed. Bar No. ct 20898

110614 v.01