UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNIROYAL CHEMICAL COMPANY, INC., d/b/a CROMPTON MANUFACTURING COMPANY | : : : : | |
| Plaintiff, | : : | Civil Action No. 3:02cv02253 (AHN) |
| v. | : : : | |
| SYNGENTA CROP PROTECTION, INC. | : : | |
| Defendant. | : | May 28, 2004 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Rule 7(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the plaintiff, Uniroyal Chemical Company, Inc., d/b/a Crompton Manufacturing Company, hereby moves this court for an extension of time of one week, until June 9, 2004 to file a response to the defendant's motion to compel dated May 12, 2004. In support of this motion, the plaintiff represents that the parties are currently attempting to resolve certain of the discovery issues that are the subject of the motion to compel. The undersigned represents that he has communicated with counsel for

{N0718130}

CARMODY & TORRANCE LLP
Attorneys at Law
195 Church Street
Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501

the defendant, William A. Ruskin, Esq., and that Attorney Ruskin consents to the granting of this motion.

        Respectfully submitted,

        THE PLAINTIFF
        UNIROYAL CHEMICAL COMPANY,
        INC. d/b/a CROMPTON
        MANUFACTURING COMPANY

        _____
        Charles F. Corcoran, III (ct 04299)
        Carmody & Torrance LLP
        195 Church Street, P.O. Box 1950
        New Haven, Connecticut 06509-1950
        Tel: (203) 777-5501
        Fax: (203) 784-3199
        E-mail: ccorcoran@carmodylaw.com
        Its Attorneys

CARMODY & TORRANCE LLP   195 Church Street
Attorneys at Law   Post Office Box 1950
   New Haven, CT 06509-1950
   Telephone: 203 777-5501

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the above date, to:

William A. Ruskin
(Fed. Bar No. ct20898)
Shipman & Goodwin LLP
300 Atlantic Street
Stamford, Connecticut 06901
Telephone: (203) 324-8100
Facsimile: (203) 324-8199
E-mail: wruskin@goodwin.com

Paul D. Sanson (Fed. Bar No. ct05477)
Karen T. Staib (Fed. Bar No. ct21119)
Shipman & Goodwin LLP
One American Row
Hartford, CT 06103
Telephone: (860) 251-5000
Facsimile: (860) 251-5600
E-mail: psanson@goodwin.com
E-mail: kstaib@goodwin.com

_____
Charles F. Corcoran

CARMODY & TORRANCE LLP
Attorneys at Law

195 Church Street
Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501