UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIROYAL CHEMICAL COMPANY, INC. d/b/a CROMPTON MANUFACTURING COMPANY : : : : Plaintiff, : : v. : : SYNGENTA CROP PROTECTION, INC. : : Defendant. : | Civil Action No. 3:02cv2253 (AHN) MAY 28, 2004 |

## JOINT MOTION TO EXTEND TRIAL DATE

Counsel for plaintiff and defendant respectfully request the trial date of June 15, 2004 be continued for the following reasons. This action was referred to the Honorable Holly B. Fitzsimmons by a Settlement Conference Order, dated March 26, 2003. The Court held a Settlement Conference before Judge Fitzsimmons on August 29, 2003 wherein the parties discussed outstanding discovery issues. A briefing schedule was agreed to and set forth in Judge Fitzsimmons' Scheduling Order dated September 24, 2003.

Counsel for the respective parties submitted discovery motions and opposition thereto in accordance with the September 24, 2003 briefing schedule. Judge Fitzsimmons' September 24, 2003 Scheduling Order contemplated a March 2004 pre-trial conference before Judge Nevas and a June 2004 trial.

On February 12, 2004, Judge Fitzsimmons set forth a new Scheduling Order to extend the discovery deadlines by 90 days. Pursuant to the new Scheduling Order, expert

*SO ORDERED 6/7, 2004 — ALAN H. NEVAS, U.S.D.J.*
*GRANTED*
*FILED 2004 MAY 28 P 3:18 U.S. DISTRICT COURT BRIDGEPORT, CONN.*