# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

UNIROYAL CHEMICAL COMPANY, INC.,   :
d/b/a CROMPTON MANUFACTURING   :
COMPANY   :
  :   Civil Action No.
      Plaintiff,   :   3:02cv02253 (AHN)
  :
      v.   :
  :
SYNGENTA CROP PROTECTION, INC.   :
  :
      Defendant.   :   May 28, 2004

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Rule 7(b) of the Local Civil Rules of the United States District Court

for the District of Connecticut, the plaintiff, Uniroyal Chemical Company, Inc., d/b/a

Crompton Manufacturing Company, hereby moves this court for an extension of time of

one week, until June 9, 2004 to file a response to the defendant's motion to compel dated

May 12, 2004. In support of this motion, the plaintiff represents that the parties are

currently attempting to resolve certain of the discovery issues that are the subject of the

motion to compel. The undersigned represents that he has communicated with counsel for

{N0718130}

CARMODY & TORRANCE LLP    195 Church Street
Attorneys at Law    Post Office Box 1950
   New Haven, CT 06509-1950
   Telephone: 203 777-5501

6/03/04  GRANTED.  SO ORDERED.

ALAN H. NEVAS, U.S.D.J.

FILED  2004 JUN -8  A 8: 54  U.S. DISTRICT COURT  BRIDGEPORT, CONN.

FILED  2004 MAY 28  P 3: 49  U.S. DISTRICT COURT  BRIDGEPORT CONN.