1

```
1              UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
2
     CASE No. 3:02 CV 02253
3    - - - - - - - - - - - - - - - -X

4    UNIROYAL CHEMICAL COMPANY, INC.

5    d/b/a CROMPTON MANUFACTURING
     COMPANY, et al.,
6
                          Plaintiffs,
7
              vs.
8
     SYNGENTA CROP PROTECTION,
9    INC., et al.

10                        Defendants.
     - - - - - - - - - - - - - - - -X
11

12

13

14              D E P O S I T I O N

15      The deposition of KEVIN DONOVAN was taken pursuant

16   to Notice at the law offices of Shipman & Goodwin, LLP,

17   300 Atlantic Street, Stamford, Connecticut, before

18   Viktoria V. Stockmal, License #00251, a Notary Public in

19   and for the State of Connecticut, on Friday, May 14, 2004

20   at 10:01 a.m.

21

22

23

24

25
```

SANDERS, GALE & RUSSELL
(203) 624-4157

14

1   the groups?

2        A        All three groups.  In the registration group

3   it would be Alan Blem and Betsy Katzman.  I can't tell

4   you for sure in the formulation group due to some recent

5   reorganization there.

6        Q        How about new product research?

7        A        I don't know.

8        Q        Have you reviewed any documents in

9   preparation for your deposition today?

10       A        Yes.

11       Q        What documents did you review?

12       A        My affidavit, the supply and development

13  agreement and the budget documents.

14       Q        When you say the budget documents, what

15  budget documents are you referring to?

16       A        Copies of the budget which were in our

17  files.

18       Q        Are you talking about the black books?

19                        MR. CORCORAN:  Could that be read

20  back?

21  BY MR. RUSKIN:

22       Q        Are you referring to the black books?

23       A        I did review the black books.  I don't

24  consider those to be budget documents, however.

25       Q        What specific budget documents did you

SANDERS, GALE & RUSSELL
(203) 624-4157

15

1    review?

2        A     The 2002 budget, the 2001 budget, the 2000

3    budget, the 1999 budget, 1998 budget, 1997 budget.

4        Q     Have you been -- Were you able to locate any

5    of the earlier budgets?

6        A     No.

7        Q     Did you look for them to see if you could

8    find the budgets from 1991 to 1996 for Bonzi?

9        A     Yes.

10        Q     What efforts did you make as part of your

11    search for those budgets?

12        A     I requested them from the vice-president of

13    R&D.

14        Q     Mr. Lacadie?

15        A     Yes.

16              I requested them from the regional product

17    development manager at the time.

18        Q     Who was who?

19        A     Thomas Harger.  And I requested them from

20    the product development manager, David Judge.

21        Q     What in sum or substance did they report to

22    you?

23                  MR. CORCORAN:  Could that be read

24    back, please?

25                      (Whereby, the pertinent question was

1                 read.)

2    BY THE WITNESS:

3        A       They provided to me whatever they had.

4        Q       Did they have -- Were they able to provide

5    any of the budgets for Bonzi development from 1991 to

6    1996?

7        A       Yes.

8        Q       Which budget years were they able to provide

9    that information?

10       A       1996.

11       Q       Were they able to provide any of the budgets

12   from 1991 to 1995?

13       A       No.

14       Q       Do you know if those records were destroyed?

15       A       Yes.

16       Q       Were they destroyed?

17       A       Yes.

18       Q       When were they destroyed?

19       A       I don't know.

20       Q       How do you know they were destroyed?

21       A       I was told.

22       Q       By who?

23       A       Each of the three individuals who I just

24   mentioned.

25       Q       Did they indicate the circumstances under

1    which they were destroyed?

2        A    Yes.

3        Q    What was that?

4        A    For Mr. Lacadie -- Dr. Lacadie and

5    Dr. Judge, we had consolidated our offices back in --

6    well starting in 2000 and we purged a good many of our

7    files due to space limitations.

8        Q    So --

9        A    I'm sorry, for Mr. -- for Dr. Harger, he

10   also relocated his home and also purged many of his files

11   when he did that relocation.

12       Q    When was that?

13       A    I don't know.

14       Q    Was it after 2000?

15            MR. CORCORAN:  If you know.

16   BY THE WITNESS:

17       A    Yes.

18       Q    Was it after 2001?

19       A    Yes.

20       Q    Was it after 2002?

21       A    I don't know.

22       Q    What about Dr. Judge, what did he report

23   about the destruction of those documents?

24       A    He purged them as a result of space

25   limitations when we consolidated our offices.

1    describe people who work at universities that do field

2    trials for Uniroyal?

3        A       No.

4        Q       If a customer does a field trial, do you

5    refer to that customer as a cooperator?

6        A       Yes.

7        Q       So am I correct that you would use the word

8    cooperator to describe both university types and

9    customers who are involved in doing field trials

10   involving Uniroyal products?

11       A       Yes.

12       Q       Does Uniroyal ever use agreements of any

13   kind to document that a particular cooperator is going to

14   do field trials for Uniroyal?

15       A       No, not to my knowledge.

16       Q       Well when Dr. Barrett is paid his $12,000

17   per year, does he give Uniroyal any promise that he will

18   do any particular field study?

19       A       Yes.

20       Q       How is that promise conveyed?  Is it oral or

21   in writing?

22       A       Oral.

23       Q       Is it ever in writing?

24       A       No, not to my knowledge.

25       Q       When the oral statement is made, does

1    someone at Uniroyal write it down or commemorate it?

2    A    No.

3    Q    No one says I spoke to Dr. Barrett, he's

4    going to do a B-nine study on pansies?

5    A    Yes.  Orally it's --

6    Q    But it's not reduced to writing, into a

7    memo?

8    A    The only form it would have been put in

9    writing would be a request to write him a check.

10    Q    During the period that the development

11    agreement between ICI and Uniroyal was in effect, 1991

12    through some date in 1995, did Dr. Barrett perform Bonzi

13    field trials?

14    A    Yes.

15    Q    Do you have copies of those checks or --

16    that were sent to him during that time period?

17    A    Not all of them.

18    Q    Do you have some of them?  And I'm only

19    talking 1991 to 1996.

20    A    I don't know.

21    Q    When Dr. Barrett is given money by Uniroyal,

22    does Uniroyal have any control over Dr. Barrett's scope

23    of work?

24    A    No.

25    Q    Does Uniroyal have any control over the

127

```
 1        Q       Who else?

 2        A       W. Sheron S-H-E-R-O-N McIntyre.

 3        Q       S-H-A-R-O-N?

 4        A       No, S-H-E-R-O-N.  It's a man.

 5   I don't recall where he lived.  He was somewhere I

 6   believe in the midwest area.

 7        Q       Gone?

 8        A       Retired, yes.

 9        Q       Okay.

10        A       Ray Choban, C-H-O-B-A-N.  Located in New

11   Jersey.  He's still with the company.

12        Q       When was he with specialties?

13        A       He was on and off I would say from 1991 up

14   until 1998-'99 perhaps.

15        Q       Oh.  Anyone else?

16        A       That's all that comes to mind right now.

17        Q       How about Jan Couch?

18        A       She's a sales person.

19        Q       She's sales?

20        A       Yes.

21        Q       Have you tracked the outside -- you tracked

22   the outside dollars on Exhibit 12.  Where do you track

23   the in-house dollars?

24        A       We do not track inside dollars.

25        Q       Oh.  Well how do you know that you've --
```

128

1   Assuming that field development costs can be both

2   in-house and outside dollars, how would you know whether

3   you've satisfied the $80,000 contractual minimum?

4       A      Through our budget process.

5       Q      Well if you don't track inside dollars, how

6   would you know whether you had made it over the top

7   adding inside dollars to the outside dollars?

8              MR. CORCORAN:  Asked and answered.

9   Through the budget process.

10  BY MR. RUSKIN:

11      Q      How would the budget process do that, if you

12  don't track --

13      A      At the end of each year we -- the product

14  development manager estimates the amount of time that his

15  representatives spend on a project and he uses that as a

16  gauge for developing the budget for the coming year.

17      Q      Are there company guidelines as to how you

18  do that?

19      A      No.

20      Q      Does the company, to the best of your

21  knowledge, calculate the contribution of inside dollars

22  in a consistent way from department to department?

23              MR. CORCORAN:  Objection to the form

24  of the question.

25  BY THE WITNESS:

SANDERS, GALE & RUSSELL
(203) 624-4157

1      A      A consistent way?  No.

2      Q      I mean if I'm a manager doing a budget and

3  I've got an $80,000 yearly requirement in '94 and I see

4  I've spend $45,000 in outside dollars, aren't I going to

5  find a way to get it up over $80,000?

6              MR. CORCORAN:  Objection to the form

7  of the question.  Misrepresents the testimony.

8  BY THE WITNESS:

9      A      They don't need to find a way.  There was

10 always much more than $80,000 spent in any one year.

11     Q      Well to the best of your knowledge, if I was

12 a manager looking at calculating outside -- inside

13 dollars and I had a responsibility for multiple products

14 and multiple people in my department, how would I go

15 about parsing how much of what person's salary is going

16 to be attributable to Bonzi field development?

17             MR. CORCORAN:  Objection.  Two

18 things.  Number one, misrepresents testimony already

19 given.  Number two, the assumption is the only kind of

20 inside cost is salary.  Which is a fallacy.  You may

21 answer.

22 BY THE WITNESS:

23     A      It's based on the amount of time that it's

24 estimated that the individual will spend on a particular

25 product.

1  BY THE WITNESS:

2      A    I don't know.

3      Q    Has any university or college with whom

4  Uniroyal has a -- with whom Uniroyal has given

5  grant-in-aids for performing Bonzi research ever agreed

6  to maintain the confidentiality of its field trial

7  results?

8              MR. CORCORAN:  Objection to the form.

9  You can answer.

10  BY THE WITNESS:

11     A    Yes.

12     Q    Can you tell me one instance?

13     A    I don't remember the name of the individual.

14  It's in the documents.

15     Q    But that's the exception rather than the

16  rule; correct?

17             MR. CORCORAN:  Objection to the form

18  of the question.

19  BY THE WITNESS:

20     A    Yes.

21     Q    So when Uniroyal gives a grant-in-aid to a

22  state college or university to do Bonzi field trials, it

23  has no expectation, with limited exceptions, that the

24  field trial work will remain confidential?

25             MR. CORCORAN:  Objection to the form

1    of the question.

2    BY THE WITNESS:

3        A       There is an expectation.

4        Q       How -- What is that expectation?

5        A       I believe it's just, you know, an oral

6    understanding that the information is not to be shared

7    with competition.

8        Q       Well if Dr. Barrett, hypothetically, were to

9    receive money from Bayer to do Cycocel field trial and

10   receives money from Syngenta to perform a Bonzi trial,

11   and receives money from Uniroyal to perform a B-nine

12   study, if at the end of that field trial Syngenta calls

13   up Dr. Barrett and says give me the results of the field

14   trials for all three of the compounds you studied,

15   Dr. Barrett is -- it's your understanding Dr. Barrett is

16   not going to give Syngenta the entire field trial?

17                   MR. CORCORAN:  Objection to the form

18   of the question.  It's a pure hypothetical.

19   BY THE WITNESS:

20       A       That would be my hope.  That would be my

21   understanding.

22       Q       In a tax supported state university, is a

23   professor permitted to maintain as proprietary research

24   work that his state supported institution performs on

25   state property?

139

1                    MR. CORCORAN:  Objection to the form

2     of the question.  You are asking a legal question and

3     a tax question of Mr. Donovan.  He told you what his

4     understanding of the practice is.  He's not here to

5     instruct you on the law.

6     BY MR. RUSKIN:

7          Q     What tax treatment does Uniroyal give to its

8     grant-in-aids?

9                    MR. CORCORAN:  Objection to the --

10    BY THE WITNESS:

11         A     I don't know.

12         Q     Well do you know whether Dr. Barrett would

13    present his Bonzi field trial results to growers?

14                    MR. CORCORAN:  Objection.  Would

15    doesn't mean anything.

16    BY MR. RUSKIN:

17         Q     Does Dr. Barrett routinely present his Bonzi

18    field trial results to growers?

19         A     Yes.

20         Q     Don't all of the university cooperators

21    routinely present their Bonzi field trial results to

22    growers?

23         A     I don't know.

24         Q     Is there any document you have that you are

25    aware of in Uniroyal's files that contains references to

SANDERS, GALE & RUSSELL
(203) 624-4157

1    any of these expectations of confidentiality that you

2    state exist between Uniroyal and these university

3    cooperators?

4              MR. CORCORAN:  Can that be read back,

5    please?

6                   (Whereby, the pertinent question was

7              read.)

8    BY THE WITNESS:

9         A    Yes.

10        Q    What was the answer?

11         What documents do you have?

12        A    The same answer as I gave before.  I don't

13   know the exact document, but it's in the --

14        Q    Is it in the field --

15             MR. CORCORAN:  I think you cut him

16   off.  He said it's in the --

17   BY THE WITNESS:

18        A    In the field reports.

19        Q    In the field reports.  So somewhere in those

20   field reports that Syngenta cannot yet look at there is

21   something that says this document -- it says this will

22   maintain -- the confidentiality of this data will be

23   maintained by the cooperator?

24             MR. CORCORAN:  -- his counsel --

25             MR. RUSKIN:  I can look at it, but

1      A      Yes.

2                  MR. RUSKIN:  After I went to the

3      settlement meeting with you and Ms. Treu and

4      Mr. Donovan I realized that you were not making a

5      claim with -- concerns uses or formulation developed

6      by Uniroyal since January 1, 1998.  You were making a

7      claim with regard to uses of Bonzi developed during

8      the development period.  So I served a revised

9      interrogatory and I believe that's what you're

10     responding to.  I mean I will represent that that's

11     what you are responding to.  If my representation is

12     incorrect, I will not hold you to your answers.

13                 MR. CORCORAN:  If the witness can do

14     it from memory, great.  If the witness needs any

15     supplemental help, then I would like it to be

16     provided.

17                 THE WITNESS:  I would just like to be

18     sure.  Because like I said, there were two or three --

19     at least two, possibly three different labels that I

20     was asked to mark up for one reason or another.

21                 MR. RUSKIN:  Okay, this was the

22     question.  This was -- I believe it corresponds to --

23     yeah.

24                 MR. RUSKIN:  I'm going to mark as

25     Exhibit 18 Uniroyal's answers and objections to

1    defendant's second set of interrogatories and third

2    request for production of documents dated October

3    22nd, 2003.

4                    (Deposition Exhibit 18 was marked

5                    for identification:  Uniroyal's answers and

6                    objections to defendant's second set of

7                    interrogatories and third request for

8                    production of documents, October 22, 2003.)

9                    MR. CORCORAN:  What's the question?

10   BY MR. RUSKIN:

11        Q     Let me show you what's been marked as

12   Exhibit 18.  First, I want to ask you to look at the very

13   last page of the exhibit, Mr. Donovan.  Of Exhibit 18.

14   These interrogatory responses were verified by you; were

15   they not?

16        A     Yes, they were.

17        Q     And that's your signature on the oath page?

18        A     Yes.

19        Q     And question number one asks Uniroyal as

20   follows:  Making specific reference to Syngenta's Bonzi

21   product label attached to plaintiff's complaint, identify

22   all uses or formulations which Uniroyal alleges are uses

23   or formulations for which it retains all marketing and

24   sales rights pursuant to the terms of the development

25   agreement.

164

```
 1              And then for each use and formulation

 2     identify the trial reference associated with that use or

 3     formulation, and for each use and formulation indicate

 4     the dates, the work associated with these trial

 5     references was performed.

 6         And in answer you state:  Uniroyal attaches

 7     herewith Bonzi label with retained uses highlighted and

 8     further response as indicated.

 9         What I believe happened was Mr. Green from

10     Carmody & Torrance indicated that the chart was not yet

11     completed, but it was sent on about a week later.  And

12     I'll represent to you that that chart is what has been

13     marked as Donovan 17 for identification.  Does that

14     pretty much jive with your recollection?

15         A     Yes.

16         Q     In fact, the portions that you've circled

17     and noted on Exhibit 17 are a lot more expansive than the

18     portions of the earlier label that you notated for the

19     post '96 uses, correct?

20         A     More expansive and should be different.

21         Q     So for example if you go to page Bates

22     stamped number CC07357, you've boxed off the entire page.

23     Which means in your view virtually all of the information

24     in the Syngenta label under bedding plant plugs and bulb

25     crops represents a misappropriation of proprietary
```

1    Uniroyal field trial data; is that correct?  With the

2    exception of what's indicated as to exception at the

3    bottom of the page?

4         A    I'm not sure that I understand the

5    misappropriation of --

6         Q    Well you are claiming these are uses

7    developed by Uniroyal?

8         A    Yes.

9         Q    On the prior page CC07356 you've circled the

10   entire instruction concerning the use of Bonzi on florist

11   azaleas?

12        A    Is that a question?

13        Q    Yes.

14        A    Yes.

15        Q    And looking through the label, those appear

16   to be the only large boxed areas of the -- everything

17   else is pretty much -- oh, you've also boxed on CC07359

18   the entire section on woody plants, correct?

19        A    Yes.

20        Q    I would like to direct your attention to

21   Exhibit 11 which is the initial Uniroyal Bonzi label and

22   Exhibit 17 which is the original Syngenta label you

23   marked up.  Now looking at Exhibit 11, the initial

24   Uniroyal label which I presume does not have any new

25   Uniroyal uses on it because it was the first Uniroyal

166

1    label and it was dated March 5th, 1991, the initial

2    Uniroyal label contains a section on hibiscus; does it

3    not?  On page CC00757?

4         A    Yes.

5         Q    And it's got a rate for reducing shoot

6    elongation?

7         A    Yes.

8         Q    On the Syngenta label which was part of the

9    supplemental interrogatory response on page CC07359 you

10   have among the woody plants circled, hibiscus.  Shouldn't

11   hibiscus be carved out of the section on woody plants

12   since the March 1991 label had a section on the hibiscus?

13        A    Yes, it should.

14        Q    Can the same be said of pot chrysanthemums?

15   Pot chrysanthemums are listed on page -- well excuse me,

16   I'm mistaken because you didn't circle chrysanthemums on

17   the label.  Withdrawn.

18             What about pot freesias you have under bulb

19   crops?  Under bulb type freesia and on the initial

20   Uniroyal label on page CC00757 there is an application

21   for height control being achieved by a bulb dip on pot

22   freesias.  Should we not then take freesias out of the

23   category of uses developed by Uniroyal?

24        A    I have taken out the bulb dip application as

25   you see as noted.  It says exception there.

SANDERS, GALE & RUSSELL
(203) 624-4157

1       Q       Okay.  But you added the drench rate at two

2    to four parts per million?

3       A       Yes.

4       Q       And -- okay.

5               Well the original Uniroyal label has various

6    spray and drench applications; does it not?

7       A       Yes, it does.

8       Q       To the extent that the original Bonzi label

9    provides an instruction for drench applications and spray

10    applications to bedding plants, shouldn't that

11    instruction be sufficient to cover all of bedding plants

12    listed on the Syngenta label document CC07356?

13      A       The Uniroyal label does not contain drench

14    applications for bedding plants.  And although the

15    Syngenta label does, they are not recommended and I have

16    not outlined those as a use that we are trying to

17    maintain.

18      Q       Okay.  Were you involved, Mr. Donovan, in

19    the negotiation of the 1991 chemical supply and

20    chemical -- chemical supply and development agreements?

21      A       No.

22      Q       Were you copied on the correspondence sent

23    by Mr. Kevin Kelley to members of the -- various members

24    of the Uniroyal departments?

25      A       I've been copied on many things from Kevin

SANDERS, GALE & RUSSELL
(203) 624-4157