UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JUN 10 P 12:37

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| UNIROYAL CHEMICAL COMPANY, INC., d/b/a CROMPTON MANUFACTURING COMPANY : : : : Plaintiff, : : v. : : SYNGENTA CROP PROTECTION, INC. : : Defendant. : | Civil Action No. 3:02cv02253 (AHN) JUNE 10, 2004 |

## APPEARANCE

Please enter my appearance as attorney for the defendant, Syngenta Crop Protection, Inc., in the above-captioned matter.

Dated at Hartford, Connecticut, this 10th day of June, 2004.

DEFENDANT,
SYNGENTA CROP PROTECTION, INC.

By /s/ Amy E. Souchuns
Amy E. Souchuns (Fed. Bar No. ct21223)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Phone: (860) 251-5000
Fax:   (860) 251-5318
E-mail: asouchuns@goodwin.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Appearance was sent via U.S. Mail, postage prepaid, on this 10th day of June 2004, to:

Charles R. Corcoran, III, Esq.
Carmody & Torrance LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950

_____
Amy E. Souchuns

374064 v.01 S2