UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUN 10 P 12: 37
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| UNIROYAL CHEMICAL COMPANY, INC., d/b/a CROMPTON MANUFACTURING COMPANY<br><br>Plaintiff,<br><br>v.<br><br>SYNGENTA CROP PROTECTION, INC.<br><br>Defendant. | Civil Action No.<br>3:02cv02253 (AHN)<br><br><br><br><br><br>JUNE 10, 2004 |

## MOTION FOR EXTENSION OF TIME TO OBJECT
## TO PLAINTIFF'S MOTION TO AMEND COMPLAINT

Pursuant to D. Conn. L. Civ. R. 7(b), the defendant, Syngenta Crop Protection, Inc., hereby moves this Court for an extension of time through and until June 18, 2004, to file an objection to plaintiff's Consent Motion for Leave to Amend Complaint dated May 18, 2004. Although plaintiff's Motion is labeled as a "Consent Motion," counsel for Syngenta only consented to one of the two causes of action raised by the Amended Complaint. Syngenta did not consent to the inclusion of Count VI for unjust enrichment. Since plaintiff's Motion was filed, the parties have attempted to resolve a misunderstanding about Syngenta's consent; those attempts failed, thereby necessitating the filing of this request.

This is the first motion for extension of time filed by the defendant with respect to this Motion. Counsel for Syngenta has spoken with counsel for the plaintiff, Charles F. Corcoran, III, Esq., who does not consent to this Motion.

DEFENDANT,
SYNGENTA CROP PROTECTION, INC.


By _____
Amy E. Souchuns (Fed. Bar No. ct21223)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Phone: (860) 251-5000
Fax:   (860) 251-5318
E-mail: asouchuns@goodwin.com

and

William A. Ruskin (Fed. Bar No. ct20898)
R. Michael Meo, Jr. (Fed. Bar No. ct16318)
Shipman & Goodwin LLP
300 Atlantic Street
Stamford, Connecticut 06901
Telephone: (203) 324-8100
Facsimile: (203) 324-8199
E-mail: wruskin@goodwin.com
E-mail: rmeo@goodwin.com
Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Extension of Time was sent via U.S. Mail, postage prepaid, on this 10th day of June 2004, to:

Charles R. Corcoran, III, Esq.
Carmody & Torrance LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950

_____
Amy E. Souchuns

374064 v.01 sl