UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUN 14 P 2: 56
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| UNIROYAL CHEMICAL COMPANY, INC., d/b/a CROMPTON MANUFACTURING COMPANY | : <br> : <br> : <br> : Civil Action No. |
| Plaintiff, | : 3:02cv02253 (AHN) |
| v. | : |
| SYNGENTA CROP PROTECTION, INC. | : |
| Defendant. | : JUNE 14, 2004 |

### MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL

Pursuant to D. Conn. L. Civ. R. 7(b), the defendant, Syngenta Crop Protection, Inc., hereby moves this Court for an extension of time of one (1) week until June 30, 2004, to file a reply to Plaintiff's Opposition to Defendant's Motion to Compel dated June 9, 2004. Counsel for both parties are engaged in out-of-state depositions in this case during the week of June 14, 2004. Therefore, additional time is necessary to review plaintiff's Opposition and complete a response.

This is the first motion for extension of time filed by the defendant with respect to its reply brief. Counsel for Syngenta has spoken with counsel for the plaintiff, Charles F. Corcoran, III, Esq., who consents to this Motion.

DEFENDANT,
SYNGENTA CROP PROTECTION, INC.

By /s/ Amy E. Souchuns
Amy E. Souchuns (Fed. Bar No. ct21223)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Phone: (860) 251-5000
Fax:   (860) 251-5318
E-mail: asouchuns@goodwin.com

and

William A. Ruskin (Fed. Bar No. ct20898)
R. Michael Meo, Jr. (Fed. Bar No. ct16318)
Shipman & Goodwin LLP
300 Atlantic Street
Stamford, Connecticut 06901
Telephone: (203) 324-8100
Facsimile: (203) 324-8199
E-mail: wruskin@goodwin.com
E-mail: rmeo@goodwin.com
Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Extension of Time was sent via U.S. Mail, postage prepaid, on this 14th day of June 2004, to:

Charles R. Corcoran, III, Esq.
Carmody & Torrance LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950

_____
Amy E. Souchuns

374064 v.01 s3