UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUN 10 P 12: 37
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| UNIROYAL CHEMICAL COMPANY, INC., d/b/a CROMPTON MANUFACTURING COMPANY<br><br>Plaintiff,<br><br>v.<br><br>SYNGENTA CROP PROTECTION, INC.<br><br>Defendant. | Civil Action No.<br>3:02cv02253 (AHN)<br><br><br><br><br><br>JUNE 10, 2004 |

**MOTION FOR EXTENSION OF TIME TO OBJECT
TO PLAINTIFF'S MOTION TO AMEND COMPLAINT**

Pursuant to D. Conn. L. Civ. R. 7(b), the defendant, Syngenta Crop Protection, Inc., hereby moves this Court for an extension of time through and until June 18, 2004, to file an objection to plaintiff's Consent Motion for Leave to Amend Complaint dated May 18, 2004. Although plaintiff's Motion is labeled as a "Consent Motion," counsel for Syngenta only consented to one of the two causes of action raised by the Amended Complaint. Syngenta did not consent to the inclusion of Count VI for unjust enrichment. Since plaintiff's Motion was filed, the parties have attempted to resolve a misunderstanding about Syngenta's consent; those attempts failed, thereby necessitating the filing of this request.

This is the first motion for extension of time filed by the defendant with respect to this Motion. Counsel for Syngenta has spoken with counsel for the plaintiff, Charles F. Corcoran, III, Esq., who does not consent to this Motion.

*[Margin stamps: SO ORDERED ALAN H. NEVAS, U.S.D.J. 6/16/2004 GRANTED; FILED 2004 JUN 18 A; U.S. DISTRICT COURT BRIDGEPORT, CONN]*