motext

69

**SO ORDERED**
ALAN H. NEVAS, U.S.D.J.
6/21/20.04 GRANTED

UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

2004 JUN 14 P 2: 56

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| UNIROYAL CHEMICAL COMPANY, INC., d/b/a CROMPTON MANUFACTURING COMPANY | : |
| Plaintiff, | : Civil Action No. CS<br>: 3:02cv02253 (AHN) |
| v. | : |
| SYNGENTA CROP PROTECTION, INC. | : |
| Defendant. | : JUNE 14, 2004 |

**MOTION FOR EXTENSION OF TIME TO REPLY TO
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL**

Pursuant to D. Conn. L. Civ. R. 7(b), the defendant, Syngenta Crop Protection, Inc., hereby moves this Court for an extension of time of one (1) week until June 30, 2004, to file a reply to Plaintiff's Opposition to Defendant's Motion to Compel dated June 9, 2004. Counsel for both parties are engaged in out-of-state depositions in this case during the week of June 14, 2004. Therefore, additional time is necessary to review plaintiff's Opposition and complete a response.

This is the first motion for extension of time filed by the defendant with respect to its reply brief. Counsel for Syngenta has spoken with counsel for the plaintiff, Charles F. Corcoran, III, Esq., who consents to this Motion.

FILED
2004 JUN 22 A 10:26
U.S. DISTRICT COURT
BRIDGEPORT, CONN