UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIROYAL CHEMICAL COMPANY, INC., d/b/a CROMPTON MANUFACTURING COMPANY : : : : : Plaintiff, : : v. : : SYNGENTA CROP PROTECTION, INC. : : Defendant. : | Civil Action No. 3:02cv02253 (AHN) JUNE 21, 2004 |

## MOTION ON CONSENT FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S AMENDED COMPLAINT

Pursuant to D. Conn. L. Civ. R. 7(b), the defendant, Syngenta Crop Protection, Inc., hereby moves this Court for an extension of time through and until July 16, 2004, to file its responsive pleading to plaintiff's Consent Motion for Leave to Amend Complaint dated May 18, 2004. Because Syngenta initially consented to only one of the two causes of action raised by the Amended Complaint, it filed an extension of time seeking additional time to file an objection to the Motion. Since the time of that extension request, the parties have been able to resolve the misunderstanding at the basis of that request and Syngenta no longer has any objection to the filing of the Amended Complaint.

However, Syngenta does request an extension to July 16, 2004 to file a responsive pleading. Counsel for Syngenta has spoken with counsel for the plaintiff, Charles F. Corcoran, III, Esq., who consents to this Motion.

DEFENDANT,
SYNGENTA CROP PROTECTION, INC.

By /s/ Amy E. Souchuns
Amy E. Souchuns (Fed. Bar No. ct21223)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Phone: (860) 251-5000
Fax:   (860) 251-5318
E-mail: asouchuns@goodwin.com

and

William A. Ruskin (Fed. Bar No. ct20898)
R. Michael Meo, Jr. (Fed. Bar No. ct16318)
Shipman & Goodwin LLP
300 Atlantic Street
Stamford, Connecticut 06901
Telephone: (203) 324-8100
Facsimile: (203) 324-8199
E-mail: wruskin@goodwin.com
E-mail: rmeo@goodwin.com
Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Extension of Time was sent via U.S. Mail, postage prepaid, on this 21st day of June 2004, to:

Charles R. Corcoran, III, Esq.
Carmody & Torrance LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950

_____
Amy E. Souchuns

374064 v.01 S4