GRANTED ABSENT OPPOSITION
(LOCAL RULE 9 (A))

Alan H. Nevas, USDJ

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Uniroyal Chemical Company, Inc. ) | |
| d/b/a Crompton Manufacturing Company ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | 3:02CV02253 (AHN) |
| ) | |
| Syngenta Crop Protection, Inc. ) | May 18, 2004 |
| ) | |
| Defendant. ) | |

## CONSENT MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure plaintiff Uniroyal Chemical Company, Inc. ("Uniroyal") hereby requests leave to amend its Complaint. The Amended Complaint alleges, in addition to the original Counts of the initial Complaint, a violation of the Connecticut Unfair Trade Practices Act (C.G.S. §42-110b, et seq.), and a claim for unjust enrichment.

Attorney William Ruskin, counsel for defendant, has agreed to this request.

Uniroyal seeks to amend its complaint based, in part, on information obtained by Uniroyal at the recent deposition of George Meyding and documents recently produced by Syngenta in supplemental document production. This amendment will be neither prejudicial nor burdensome on either party since several discovery issues remain outstanding and additional testimonial discovery remains to be taken. Nor will the additional allegations of the Amended Complaint delay the start of the trial in this matter.

{N0717234}

1

CARMODY & TORRANCE LLP    195 Church Street
Attorneys at Law          Post Office Box 1950
                          New Haven, CT 06509-1950
                          Telephone: 203 777-5501