75

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIROYAL CHEMICAL COMPANY, INC., d/b/a CROMPTON MANUFACTURING COMPANY<br><br>Plaintiff,<br><br>v.<br><br>SYNGENTA CROP PROTECTION, INC.<br><br>Defendant. | :<br>:<br>:<br>:  Civil Action No.<br>:  3:02cv02253 (AHN)<br>:<br>:<br>:<br>:<br>:<br>:  JUNE 21, 2004 |

6/28/2004 GRANTED
SO ORDERED
ALAN H. NEVAS, U.S.D.J.

**MOTION ON CONSENT FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S AMENDED COMPLAINT**

Pursuant to D. Conn. L. Civ. R. 7(b), the defendant, Syngenta Crop Protection, Inc., hereby moves this Court for an extension of time through and until July 16, 2004, to file its responsive pleading to plaintiff's Consent Motion for Leave to Amend Complaint dated May 18, 2004. Because Syngenta initially consented to only one of the two causes of action raised by the Amended Complaint, it filed an extension of time seeking additional time to file an objection to the Motion. Since the time of that extension request, the parties have been able to resolve the misunderstanding at the basis of that request and Syngenta no longer has any objection to the filing of the Amended Complaint.

However, Syngenta does request an extension to July 16, 2004 to file a responsive pleading. Counsel for Syngenta has spoken with counsel for the plaintiff, Charles F. Corcoran, III, Esq., who consents to this Motion.

FILED 2004 JUN 28 U.S. DISTRICT COURT BRIDGEPORT, CT