UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

2004 JUL 16 P 2: 09

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| UNIROYAL CHEMICAL COMPANY, INC., d/b/a CROMPTON MANUFACTURING COMPANY | : : : : : Civil Action No. |
| Plaintiff, | : 3:02cv02253 (AHN) |
| v. | : : |
| SYNGENTA CROP PROTECTION, INC. | : : |
| Defendant. | : JULY 16, 2004 |

## MOTION TO SEAL

Defendant Syngenta Crop Protection, Inc. ("Syngenta"), pursuant to D. Conn. L. Civ. R. 5(d), respectfully files this Motion to Seal its attached Amended Answer, Affirmative Defenses and Counterclaims dated July 16, 2004 (the "Answer"). Certain allegations of Syngenta's counterclaims contain information derived from deposition testimony of a Uniroyal witness, which testimony was designated by Uniroyal's counsel as "Confidential: Attorney's Eyes Only" because it contains information deemed by Uniroyal to be highly confidential and proprietary. Syngenta previously moved for entry of a proposed Confidentiality Order, which provides that pleadings containing information designated as "Confidential: Attorney's Eyes Only" shall be filed under seal under limited circumstances. Judge Fitzsimmons has not yet ruled on that motion. Although Syngenta does not agree with Uniroyal's designation of the subject testimony as

"Confidential: Attorney's Eyes Only," to preserve the confidentiality of that information pending Judge Fitzsimmons' ruling on the issue, Syngenta requests that the Answer be filed under seal.

                                                                         DEFENDANT,
                                                                         SYNGENTA CROP PROTECTION, INC.

By /s/ Amy E. Souchuns
William A. Ruskin (Fed. Bar No. ct20898)
R. Michael Meo, Jr. (Fed. Bar No. ct16318)
Shipman & Goodwin LLP
300 Atlantic Street
Stamford, Connecticut 06901
Telephone: (203) 324-8100
Facsimile: (203) 324-8199
E-mail: wruskin@goodwin.com
E-mail: rmeo@goodwin.com

and

Amy E. Souchuns (Fed. Bar No. ct21223)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Phone: (860) 251-5000
Fax:   (860) 251-5318
E-mail: asouchuns@goodwin.com

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Seal, and the accompanying Amended Answer, Affirmative Defenses and Counterclaims, was sent via U.S. Mail, postage prepaid, on this 16th day of July 2004, to:

Charles R. Corcoran, III, Esq.
Carmody & Torrance LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950

Amy E. Souchuns

112135 v.01

SHIPMAN & GOODWIN® LLP • COUNSELORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103-1919 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385