motseal

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 JUL 16  P 2: 09

UNIROYAL CHEMICAL COMPANY, INC.,      :
d/b/a CROMPTON MANUFACTURING          :      U.S. DISTRICT COURT
COMPANY                               :      BRIDGEPORT, CONN
                                      :      Civil Action No. CS
        Plaintiff,                    :      3:02cv02253 (AHN)
                                      :
v.                                    :
                                      :
SYNGENTA CROP PROTECTION, INC.        :
                                      :
        Defendant.                    :      JULY 16, 2004

## MOTION TO SEAL

        Defendant Syngenta Crop Protection, Inc. ("Syngenta"), pursuant to D.

Conn. L. Civ. R. 5(d), respectfully files this Motion to Seal its attached Amended

Answer, Affirmative Defenses and Counterclaims dated July 16, 2004 (the "Answer").

Certain allegations of Syngenta's counterclaims contain information derived from

deposition testimony of a Uniroyal witness, which testimony was designated by Uniroyal's

counsel as "Confidential: Attorney's Eyes Only" because it contains information deemed

by Uniroyal to be highly confidential and proprietary.  Syngenta previously moved for

entry of a proposed Confidentiality Order, which provides that pleadings containing

information designated as "Confidential: Attorney's Eyes Only" shall be filed under seal

under limited circumstances.  Judge Fitzsimmons has not yet ruled on that motion.

Although Syngenta does not agree with Uniroyal's designation of the subject testimony as

SHIPMAN & GOODWIN® LLP •  COUNSELORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103-1919 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385

7/21/20.04 GRANTED

SO ORDERED

ALAN H. NEVAS, U.S.D.J.