## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNIROYAL CHEMICAL COMPANY, INC., d/b/a CROMPTON MANUFACTURING COMPANY | : : : : | |
| Plaintiff, | : : | Civil Action No. 3:02cv02253 (AHN) |
| v. | : : | |
| SYNGENTA CROP PROTECTION, INC. | : : | |
| Defendant. | : | July 30, 2004 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Rule 7(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the plaintiff, Uniroyal Chemical Company, Inc., d/b/a Crompton Manufacturing Company, hereby moves this court for an extension of time of two weeks, until August 19, 2004 to file a responsive pleading to the defendant's counterclaims dated July 16, 2004. The undersigned represents that counsel for the defendant has consented to this motion. This is the first such motion for extension of time filed by the plaintiff.

{N0720485}

Respectfully submitted,

THE PLAINTIFF
UNIROYAL CHEMICAL COMPANY, INC. d/b/a CROMPTON MANUFACTURING COMPANY

/s/_____
Charles F. Corcoran, III (ct 04299)
Carmody & Torrance LLP
195 Church Street, P.O. Box 1950
New Haven, Connecticut  06509-1950
Tel:  (203) 777-5501
Fax:  (203) 784-3199
E-mail: ccorcoran@carmodylaw.com
Its Attorneys

## CERTIFICATION

     This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the above date, to:

| | |
|---|---|
| William A. Ruskin<br>(Fed. Bar No. ct20898)<br>Shipman & Goodwin LLP<br>300 Atlantic Street<br>Stamford, Connecticut 06901<br>Telephone: (203) 324-8100<br>Facsimile: (203) 324-8199<br>E-mail: wruskin@goodwin.com | Paul D. Sanson (Fed. Bar No. ct05477)<br>Karen T. Staib (Fed. Bar No. ct21119)<br>Shipman & Goodwin LLP<br>One American Row<br>Hartford, CT  06103<br>Telephone: (860) 251-5000<br>Facsimile: (860) 251-5600<br>E-mail: psanson@goodwin.com<br>E-mail: kstaib@goodwin.com |

 /s/_____
Charles F. Corcoran

{N0720485}