## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNIROYAL CHEMICAL COMPANY, INC., d/b/a CROMPTON MANUFACTURING COMPANY | : : : : | |
| Plaintiff, | : : | Civil Action No. 3:02cv02253 (AHN) |
| v. | : : | |
| SYNGENTA CROP PROTECTION, INC. | : : | |
| Defendant. | : | July 30, 2004 |

## REQUEST FOR CLARIFICATION OF
## <u>COURT ORDER</u>

Plaintiff Uniroyal Chemical Company ("Uniroyal"), by its attorneys, respectfully moves this Court for an order clarifying the Court Order dated July 21, 2004, regarding the confidentiality protection to be afforded to plaintiff's field research data, or field trial database. In support of this motion, the plaintiff represents as follows:

1. This litigation was commenced by the plaintiff by way of complaint served on December 19, 2002. The litigation centers around two agreements entered into between the plaintiff and the defendant's predecessor for the development, marketing and sale of Bonzi.

2. One of the subjects at issue between the parties involves defendant's efforts to obtain discovery of ten years of field research, or "trials" performed by various entities at the plaintiff's direction regarding potential new uses for Bonzi.

{N0720464}

3. On September 15, 2003, the defendant filed a motion to compel the plaintiff to produce certain documents, including the results of Uniroyal's field trial research. *See,* Def.'s Mot. to Compel at pp. 3-7.

4. The plaintiff submitted its memorandum in opposition to the motion to compel on October 14, 2003, in which it argued that the results of its field research trials are highly proprietary and confidential, and that summary disclosure of these results to Syngenta would cause significant economic harm to Uniroyal. *See, generally,* Pl. Objection to Mot. to Compel.

5. By way of Order dated July 21, 2004, this Court denied in part and granted in part the defendant's motion to compel. On the issue of the field trial database, the Court held that "in addition to a first level of 'confidential' upon which the parties agree, two additional levels of confidentiality are appropriate in this case." July 21, 2004 Order, at p. 9. The Court determined that "'Level 2' restricts disclosure of documents marked as such to outside counsel, outside experts, and three designated employees of each company. 'Level 3' restricts disclosure of documents marked as such to outside counsel and outside experts only." Id. at p. 10.

6. The Court held that "With respect to the field trial database, Uniroyal has satisfied the court that allowing Syngenta unrestricted access to the field trials database would result in a 'clearly defined and serious injury' to plaintiff." Id. Furthermore, "These considerations weigh in favor of entering a protective order allowing plaintiff to label the field trial research at Level 3, to be

disclosed only to Syngenta's outside counsel and outside experts, should Syngenta choose to retain any." Id.

7. At page 11 of the Order, however, the Court stated that "The field trial database shall remain available for inspection by Syngenta's outside counsel and the designated Syngenta employees, provided a confidentiality agreement is signed and no notes or copies are retained by Syngenta employees." Id. at p. 11.

Wherefore, in light of this ruling, the plaintiff respectfully requests clarification of the Court's Order with regard to the field research database, and whether it is to be disclosed to outside counsel and outside experts only, (Level 3), or, in addition, to the three designated Syngenta employees (Level 2).

Respectfully submitted,

PLAINTIFF, UNIROYAL CHEMICAL
COMPANY, INC. d/b/a CROMPTON
MANUFACTURING COMPANY


By:/s/_____
Charles F. Corcoran, III (ct 04299)
Carmody & Torrance LLP
195 Church Street, P.O. Box 1950
New Haven, CT  06509-1950
Tel:  (203) 777-5501
Fax:  (203) 784-3199
E-mail:ccorcoran@carmodylaw.com
*Its Attorneys*

{N0720464}                                3

**CERTIFICATION**

      This is to certify that the foregoing has been mailed, postage prepaid, on the above date, to:

| | |
|---|---|
| William A. Ruskin | Paul D. Sanson (Fed. Bar No. ct05477) |
| (Fed. Bar No. ct20898) | Karen T. Staib (Fed. Bar No. ct21119) |
| Shipman & Goodwin LLP | Shipman & Goodwin LLP |
| 300 Atlantic Street | One American Row |
| Stamford, CT  06901-3522 | Hartford, CT  06103 |
| Telephone: (203) 324-8100 | Telephone: (860) 251-5000 |
| Facsimile: (203) 324-8199 | Facsimile: (860) 251-5600 |
| E-mail: wruskin@goodwin.com | E-mail: psanson@goodwin.com |
| | E-mail: kstaib@goodwin.com |

                                                    /s/_____
                                                 Charles F. Corcoran, III