UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 AUG -3  P 1: 30

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| UNIROYAL CHEMICAL COMPANY, INC., d/b/a CROMPTON MANUFACTURING COMPANY | : |
| Plaintiff, | : Civil Action No.<br>: 3:02cv02253 (AHN) |
| v. | : |
| SYNGENTA CROP PROTECTION, INC. | : |
| Defendant. | : AUGUST 3, 2004 |

**RESPONSE TO REQUEST FOR**
**CLARIFICATION OF COURT ORDER**

Defendant Syngenta Crop Protection, Inc. ("Syngenta") respectfully responds to plaintiff Uniroyal Chemical Company, Inc.'s ("Uniroyal") request for clarification of the Court's July 21, 2004 Order regarding the confidentiality protection to be afforded to Uniroyal's field research data, or field trial database (the "Request").

Uniroyal's Request suggests confusion surrounding the Court's general statement at page 10 of the Order that, "[t]hese considerations weigh in favor of entering a protective order allowing plaintiff to label the field trial research at Level 3, to be disclosed only to Syngenta's outside counsel and outside experts, should Syngenta choose to retain any," and the Court's specific order at page 11 that "[t]he field trial database shall remain available for inspection by Syngenta's outside counsel and the designated Syngenta employees, provided a confidentiality agreement is signed and no notes or copies are retained by Syngenta employees."

1

There is no ambiguity in this language. The Court's Order clearly states that, while the field trial database may otherwise be afforded Level 3 confidentiality, it also "shall remain available for inspection" by the three designated Syngenta employees, but with certain additional restrictions not otherwise placed on those employees under Level 2 confidentiality: namely, that those employees take no notes and make no copies of those documents. Accordingly, there is no need for further clarification.

SYNGENTA CROP PROTECTION, INC.

By _____

William A. Ruskin (Fed. Bar No. ct20898)
R. Michael Meo, Jr. (Fed. Bar No. ct16318)
Shipman & Goodwin LLP
300 Atlantic Street
Stamford, Connecticut 06901
Telephone: (203) 324-8100
Facsimile: (203) 324-8199
E-mail: wruskin@goodwin.com
E-mail: rmeo@goodwin.com

and

Amy E. Souchuns (Fed. Bar No. ct21223)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Phone: (860) 251-5000
Fax:   (860) 251-5318
E-mail: asouchuns@goodwin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of August 2004, a copy of the foregoing Response to Request for Clarification of Court Order was mailed via First Class Mail, postage prepaid, to:

Charles R. Corcoran, III, Esq.
Carmody & Torrance LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950

_____
R. Michael Meo, Jr.

112649 v.01