UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNIROYAL CHEMICAL COMPANY, INC., d/b/a CROMPTON MANUFACTURING COMPANY | : | |
| Plaintiff, | : | Civil Action No. 3:02cv02253 (AHN) |
| v. | : | |
| SYNGENTA CROP PROTECTION, INC. | : | |
| Defendant. | : | July 30, 2004 |

### UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Rule 7(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the plaintiff, Uniroyal Chemical Company, Inc., d/b/a Crompton Manufacturing Company, hereby moves this court for an extension of time of two weeks, until August 19, 2004 to file a responsive pleading to the defendant's counterclaims dated July 16, 2004. The undersigned represents that counsel for the defendant has consented to this motion. This is the first such motion for extension of time filed by the plaintiff.

8/04/04. GRANTED. SO ORDERED.
ALAN H. NEVAS, U.S.D.J.

{N0720485}

CARMODY & TORRANCE LLP    195 Church Street
Attorneys at Law                        Post Office Box 1950
                                                  New Haven, CT 06509-1950
                                                  Telephone: 203 777-5501