UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNIROYAL CHEMICAL COMPANY, INC., d/b/a CROMPTON MANUFACTURING COMPANY | : : : : | |
| Plaintiff, | : : | Civil Action No. 3:02cv02253 (AHN) |
| v. | : : | |
| SYNGENTA CROP PROTECTION, INC. | : : | |
| Defendant. | : | August 19, 2004 |

## **APPEARANCE**

Please enter the appearance of David S. Hardy on behalf of the plaintiff in the above-entitled action.

            THE PLAINTIFF,
            UNIROYAL CHEMICAL COMPANY,
            INC. d/b/a CROMPTON
            MANUFACTURING COMPANY


            By: /s/
             David S. Hardy (ct 20904)
             Carmody & Torrance LLP
             195 Church Street, P.O. Box 1950
             New Haven, CT  06509-1950
             Tel:  (203) 777-5501
             Fax:  (203) 784-3199
             E-mail: dhardy@carmodylaw.com
             *Its Attorneys*

{N0696546;3}

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the above date, to:

| | |
|---|---|
| William A. Ruskin | Paul D. Sanson (Fed. Bar No. ct05477) |
| (Fed. Bar No. ct20898) | Karen T. Staib (Fed. Bar No. ct21119) |
| R. Michael Meo, Jr. | Amy E. Souchuns (Fed.Bar No ct21223) |
| (Fed. Bar No. ct16318) | Shipman & Goodwin LLP |
| Shipman & Goodwin LLP | One Constitution Plaza |
| 300 Atlantic Street | Hartford, CT  06103-1919 |
| Stamford, CT  06901 | Telephone: (860) 251-5000 |
| Telephone: (203) 324-8100 | Facsimile: (860) 251-5600 |
| Facsimile: (203) 324-8199 | E-mail: psanson@goodwin.com |
| E-mail: wruskin@goodwin.com | E-mail: kstaib@goodwin.com |
| E-mail: rmeo@goodwin.com | E-mail: asouchuns@goodwin.com |

       /s/_____
       David S. Hardy

{N0696546;3}