# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNIROYAL CHEMICAL COMPANY, INC., | : | |
| d/b/a CROMPTON MANUFACTURING COMPANY | : | |
| | : | Civil Action No. |
| Plaintiff, | : | 3:02cv02253 (AHN) |
| v. | : | |
| | : | |
| SYNGENTA CROP PROTECTION, INC. | : | |
| | : | |
| Defendant. | : | August 19, 2004 |

## MOTION TO STRIKE AND DISMISS COUNTERCLAIMS

Pursuant to Federal Rules of Civil Procedure 12(f) and 12(b)(6), the plaintiff, Uniroyal Chemical Company, Inc., d/b/a Crompton Manufacturing Company, hereby moves to strike, or in the alternative, to dismiss, the defendant's counterclaims dated July 16, 2004. The defendant's filing of its counterclaims without permission from the court was improper and the counterclaims should therefore be stricken. In addition, the defendant's purported counterclaims fail to state claims upon which relief may be granted. A memorandum of law in support of this motion is submitted herewith.

    Respectfully submitted,
    THE PLAINTIFF, UNIROYAL CHEMICAL
    COMPANY, INC. d/b/a CROMPTON
    MANUFACTURING COMPANY

    By:   /s/
        Charles F. Corcoran, III (ct 04299)
        David S. Hardy (ct 20904)
        Carmody & Torrance LLP
        195 Church Street, P.O. Box 1950
        New Haven, CT  06509-1950
        Tel:  (203) 777-5501
        Fax:  (203) 784-3199
        E-mail: ccorcoran@carmodylaw.com
        E-mail: dhardy@carmodylaw.com
        *Its Attorneys*

{N0721188}

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the above date, to:

| | |
|---|---|
| William A. Ruskin | Paul D. Sanson (Fed. Bar No. ct05477) |
| (Fed. Bar No. ct20898) | Karen T. Staib (Fed. Bar No. ct21119) |
| R. Michael Meo, Jr. | Amy E. Souchuns (Fed.Bar No ct21223) |
| (Fed. Bar No. ct16318) | Shipman & Goodwin LLP |
| Shipman & Goodwin LLP | One Constitution Plaza |
| 300 Atlantic Street | Hartford, CT 06103-1919 |
| Stamford, CT 06901 | Telephone: (860) 251-5000 |
| Telephone: (203) 324-8100 | Facsimile: (860) 251-5600 |
| Facsimile: (203) 324-8199 | E-mail: psanson@goodwin.com |
| E-mail: wruskin@goodwin.com | E-mail: kstaib@goodwin.com |
| E-mail: rmeo@goodwin.com | E-mail: asouchuns@goodwin.com |

　　　　　　　　　　　　　　　　　　　　　 /s/
　　　　　　　　　　　　　　　　　　　David S. Hardy

{N0721188}