UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| UNIROYAL CHEMICAL COMPANY, INC., d/b/a CROMPTON MANUFACTURING COMPANY<br><br>Plaintiff,<br><br>v.<br><br>SYNGENTA CROP PROTECTION, INC.<br><br>Defendant. | 2004 AUG 24 P 2: 35<br><br>U.S. DISTRICT COURT<br><br>Civil Action No.<br>3:02cv02253 (AHN)<br><br><br><br><br><br>AUGUST 23, 2004 |

## MOTION ON CONSENT FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND SET OF INTERROGATORIES AND THIRD REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to D. Conn. L. Civ. R. 7(b), the defendant, Syngenta Crop Protection, Inc., hereby moves this Court for an extension of time of thirty (30) days through and until October 1, 2004, to respond to plaintiff's Second Set of Interrogatories and Third Request for Production of Documents, dated August 2, 2004. Counsel for both parties will be out-of-state at depositions in this case for several days during September. Consequently, counsel for Syngenta needs additional time to gather the responsive documents and formulate responses to the Interrogatories.

Therefore, Syngenta respectfully requests an extension to October 1, 2004 to complete its responses. This is Syngenta's first request for an extension to respond to these requests. Counsel for Syngenta has spoken with counsel for the plaintiff, Anne D. Peterson, who consents to this Motion.

DEFENDANT,
SYNGENTA CROP PROTECTION, INC.

By: /s/ Amy E. Souchuns
Amy E. Souchuns (Fed. Bar No. ct21223)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Phone: (860) 251-5000
Fax:   (860) 251-5318
E-mail: asouchuns@goodwin.com

and

William A. Ruskin (Fed. Bar No. ct20898)
R. Michael Meo, Jr. (Fed. Bar No. ct16318)
Shipman & Goodwin LLP
300 Atlantic Street
Stamford, Connecticut 06901
Telephone: (203) 324-8100
Facsimile: (203) 324-8199
E-mail: wruskin@goodwin.com
E-mail: rmeo@goodwin.com
Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Extension of Time was sent via U.S. Mail, postage prepaid, on this 23rd day of August 2004, to:

Charles R. Corcoran, III, Esq.
Anne D. Peterson, Esq.
Carmody & Torrance LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950

/s/ Amy E. Souchuns
Amy E. Souchuns

374064 v.01 s5

2