*90*

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNIROYAL CHEMICAL COMPANY, INC., d/b/a CROMPTON MANUFACTURING COMPANY | : : : | 2004 |
| | : | Civil Action No. |
| Plaintiff, | : | 3:02cv02253 (AHN) |
| | : | |
| v. | : | |
| | : | |
| SYNGENTA CROP PROTECTION, INC. | : | |
| | : | |
| Defendant. | : | AUGUST 31, 2004 |

*GRANTED*
*9/7 20 04*
*SO ORDERED*
*ALAN H. NEVAS, U.S.D.J.*

## MOTION ON CONSENT FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO STRIKE OR DISMISS COUNTERCLAIMS

Pursuant to D. Conn. L. Civ. R. 7(b), the defendant, Syngenta Crop Protection, Inc., hereby moves this Court for an extension of time of thirty (30) days through and until October 12, 2004, to respond to plaintiff's Motion to Strike or Dismiss Counterclaims, dated August 19, 2004. Counsel for both parties will be out-of-state at depositions in this case for several days during September. Consequently, counsel for Syngenta needs additional time to prepare its objection to the Motion.

Therefore, Syngenta respectfully requests an extension to October 12, 2004 to complete its objection to the Motion. This is Syngenta's first request for an extension to respond to the Motion. Counsel for Syngenta has spoken with counsel for the plaintiff, Anne D. Peterson, who consents to this Motion.