# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNIROYAL CHEMICAL COMPANY, INC., d/b/a CROMPTON MANUFACTURING COMPANY | : : : : | |
| Plaintiff, | : : | Civil Action No. 3:02cv02253 (AHN) |
| v. | : : | |
| SYNGENTA CROP PROTECTION, INC. | : : | |
| Defendant. | : | September 29, 2004 |

## **APPEARANCE**

Please enter the appearance of Anne D. Peterson on behalf of the plaintiff in the above-entitled action.

>THE PLAINTIFF,
>UNIROYAL CHEMICAL COMPANY,
>INC. d/b/a CROMPTON
>MANUFACTURING COMPANY
>
>By: /s/
>  Anne D. Peterson (ct20181)
>  Carmody & Torrance LLP
>  195 Church Street, P.O. Box 1950
>  New Haven, CT  06509-1950
>  Tel:  (203) 777-5501
>  Fax:  (203) 784-3199
>  E-mail: apeterson@carmodylaw.com
>  *Its Attorneys*

{N0722516}

## **CERTIFICATION**

  This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the above date, to:

| | |
|---|---|
| William A. Ruskin | Paul D. Sanson (Fed. Bar No. ct05477) |
| (Fed. Bar No. ct20898) | Karen T. Staib (Fed. Bar No. ct21119) |
| R. Michael Meo, Jr. | Amy E. Souchuns (Fed.Bar No ct21223) |
| (Fed. Bar No. ct16318) | Shipman & Goodwin LLP |
| Shipman & Goodwin LLP | One Constitution Plaza |
| 300 Atlantic Street | Hartford, CT  06103-1919 |
| Stamford, CT  06901 | Telephone: (860) 251-5000 |
| Telephone: (203) 324-8100 | Facsimile: (860) 251-5600 |
| Facsimile: (203) 324-8199 | E-mail: psanson@goodwin.com |
| E-mail: wruskin@goodwin.com | E-mail: kstaib@goodwin.com |
| E-mail: rmeo@goodwin.com | E-mail: asouchuns@goodwin.com |

                       /s/_____
                       Anne D. Peterson

{N0722516}