UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 OCT -1  A 9:44

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| UNIROYAL CHEMICAL COMPANY, INC., d/b/a CROMPTON MANUFACTURING COMPANY | : : : |
| Plaintiff, | : Civil Action No. : 3:02cv02253 (AHN) |
| v. | : |
| SYNGENTA CROP PROTECTION, INC. | : : |
| Defendant. | : SEPTEMBER 30, 2004 |

**MOTION ON CONSENT FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND SET OF INTERROGATORIES AND THIRD REQUEST FOR PRODUCTION OF DOCUMENTS**

Pursuant to D. Conn. L. Civ. R. 7(b), the defendant, Syngenta Crop Protection, Inc., hereby moves this Court for an extension of time of thirty (30) days through and until November 1, 2004, to respond to plaintiff's Second Set of Interrogatories and Third Request for Production of Documents, dated August 2, 2004. Due to counsel's trial schedule and additional matters, counsel for Syngenta requires additional time to gather the responsive documents and formulate responses to the Interrogatories.

Therefore, Syngenta respectfully requests an extension to November 1, 2004 to complete its responses. This is Syngenta's second request for an extension to respond to these requests. Counsel for Syngenta has spoken with counsel for the plaintiff, Anne D. Peterson, who consents to this Motion.

DEFENDANT,
SYNGENTA CROP PROTECTION, INC.

By /s/ Amy E. Souchuns
Amy E. Souchuns (Fed. Bar No. ct21223)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Phone: (860) 251-5000
Fax:   (860) 251-5318
E-mail: asouchuns@goodwin.com

and

William A. Ruskin (Fed. Bar No. ct20898)
R. Michael Meo, Jr. (Fed. Bar No. ct16318)
Shipman & Goodwin LLP
300 Atlantic Street
Stamford, Connecticut 06901
Telephone: (203) 324-8100
Facsimile: (203) 324-8199
E-mail: wruskin@goodwin.com
E-mail: rmeo@goodwin.com
Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Extension of Time was sent via U.S. Mail, postage prepaid, on this 30th day of September 2004, to:

Charles R. Corcoran, III, Esq.
Anne D. Peterson, Esq.
Carmody & Torrance LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950

/s/ Amy E. Souchuns
Amy E. Souchuns

374064 v.01 S7

2