UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 OCT -1  A 9: 44
U.S. DISTRICT COURT
BRIDGEPORT, CO...

| | |
|---|---|
| UNIROYAL CHEMICAL COMPANY, INC., d/b/a CROMPTON MANUFACTURING COMPANY | : <br> : <br> : |
| Plaintiff, | : Civil Action No. <br> : 3:02cv02253 (AHN) |
| v. | : |
| SYNGENTA CROP PROTECTION, INC. | : |
| Defendant. | : SEPTEMBER 30, 2004 |

**MOTION ON CONSENT FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND SET OF INTERROGATORIES AND THIRD REQUEST FOR PRODUCTION OF DOCUMENTS**

Pursuant to D. Conn. L. Civ. R. 7(b), the defendant, Syngenta Crop Protection, Inc., hereby moves this Court for an extension of time of thirty (30) days through and until November 1, 2004, to respond to plaintiff's Second Set of Interrogatories and Third Request for Production of Documents, dated August 2, 2004. Due to counsel's trial schedule and additional matters, counsel for Syngenta requires additional time to gather the responsive documents and formulate responses to the Interrogatories.

Therefore, Syngenta respectfully requests an extension to November 1, 2004 to complete its responses. This is Syngenta's second request for an extension to respond to these requests. Counsel for Syngenta has spoken with counsel for the plaintiff, Anne D. Peterson, who consents to this Motion.

10/7, 2004 GRANTED
SO ORDERED
ALAN H. NEVAS, U.S.D.J.