UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIROYAL CHEMICAL COMPANY, INC., d/b/a CROMPTON MANUFACTURING COMPANY | : <br> : <br> : <br> : |
| Plaintiff, | : Civil Action No. <br> : 3:02cv02253 (AHN) |
| v. | : <br> : |
| SYNGENTA CROP PROTECTION, INC. | : <br> : |
| Defendant. | : October 12, 2004 |

## MOTION TO SEAL

Defendant Syngenta Crop Protection, Inc. ("Syngenta"), pursuant to D. Conn. L. Civ. R. 5(d), respectfully files this Motion to Seal its attached Memorandum in Opposition to Plaintiff's Motion to Strike and Dismiss Counterclaims (the "Opposing Memorandum"). Portions of the Opposing Memorandum discuss deposition testimony of a Uniroyal witness, which testimony was designated by Uniroyal's counsel as "Confidential: Attorney's Eyes Only" because it contains information deemed by Uniroyal to be highly confidential and proprietary. Syngenta previously moved for entry of a proposed Confidentiality Order, which provides that pleadings containing information designated as "Confidential: Attorney's Eyes Only" shall be filed under seal under limited circumstances. Judge Fitzsimmons is awaiting the parties' submission of a revised proposed Confidentiality Order in accordance with Her Honor's ruling on Syngenta's motion. Although Syngenta does not necessarily agree with Uniroyal's designation of the subject

testimony as "Confidential: Attorney's Eyes Only," to preserve the confidentiality of that information pending Judge Fitzsimmons' entry of the Confidentiality Order, Syngenta requests that its Opposing Memorandum be filed under seal.

                    **DEFENDANT,**
                    **SYNGENTA CROP PROTECTION, INC.**

By _/s/_____
William A. Ruskin (Fed. Bar No. ct20898)
R. Michael Meo, Jr. (Fed. Bar No. ct16318)
Shipman & Goodwin LLP
300 Atlantic Street
Stamford, Connecticut 06901
Telephone: (203) 324-8100
Facsimile: (203) 324-8199
E-mail: wruskin@goodwin.com
E-mail: rmeo@goodwin.com

and

Amy E. Souchuns (Fed. Bar No. ct21223)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT  06103-1919
Phone: (860) 251-5000
Fax:    (860) 251-5318
E-mail:  asouchuns@goodwin.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Seal, and the accompanying Memorandum in Opposition to Plaintiff's Motion to Strike and Dismiss Counterclaims, was sent via U.S. Mail, postage prepaid, on this 12th day of October 2004, to:

Charles R. Corcoran, III, Esq.
Carmody & Torrance LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950

                                          R. Michael Meo, Jr.

114969 v.01