FILED

2004 OCT 12 P 3:39

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNIROYAL CHEMICAL COMPANY, INC.,
d/b/a CROMPTON MANUFACTURING
COMPANY

   Plaintiff,

v.

SYNGENTA CROP PROTECTION, INC.

   Defendant.

Civil Action No.
3:02cv02253 (AHN)

October 12, 2004

## MOTION TO SEAL

Defendant Syngenta Crop Protection, Inc. ("Syngenta"), pursuant to D. Conn. L. Civ. R. 5(d), respectfully files this Motion to Seal its attached Memorandum in Opposition to Plaintiff's Motion to Strike and Dismiss Counterclaims (the "Opposing Memorandum"). Portions of the Opposing Memorandum discuss deposition testimony of a Uniroyal witness, which testimony was designated by Uniroyal's counsel as "Confidential: Attorney's Eyes Only" because it contains information deemed by Uniroyal to be highly confidential and proprietary. Syngenta previously moved for entry of a proposed Confidentiality Order, which provides that pleadings containing information designated as "Confidential: Attorney's Eyes Only" shall be filed under seal under limited circumstances. Judge Fitzsimmons is awaiting the parties' submission of a revised proposed Confidentiality Order in accordance with Her Honor's ruling on Syngenta's motion. Although Syngenta does not necessarily agree with Uniroyal's designation of the subject

10/20/2004 GRANTED
SO ORDERED
ALAN H. NEVAS, U.S.D.J.

2004 OCT 22 P 3:36
U.S. DISTRICT COURT
BRIDGEPORT CT