UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIROYAL CHEMICAL COMPANY, INC., d/b/a CROMPTON MANUFACTURING COMPANY | |
| Plaintiff, | Civil Action No. 3:02cv02253 (AHN) |
| v. | |
| SYNGENTA CROP PROTECTION, INC. | |
| Defendant. | August 19, 2004 |

GRANTED ABSENT OPPOSITION
(LOCAL RULE 9 (A) )
Alan H. Nevas, USDJ

## MOTION TO STRIKE AND DISMISS COUNTERCLAIMS

Pursuant to Federal Rules of Civil Procedure 12(f) and 12(b)(6), the plaintiff, Uniroyal Chemical Company, Inc., d/b/a Crompton Manufacturing Company, hereby moves to strike, or in the alternative, to dismiss, the defendant's counterclaims dated July 16, 2004. The defendant's filing of its counterclaims without permission from the court was improper and the counterclaims should therefore be stricken. In addition, the defendant's purported counterclaims fail to state claims upon which relief may be granted. A memorandum of law in support of this motion is submitted herewith.

Respectfully submitted,
THE PLAINTIFF, UNIROYAL CHEMICAL
COMPANY, INC. d/b/a CROMPTON
MANUFACTURING COMPANY

By:_____
Charles F. Corcoran, III (ct 04299)
David S. Hardy (ct 20904)
Carmody & Torrance LLP
195 Church Street, P.O. Box 1950
New Haven, CT 06509-1950
Tel: (203) 777-5501
Fax: (203) 784-3199
E-mail: ccorcoran@carmodylaw.com
E-mail: dhardy@carmodylaw.com
*Its Attorneys*

{N0721188}
CARMODY & TORRANCE LLP    195 Church Street
Attorneys at Law                       Post Office Box 1950
                                                  New Haven, CT 06509-1950
                                                  Telephone: 203 777-5501