UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIROYAL CHEMICAL COMPANY, INC., d/b/a CROMPTON MANUFACTURING COMPANY : : : : Plaintiff, : : v. : : SYNGENTA CROP PROTECTION, INC. : : Defendant. : | Civil Action No. 3:02cv02253 (AHN) November 1, 2004 |

### MOTION FOR RECONSIDERATION

Defendant Syngenta Crop Protection, Inc. ("Syngenta"), pursuant to D. Conn. L. Civ. R. 7(c), respectfully moves that the Court reconsider its Order dated October 26, 2004 granting plaintiff's Motion to Strike and Dismiss Counterclaims (the "Motion to Strike and Dismiss"). That Order, a copy of which is attached hereto, states that the Motion to Strike and Dismiss is "granted absent opposition." However, as more fully explained in the accompanying memorandum, Syngenta timely filed and served its Memorandum in Opposition to Motion to Strike and Dismiss (the "Opposing Memorandum") on October 12, 2004, under cover of a Motion to Seal. Accordingly, since it is clear from the record that Syngenta did in fact timely file its Opposing Memorandum, Syngenta respectfully requests that the Court's Order granting the Motion to Strike and Dismiss be set aside, and that the Motion to Strike and Dismiss be decided on the merits, after considering the arguments set forth in Syngenta's Opposing Memorandum.

A memorandum of law is filed herewith, in accordance with D. Conn. L. Civ. R. 7(c)(1).

DEFENDANT,
SYNGENTA CROP PROTECTION, INC.

By /s/
William A. Ruskin (Fed. Bar No. ct20898)
R. Michael Meo, Jr. (Fed. Bar No. ct16318)
Shipman & Goodwin LLP
300 Atlantic Street
Stamford, Connecticut 06901
Telephone: (203) 324-8100
Facsimile: (203) 324-8199
E-mail: wruskin@goodwin.com
E-mail: rmeo@goodwin.com

and

Amy E. Souchuns (Fed. Bar No. ct21223)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Phone: (860) 251-5000
Fax:   (860) 251-5318
E-mail: asouchuns@goodwin.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Reconsideration was sent via U.S. Mail, postage prepaid, on this 1st day of November 2004, to:

Charles R. Corcoran, III, Esq.
Carmody & Torrance LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950

_____
R. Michael Meo, Jr.

115537 v.01