UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIROYAL CHEMICAL COMPANY, INC., d/b/a CROMPTON MANUFACTURING COMPANY : : : : | |
| Plaintiff, : : | Civil Action No. 3:02cv02253 (AHN) |
| v. : : | |
| SYNGENTA CROP PROTECTION, INC. : : | |
| Defendant. : | November 1, 2004 |

### MEMORANDUM IN SUPPORT OF
### MOTION FOR RECONSIDERATION

In accordance with D. Conn. L. Civ. R. 7(c), defendant Syngenta Crop Protection, Inc. ("Syngenta") hereby files this Memorandum in Support of its Motion for Reconsideration dated November 1, 2004.

On or about August 19, 2004, plaintiff Uniroyal Chemical Company, Inc. d/b/a Crompton Manufacturing Company ("Uniroyal") filed its Motion to Strike and Dismiss Syngenta's Counterclaims (the "Motion to Strike and Dismiss"). On August 31, 2004, Syngenta filed its Motion on Consent for Extension of Time to Respond to the Motion to Strike and Dismiss, to and including October 12, 2004. That motion was granted by the Court (Nevas, J.) on September 7, 2004.

On October 12, 2004, Syngenta timely filed its Memorandum in Opposition to Motion to Strike and Dismiss (the "Opposing Memorandum"). That Opposing Memorandum was filed under cover of a Motion to Seal, pursuant to D. Conn. L. Civ. R. 5(d), because it included

deposition testimony of a Uniroyal witness, portions of which had been designated as "Confidential Attorneys Eyes Only" in accordance with the parties' proposed Confidentiality Order. A file-stamped copy of the Motion to Seal, together with a file-stamped copy of the Opposing Memorandum, is Exhibit A hereto.[1] That Motion to Seal was granted by the Court on October 20, 2004, and the sealed document -- namely, Syngenta's Opposing Memorandum -- was entered on the docket as document no. 99. See Summary of ECF Activity e-mail, Exhibit B hereto.

On October 29, 2004, the undersigned counsel for Syngenta received via e-mail notice of the Court's Order dated October 26, 2004, granting Uniroyal's Motion to Strike and Dismiss (the "Order"). That Order, a copy of which is Exhibit C hereto, states that the Motion to Strike and Dismiss is "granted absent opposition." Thus, notwithstanding that the Opposing Memorandum was filed under seal on October 12, 2004, and that the Opposing Memorandum was thereafter entered on the docket, it is clear from the Court's Order that the Court was unaware of the Opposing Memorandum at the time that it issued its Order. However, because the record confirms that Syngenta did in fact timely file its Opposing Memorandum, Syngenta respectfully requests that the Court set aside its Order granting the Motion to Strike and Dismiss, and decide that motion on the merits, after considering the arguments set forth in Syngenta's Opposing Memorandum.

---

[1] That part of the Opposing Memorandum containing the confidential information is a portion of deposition testimony attached thereto as Exhibit C. That portion has been redacted from the copy of the Opposing Memorandum attached hereto. Syngenta is happy to provide the Court with an unredacted copy of the Opposing Memorandum, under seal, at its request.

2

WHEREFORE, defendant Syngenta respectfully requests that the Court grant its Motion for Reconsideration, and set aside its Order granting plaintiff's Motion to Strike and Dismiss Counterclaims, together with such other and further relief as the Court deem proper.

DEFENDANT,
SYNGENTA CROP PROTECTION, INC.

By _____
William A. Ruskin (Fed. Bar No. ct20898)
R. Michael Meo, Jr. (Fed. Bar No. ct16318)
Shipman & Goodwin LLP
300 Atlantic Street
Stamford, Connecticut 06901
Telephone: (203) 324-8100
Facsimile: (203) 324-8199
E-mail: wruskin@goodwin.com
E-mail: rmeo@goodwin.com

and

Amy E. Souchuns (Fed. Bar No. ct21223)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Phone: (860) 251-5000
Fax:   (860) 251-5318
E-mail: asouchuns@goodwin.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Memorandum in Support of Motion for Reconsideration was sent via U.S. Mail, postage prepaid, on this 1st day of November 2004, to:

Charles R. Corcoran, III, Esq.
Carmody & Torrance LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950

_____
R. Michael Meo, Jr.

115539 v.01