Exhibit B

**Meo, R. Michael Jr.**

| | |
|---|---|
| **From:** | CMECF@ctd.uscourts.gov |
| **Sent:** | Wednesday, October 27, 2004 12:03 AM |
| **To:** | CMECF@ctd.uscourts.gov |
| **Subject:** | Summary of ECF Activity |

**Activity has occurred in the following cases:**

**3:02-cv-02253-AHN Uniroyal Chemical Co v. Syngenta Crop**
**Order on Motion to Seal   98**

**Docket Text:**
ORDER granting [96] Motion to Seal . Signed by Judge Alan H. Nevas on 10/20/2004. (Sanders, C.)

**3:02-cv-02253-AHN Uniroyal Chemical Co v. Syngenta Crop**
**Sealed Document   99**

**Docket Text:**
Sealed Document by Syngenta Crop Protection, Inc re [86] MOTION to Dismiss MOTION to Strike [78] Answer to Amended Complaint, Counterclaim. (Sanders, C.)

10/29/2004

Exhibit C

**Meo, R. Michael Jr.**

| | |
|---|---|
| **From:** | CMECF@ctd.uscourts.gov |
| **Sent:** | Friday, October 29, 2004 12:03 AM |
| **To:** | CMECF@ctd.uscourts.gov |
| **Subject:** | Summary of ECF Activity |

**Activity has occurred in the following cases:**

**3:02-cv-02253-AHN Uniroyal Chemical Co v. Syngenta Crop**
**Order on Motion to Dismiss   100**

**Docket Text:**
ORDER granting [86] Motion to Dismiss, granting [86] Motion to Strike . Signed by Judge Alan H. Nevas on 10/26/2004. (Sanders, C.)

10/29/2004

86

GRANTED ABSENT OPPOSITION
(LOCAL RULE 9 (A))

*Alan H. Nevas, USDJ*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNIROYAL CHEMICAL COMPANY, INC.,
d/b/a CROMPTON MANUFACTURING COMPANY

    Plaintiff,

v.

SYNGENTA CROP PROTECTION, INC.

    Defendant.

Civil Action No.
3:02cv02253 (AHN)

August 19, 2004

### MOTION TO STRIKE AND DISMISS COUNTERCLAIMS

Pursuant to Federal Rules of Civil Procedure 12(f) and 12(b)(6), the plaintiff, Uniroyal Chemical Company, Inc., d/b/a Crompton Manufacturing Company, hereby moves to strike, or in the alternative, to dismiss, the defendant's counterclaims dated July 16, 2004. The defendant's filing of its counterclaims without permission from the court was improper and the counterclaims should therefore be stricken. In addition, the defendant's purported counterclaims fail to state claims upon which relief may be granted. A memorandum of law in support of this motion is submitted herewith.

Respectfully submitted,
THE PLAINTIFF, UNIROYAL CHEMICAL
COMPANY, INC. d/b/a CROMPTON
MANUFACTURING COMPANY

By: _____
Charles F. Corcoran, III (ct 04299)
David S. Hardy (ct 20904)
Carmody & Torrance LLP
195 Church Street, P.O. Box 1950
New Haven, CT 06509-1950
Tel: (203) 777-5501
Fax: (203) 784-3199
E-mail: ccorcoran@carmodylaw.com
E-mail: dhardy@carmodylaw.com
*Its Attorneys*

{N0721188}

CARMODY & TORRANCE LLP
Attorneys at Law
195 Church Street
Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501