UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNIROYAL CHEMICAL COMPANY, INC., d/b/a CROMPTON MANUFACTURING COMPANY | : : : : | |
| Plaintiff, | : : | Civil Action No. 3:02cv02253 (AHN) |
| v. | : : : | |
| SYNGENTA CROP PROTECTION, INC. | : : | |
| Defendant. | : | November 15, 2004 |

## MOTION FOR PROTECTIVE ORDER AND/OR TO QUASH SUBPOENA DUCES TECUM SERVED UPON DAVID JUDGE

Pursuant to Rule 45(c) of the Federal Rules of Civil Procedure, the plaintiff Uniroyal Chemical Company d/b/a Crompton Manufacturing Company ("Crompton"), hereby objects to and moves to quash the Subpoena Duces Tecum served upon former Crompton employee David Judge. As is more fully set forth in the memorandum of law submitted herewith, the plaintiff objects to the Subpoena because it is overbroad and seeks documents regarding matters that are irrelevant, proprietary and confidential. Prior to filing this motion, Plaintiff attempted to narrow the scope of the subpoena in a discussion with counsel for the defendant. A copy of the subpoena is attached hereto as Exhibit "A".

{N0724386}

PLAINTIFF
UNIROYAL CHEMICAL COMPANY, INC.
d/b/a CROMPTON MANUFACTURING
COMPANY


By: /s/
        Charles F. Corcoran, III (ct 04299)
        Carmody & Torrance LLP
        195 Church Street
        P.O. Box 1950
        New Haven, CT  06509-1950
        Tel:  (203) 777-5501
        Fax:  (203) 784-3199
        E-mail: ccorcoran@carmodylaw.com

        Its Attorneys

## **CERTIFICATION**

       This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the above date, to:

William A. Ruskin
(Fed. Bar No. ct20898)
R. Michael Meo, Jr.
(Fed. Bar No. ct16318)
Shipman & Goodwin LLP
300 Atlantic Street
Stamford, CT  06901
Telephone: (203) 324-8100
Facsimile: (203) 324-8199
E-mail: wruskin@goodwin.com
E-mail: rmeo@goodwin.com

Paul D. Sanson (Fed. Bar No. ct05477)
Karen T. Staib (Fed. Bar No. ct21119)
Amy E. Souchuns (Fed.Bar No ct21223)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT  06103-1919
Telephone: (860) 251-5000
Facsimile: (860) 251-5600
E-mail: psanson@goodwin.com
E-mail: kstaib@goodwin.com
E-mail: asouchuns@goodwin.com


        /s/
        Charles F. Corcoran, III