## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNIROYAL CHEMICAL COMPANY, INC., d/b/a CROMPTON MANUFACTURING COMPANY | : | |
| | : | |
| | : | Civil Action No. |
| Plaintiff, | : | 3:02cv02253 (AHN) |
| v. | : | |
| | : | |
| SYNGENTA CROP PROTECTION, INC. | : | |
| | : | |
| Defendant. | : | November 4, 2004 |

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure and the attached subpoena duces tecum, the defendant, SYNGENTA CROP PROTECTION, INC., will take the deposition upon oral examination of F. David Judge before a certified court reporter or other competent authority on November 15, 2004 at 10:00 a.m. at the offices of Shipman & Goodwin LLP, 300 Atlantic Street, Stamford, Connecticut.

Oral examination will continue from day-to-day until completed. You are invited to attend and cross-examine.

**DEFENDANT,**
**SYNGENTA CROP PROTECTION, INC.**


By_____
William A. Ruskin (Fed. Bar No. ct20898)
R. Michael Meo, Jr. (Fed. Bar No. ct16318)
Shipman & Goodwin LLP
300 Atlantic Street
Stamford, Connecticut 06901
Telephone: (203) 324-8100
Facsimile: (203) 324-8199
E-mail: wruskin@goodwin.com
E-mail: rmeo@goodwin.com

and

Amy E. Souchuns (Fed. Bar No. ct21223)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT  06103-1919
Phone: (860) 251-5000
Fax:    (860) 251-5318
E-mail:  asouchuns@goodwin.com

## CERTIFICATION OF SERVICE

This is to certify that on this 4th day of November, 2004 a copy of the foregoing

Notice of Deposition was mailed, postage prepaid to:

Charles R. Corcoran, III, Esq.
Carmody & Torrance LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950

R. Michael Meo, Jr.

385674 v.02 S1

AO 88 (Rev. 1/94) Subpoena in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIROYAL CHEMICAL COMPANY, INC. | **SUBPOENA IN A CIVIL CASE** |
| Plaintiff | |
| **v.** | CASE NUMBER:<br>3:02cv02253 (AHN) |
| SYNGENTA CROP PROTECTION, INC. | |
| Defendant. | |

TO:   F. David Judge
30 North Court
Cheshire, CT 06410

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Shipman & Goodwin LLP<br>300 Atlantic Street<br>Stamford, Connecticut 06901 | November 15, 2004<br>10:00 a.m. |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):  See attached Schedule A

| PLACE | DATE AND TIME |
|---|---|
| Shipman & Goodwin LLP<br>300 Atlantic Street<br>Stamford, Connecticut 06901 | November 15, 2004<br>10:00 a.m. |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORENY FOR PLAINTIFF OR DEFENDANT)<br>Attorney for Syngenta Crop Protection, Inc. | DATE<br>November 4, 2004 |
|---|---|

ISSUING OFFICER'S NAME. ADDRESS AND PHONE NUNBER

R. Michael Meo, Jr., Shipman & Goodwin LLP, 300 Atlantic Street, Stamford, CT  06901   (203) 324-8100

(See Rule 45. Federal Rules of Civil Procedure. Parts C & D on Reverse)

## SCHEDULE A

1.      All documents in your possession reflecting, referring or relating to the plant growth regulating product "Bonzi," or any generic paclobutrazol product that was or is being considered for development, manufacture or sale by Uniroyal Chemical Company, Inc. and/or Crompton Manufacturing Company (collectively, "Uniroyal").

2.      All budgets, cost analyses or other financial information in your possession relating to funds spent by Uniroyal for Bonzi research and promotion, including those involving research programs or facilities outside of Uniroyal.

3.      All documents reflecting, referring or relating to payments made by Uniroyal to third parties for work performed to develop new uses for Bonzi.

4.      All documents in your possession reflecting, referring or relating to the production and research of a generic paclobutrazol product by Uniroyal.

5.      All documents in your possession reflecting, referring or relating to any new uses for Bonzi developed by Uniroyal.

6.      All documents in your possession relating to the "Bonzi Chemical Supply Agreement" or "Bonzi Development Agreement" between Uniroyal and ICI Americas, Inc. dated January 29, 1991.

385674 v.01 s3