UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 DEC -3 P 4: 00
U.S. DISTRICT COURT
BRIDGEPORT. CONN

UNIROYAL CHEM. CO., INC.         :

    v.                           :   CASE NO 3:02CV2253 (AHN)

SYNGENTA CROP PROTECTION, INC.:

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge <u>Holly B. Fitzsimmons</u> for the following purposes:

___  All purposes INCLUDING trial so long as the parties consent to trial before the magistrate judge (orefcs.).

___  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv).

___  To supervise discovery and resolve discovery disputes (orefmisc./dscv).

_X_  A ruling on the following motions which are currently pending (orefm.):**Doc. 104: Motion for Protective Order and/or to Quash Subpoena Duces Tecum Served Upon David Judge**

_x_  A settlement conference (orefmisc./cnf):

___  A conference to discuss the following (orefmisc./cnf):

___  Other (orefmisc./misc):

SO ORDERED this 2nd day of December, 2004, at Bridgeport, Connecticut.

                                    _____
                                         Alan H. Nevas
                                    United States District Judge