UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIROYAL CHEMICAL COMPANY, INC., d/b/a CROMPTON MANUFACTURING COMPANY : : : : Plaintiff, : : v. : : SYNGENTA CROP PROTECTION, INC. : : Defendant. : | Civil Action No. 3:02cv02253 (AHN) DECEMBER 6, 2004 |

## MOTION, ON CONSENT, FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND/OR TO QUASH SUBPOENA

Pursuant to D. Conn. L. Civ. R. 7(b), the defendant, Syngenta Crop Protection, Inc. ("Syngenta") hereby moves this Court for an extension of time of thirty (30) days, through and including January 5, 2005, to respond to plaintiff Uniroyal Chemical Company's Motion for Protective Order and/or to Quash Subpoena, dated November 15, 2004. Since the filing of the Motion, the parties have discussed the documents that are the subject of the subpoena and are attempting to work out the issues raised in the Motion without the need for court involvement. Also, the parties have a mediation scheduled for December 10, 2004 and would like additional time to see if the mediation is successful, eliminating the need for court resolution of this Motion.

Therefore, Syngenta respectfully requests an extension to January 5, 2005 to file its objection to the Motion for Protective Order and/or to Quash. This is Syngenta's first request for an extension to respond to this Motion. Counsel for Syngenta has spoken with counsel for the plaintiff, Anne D. Peterson, who consents to this Motion.

DEFENDANT,
SYNGENTA CROP PROTECTION, INC.

By _____
William A. Ruskin (Fed. Bar No. ct20898)
R. Michael Meo, Jr. (Fed. Bar No. ct16318)
Shipman & Goodwin LLP
300 Atlantic Street
Stamford, Connecticut 06901
Telephone: (203) 324-8100
Facsimile: (203) 324-8199
E-mail: wruskin@goodwin.com
E-mail: rmeo@goodwin.com

and

Amy E. Souchuns (Fed. Bar No. ct21223)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Phone: (860) 251-5000
Fax:   (860) 251-5318
E-mail: asouchuns@goodwin.com
Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Extension of Time was sent via U.S. Mail, postage prepaid, on this 6th day of December 2004, to:

Charles R. Corcoran, III, Esq.
Anne D. Peterson, Esq.
Carmody & Torrance LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950

_____
R. Michael Meo, Jr.

116546 v.01