UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNIROYAL CHEMICAL COMPANY INC.,    :
d/b/a CROMPTON MANUFACTURING       :
COMPANY                            :
                  PLAINTIFFS,      :
                                   :
v.                                 :    CIV. NO. 3:02cv2253 (AHN)
                                   :
SYNGENTA CROP PROTECTION, INC.     :
                  DEFENDANTS.      :
                                   :

## AMENDED SCHEDULING ORDER

The court approves the following amended schedule, jointly proposed by the parties.

Fact discovery will close on June 30, 2005.

Plaintiff will disclose its expert witness on or before September 15, 2005.  Defendant will depose plaintiff's expert on or before November 15, 2005.

Defendant will disclose its expert on or before December 15, 2005.  Plaintiff will depose defendant's expert on or before February 15, 2006.

SO ORDERED at Bridgeport this 6th day of April 2005.

                              /s/_____
                              HOLLY B. FITZSIMMONS
                              UNITED STATES MAGISTRATE JUDGE