UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNIROYAL CHEMICAL COMPANY, INC., d/b/a CROMPTON MANUFACTURING COMPANY | : | |
| | : | |
| | : | |
| | : | Civil Action No. |
| Plaintiff, | : | 3:02CV02253 (AHN) |
| | : | |
| v. | : | |
| | : | |
| SYNGENTA CROP PROTECTION, INC. | : | |
| | : | |
| Defendant. | : | MAY 5, 2005 |

**DEFENDANT SYNGENTA CROP PROTECTION,
INC.'S MOTION FOR SUMMARY JUDGMENT OR,
IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**

The defendant, Syngenta Crop Protection, Inc. ("Syngenta"), by its undersigned attorneys, pursuant to Rule 56 of the Federal Rules of Civil Procedure, respectfully moves for summary judgment on the grounds that the pleadings, depositions and exhibits show that there is no genuine issue as to any material fact and that Syngenta is therefore entitled to judgment as a matter of law on each of the remaining counts of plaintiff's Amended Complaint.

In support of this motion, Syngenta herewith submits, and respectfully relies upon, its accompanying: (a) Memorandum of Law; (b) Affidavit of William A. Ruskin, with exhibits; and (c) Local Rule 56(a)1 Statement. As fully explained in the foregoing submissions, all of which are expressly incorporated herein by reference, as to the requested summary judgment, there are no genuine issues of fact in dispute and Syngenta is entitled to judgment as a matter of law.

**ORAL ARGUMENT REQUESTED**

In the alternative, in the event that the Court denies Syngenta's Motion for Summary Judgment, Syngenta respectfully submits that it is entitled to partial summary judgment for the reasons set forth in Syngenta's Memorandum of Law.

**WHEREFORE**, Defendant's Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment, should be granted, together with such other and further relief as the Court deems proper.

Respectfully Submitted,

**DEFENDANT**
**SYNGENTA CROP PROTECTION, INC.**

By: _____

William A. Ruskin (Fed. Bar No. ct20898)
R. Michael Meo, Jr. (Fed. Bar No. ct16318)
Shipman & Goodwin LLP
300 Atlantic Street, Third Floor
Stamford, Connecticut 06901
Telephone: (203) 324-8100
Facsimile: (203) 324-8199
E-mail: wruskin@goodwin.com
E-mail: rmeo@goodwin.com

Its Attorneys

**SHIPMAN & GOODWIN** LLP • *COUNSELORS AT LAW*
300 ATLANTIC STREET • STAMFORD, CONNECTICUT 06901-3522 • (203) 324-8100 • FAX (203) 324-8199 • JURIS NO. 412577

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of May 2005, a copy of the foregoing

Defendant's Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment,

and the accompanying Affidavit of William A. Ruskin, was mailed, via First Class Mail, postage

pre-paid, to:

Charles R. Corcoran, III, Esq.
Carmody & Torrance LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950


_____
William A. Ruskin

121122 v.01

-3-