UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIROYAL CHEMICAL COMPANY, INC., d/b/a CROMPTON MANUFACTURING COMPANY | : : : : |
| Plaintiff, | : Civil Action No. : 3:02CV02253 (AHN) |
| v. | : : |
| SYNGENTA CROP PROTECTION, INC. | : : |
| Defendant. | : MAY 5, 2005 |

## AFFIDAVIT OF WILLIAM A. RUSKIN

STATE OF CONNECTICUT   )
                       ) ss.: Stamford
COUNTY OF FAIRFIELD    )

**WILLIAM A. RUSKIN**, being duly sworn, deposes and states:

1. I am a member of the law firm of Shipman & Goodwin LLP, counsel for Syngenta Crop Protection, Inc. ("Syngenta") in the above-entitled litigation and, as such, am fully familiar with all the facts and circumstances heretofore had herein. I am admitted to practice before this Court.

2. This Affidavit is submitted in support of Syngenta's Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment dated May 5, 2005, made pursuant to Rule 56 of the Federal Rules of Civil Procedure.

3. The plaintiff, Uniroyal Chemical Company, Inc., d/b/a Crompton Manufacturing Company ("Uniroyal"), commenced this action against Syngenta by Complaint, dated December 19, 2002. Thereafter, Uniroyal filed an Amended Complaint, dated May 18, 2004, a true copy of which is attached hereto as Exhibit A.

4. A true copy of the Bonzi Development Agreement, entered into on January 29, 1991, which is annexed to Uniroyal's Amended Complaint, is attached hereto as Exhibit B.

5. A true copy of the Bonzi Supply Agreement, entered into on January 29, 1991, which is annexed to Uniroyal's Amended Complaint, is attached hereto as Exhibit C.

6. A true copy of ICIA's Bonzi product label, which is annexed to plaintiff's Amended Complaint, is attached hereto as Exhibit D.

7. A true copy of a letter dated June 26, 2002 from Syngenta to Uniroyal, giving notice of the termination of the Bonzi Supply Agreement, which is annexed to plaintiff's Amended Complaint, is attached hereto as Exhibit E.

8. A true copy of relevant portions of the deposition of Alfred F. Ingulli, a Uniroyal employee, taken on April 14, 2004, are attached hereto as Exhibit F.

9. A true copy of relevant portions of the deposition of Kevin L. Kelley, a Uniroyal employee, taken on November 17, 2003, are attached hereto as Exhibit G.

10. A true copy of relevant portions of the deposition of Laureen C. Treu, taken on January 12, 2004, are attached hereto as Exhibit H.

11. A true copy of the relevant portions of the deposition of Kevin Donovan, a Uniroyal employee, taken on May 14, 2004, are set forth in Exhibit I.

12. A true copy of Uniroyal's Supplemental Responses to Defendant's First Set of Interrogatories and Second Request for Production of Documents, and the table incorporated by reference and annexed by Uniroyal, in response to Interrogatory Request No. 1 is attached hereto as Exhibit J.

WHEREFORE, Syngenta respectfully requests that the Court grant its Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment, together with such other and further relief as the Court deems proper.

William A. Ruskin

Sworn to before me this
5th day of May 2005.

Notary Public
My Commission Expires:

ELAINE M. PERRY
NOTARY PUBLIC
MY COMMISSION EXPIRES OCT. 31, 2005

121131 v.01

3