UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIROYAL CHEMICAL COMPANY, INC., d/b/a CROMPTON MANUFACTURING COMPANY : : : : Plaintiff, : : v. : : SYNGENTA CROP PROTECTION, INC. : : Defendant. : | Civil Action No. 3:02cv02253 (AHN) May 16, 2005 |

## JOINT MOTION FOR EXTENSION OF TIME

Pursuant to Rule 7(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, both parties to the above matter respectfully move the Court for the following extension of time.

The plaintiff, Uniroyal Chemical Company, Inc., d/b/a Crompton Manufacturing Company, hereby moves for an extension of time of thirty days, until June 27, 2005 to file a memorandum in opposition to the defendant's motion for summary judgment dated May 5, 2005. In addition, the defendant, Syngenta Crop Protection, Inc. requests an extension of time up to and including July 12, 2005, in which to file its reply brief. In

{N0731973}

CARMODY & TORRANCE LLP
Attorneys at Law
195 Church Street
Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501

support of this motion, the parties represent that although a mediation session was held on May 10, 2005, the parties were unable to settle this matter. This is the first such motion for extension of time filed by the parties.

        Respectfully submitted on behalf of both parties,

        THE PLAINTIFF
        UNIROYAL CHEMICAL COMPANY,
        INC. d/b/a CROMPTON
        MANUFACTURING COMPANY

        */s/ Anne D. Peterson*
        Anne D. Peterson (ct20181)
        Carmody & Torrance LLP
        195 Church Street, P.O. Box 1950
        New Haven, Connecticut 06509-1950
        Tel: (203) 777-5501
        Fax: (203) 784-3199
        E-mail: ccorcoran@carmodylaw.com
        Its Attorneys

{N0731973}

- 2 -

CARMODY & TORRANCE LLP    195 Church Street
Attorneys at Law          Post Office Box 1950
                          New Haven, CT 06509-1950
                          Telephone: 203 777-5501

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the above date, to:

| | |
|---|---|
| William A. Ruskin<br>(Fed. Bar No. ct20898)<br>R. Michael Meo, Jr.<br>(Fed. Bar No. ct16318)<br>Shipman & Goodwin LLP<br>300 Atlantic Street<br>Stamford, CT 06901<br>Telephone: (203) 324-8100<br>Facsimile: (203) 324-8199<br>E-mail: wruskin@goodwin.com<br>E-mail: rmeo@goodwin.com | Paul D. Sanson (Fed. Bar No. ct05477)<br>Karen T. Staib (Fed. Bar No. ct21119)<br>Amy E. Souchuns (Fed.Bar No ct21223)<br>Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT 06103-1919<br>Telephone: (860) 251-5000<br>Facsimile: (860) 251-5600<br>E-mail: psanson@goodwin.com<br>E-mail: kstaib@goodwin.com<br>E-mail: asouchuns@goodwin.com |

_____
Anne D. Peterson (ct20181)

{N0731973}

- 3 -