UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2005 MAY 26  P 3: 33

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNIROYAL CHEMICAL COMPANY INC., :
d/b/a CROMPTON MANUFACTURING     :
COMPANY                          :
          PLAINTIFFS,          :
                               :
v.                               :      CIV. NO. 3:02cv2253 (AHN)
                               :
SYNGENTA CROP PROTECTION, INC.   :
          DEFENDANTS.          :
                               :

### AMENDED SCHEDULING ORDER

The court approves the following amended schedule, jointly proposed by the parties.

Fact discovery will close on July 31, 2005.

Plaintiff will disclose its expert witness on or before October 15, 2005.  Defendant will depose plaintiff's expert on or before December 15, 2005.

Defendant will disclose its expert on or before January 15, 2006.  Plaintiff will depose defendant's expert on or before March 15, 2006.

SO ORDERED at Bridgeport this 26 day of May, 2005.

             HOLLY B. FITZSIMMONS
             UNITED STATES MAGISTRATE JUDGE