# **EXHIBIT 10**



UNIROYAL CHEMICAL COMPANY, INC.

APRIL 11, 1991

TO:   J. TATTERSHALL, L. RIGGS, L. HAYNER, ~~MARPLE~~ W. NEWALL
      E. ADAM, J. HALLARON

FROM: J. KITSMILLER

RE:   BONZI SLIDE STORY

   ENCLOSED IS A PARTIAL PRINT OUT OF J. BARRETTS TALK IN FLORIDA AND A COPY OF NOTES TAKEN BY L. RIGGS AT THE SAME MEETING.

   WE HAVE COPIES OF THE SLIDES THAT BARRETT USED IN HIS PRESENTATION WITH THE EXCEPTION OF THOSE WITH ACTUAL PHOTOGRAPHS OF TREATED PLANTS. I'M HAVING COPIES OF HIS TITLE SLIDES SENT TO YOU.

   PLEASE LOOK THRU THIS MATERIAL AND PUT TOGETHER A SET OF TITLE SLIDES THAT YOU WANT FOR YOUR TRAINING PROGRAMS.

   PLEASE BE SPECIFIC IN THE WORDING FOR EACH OF THE SLIDES. IF YOU WANT ADDITIONAL SLIDES FOR THE OTHER PRODUCTS TO USE AT THE TRAINING SESSIONS, NOW IS THE TIME TO ORDER THEM.

C.C.  B. JONES
      J. MARTIN

CC 01362

INTERCOMPANY CORRESPONDENCE

FILE

1

NOTES FROM THE BONZI TRAINING SESSION

January 29, 1991

Orlando, Florida

Dr. James Barrett, Professor Department of Ornamental Horticulture, University of Florida

Summary of PGR's

A-REST     1972, Dow Elanco
             Excellent chemical, cadillac, but with jaguar price tag.
             Not widely used because of price.

CYCOCEL    Been around along time: American Cyanamid; widely used.

B-NINE

BONZI

SUMAGIC    Valent, last stages for EPA approval.
             All most identical to Bonzi

CGA-163935 Ciba Geigy, probably will not be used in floriculture.

New Product BASF, being developed in Europe; working on fruit in U.S.;
          probably easier to use than Bonzi or Sumagic.

CUTLASS    DowElanco; very active; difficult to use.

CC 01363

## BONZI SITUATION

- Good chemical; difficult to use.
- Image problem with growers.
  a. Early Poinsettia problems.
  b. Overstunting of bedding plants.
- Greatest usage in Southeast (warmer climates).
- Slowly expanding usage.
- Little Product Service.
- Sumagic perceived as better.

Activity

| | | |
|---|---|---|
| High | Sumagic | 10 ppm (Not as sensitive as Bonzi on some crops). |
| \| | Bonzi | 30 ppm (starting point). |
| \| | A-Rest | 33-100 ppm |
| \| | B-Nine | 2,500-5,000 ppm |
| Low | Cycocel | 2,000 |

### Bonzi and Sumagic

- Active on all species.
- More active than other PGR's
- Little phytotoxicity.
  Fewer applications.
- More difficult to use.
  Rate is variable
- Spray techniques important.


11,000 Bedding Plant Growers in U.S.
1,500 Use of $ 100,000 of chemicals annually.
   ( 80% of U.S. Production )
   California - 25%
   Florida    20%
   Penn., Ohio, Michigan area - 15%
   Texas - 5 - 10%

### Day/Night Temperatures to Control Plant Growth

(DIF or Difference)

| Example: | Day Temp | Night Temp | |
|---|---|---|---|
| | 80 | 70 | - +10 |
| | 70 | 80 | + -10 (smaller number-shorter internodes |

CC 01364

3

## Bonzi - When to Use

-B-Nine and others don't work
-When fewer aplications are desired
-More Control is needed

## Sumagic - When to Use

-B-Nine and others do not work.
-Want fewer applications.
-More control is needed.
-Bonzi not active enough
-Replace A-Rest.

CC 01365

4

## BONZI LABEL

Bonzi      30 ppm     1 fluid oz.

Sumagic    10 ppm     2.5 fluid oz.


- Barrett likes larger droplet size to reduce drift when using Bonzi

- Bonzi & Sumagic with mums: two application better than 1 application (creates more uniformity).


### Bonzi - Sumagic

- 2 qts/100tt. recommended
- 1.5 - 3qts. common
- Uniformity is key
  Increase for larger plants


### Application Method

SPRAY                           DRENCH

More common                     Better Control
More Variable                   Longer Effect
More Phytotoxicity              Higher labor costs
More Flexible                   Less common
Calculations Easier

Drench Application

Good for:

      a.  Hanging Baskets
      b.  Larger Pots (label reads up to 6")
      c.  Indoor Plants

Chemicals:
      a.  A-Rest or Cycocel, A-Rest thought of too expensive
      b.  Bonzi and Sumagic to drench, also cycocel.

Pine Bark will tie up the chemical; you should increase the rate according to the amount of bark.

Increase volume the larger pot.
Barrett- you can gauge the proper amount of applied product when you get approximately 10% run-off out of the bottom.

CC 01366

5

Sequential Application

Inexperienced Bonzi users should start with this practice.

Poinsettias

Drench Application only in Florida ( probably because this is where all of the work was done.)

-Cycocel will continue to be standard; 6-10 application not uncommon.
-B-Nine/Cycocel will continue to be used
-Bonzi will be used
 a. Better control than Cycocel
 b. Less bract size problem than with tank mix.
    (Summage will get some use-it has no benefit over Bonzi).

-Time and rate of application are critical
-Bonzi is touchy in North.
-Northern grower-Bonzi or tank mix early-then Cycocel.

Tank Mix and Bonzi cut off dates

    North - Oct. 1 or beginning of short days
    South - Oct. 25

Cycocel cut off dates

    North - Oct. 15
    South _ Nov. 1

    "None of these dates chisealed in stone." Plant growth development is key.

You can use Bonzi after Cycocel as long as it is before cut off date and rate is low enough to not do damage.

In label booklet change Oct. 15 cut off date to Oct. 1 & Oct. 25.

Poinsettias with Bonzi is more sensitive in cool weather. Cool weather-size is effected more drastically.

Geraniums & Poinsettias are the most difficult plants to use Bonzi on.

B Nine & Cycocel togethr @ 1,000 ppm will reduce size greater separately @ 2,000 ppm (synergisgic effect).

High temperatures and rates can produce phyto from B-Nine.

Heavier shade will reduce bract size.

Bonzi vs. B-Nine/Cycocel - late timing will reduce bract with the combination

CC 01367

than with Bonzi alone.

Poinsettias

- strategy is to treat early
- Avoid bract size probalems

6

7

## BEDDING PLANTS

B-Nine will remain standard, but its' not active on some important species.
- Bonzi is being used.
-Sumagic will only have an advantage on a few crops.

### Bonzi Problems

a. Overstunting
b. Slow growth after transplanting
c. Optimum rate varies with:
   1. Species
   2. Cultivar
   3. Time of year
   4. Cultural practices

-Need drench information for hanging baskets

The first crop is grown slow and cool, with less PGR's are needed; when temperatures rise (spring) they try to grow plants fast to turn inventory - more fertilizer, more water and more PGR's are needed.

8

Bedding Plant Plugs

-B-Nine will continue to be used.
-Bonzi used in South and for fall production.
-Sumagic will get some use.
-A-Rest is used on some fall pansy.

Well watered plants will have a greater reduction of size when PGR's are used. Wilting plants will have a lesser effect by PGR's.

| B-NINE | PLANT | BONZI | SUMAGIC |
|---|---|---|---|
| Not very good | Impatiens | 15-45 ppm | 5-15 ppm |
| Not very good | Celosia | 15-45 ppm | 10-20 ppm |
| Not very good | Coleus | 15-45 ppm | 10-20 ppm |
| Good | Dahlia | 15-45 ppm | 10-20 ppm |
| Some | Salvia | 20-60 ppm | 10-15 ppm |
| Not very good | Marigold(French) | 15-45 ppm | 10-20 ppm |

Bedding Plants  Higher rates required

| | | | |
|---|---|---|---|
| Great | Petunia | 30-60 ppm | 15-30 ppm |
| | Snaps | 45-90 ppm | 25-30 ppm |
| | Marigold(African) | 30-60 ppm | 15-30 ppm |
| | Periwinkle | | |
| | *Begonia | *very sensitive | |

*Phyto more common in South, but will occur in North also.

Don't have Begonia be side other plants that will be sprayed with Bonzi

Vegetable growers <u>are not</u> using B-Nine any longer, the risk is too great.

Geraniums - Bonzi leaves do not develop - South is greater problem- there are some success in North.

Cycocel works well on geaniums

CC 01370

## CHRYSANTHEMUMS

- B-Nine continues to be standard
- 25% possible for Bonzi & Sumagic
  a. Sumagic will be position to take this

     Bonzi          60-90 ppm
     Sumagic         5-10 ppm
  b. Principle use will be
     1. Vigorus varities
     2. Holding to end of crop
     3. Pre-Plant dips
- Bonzi works and is getting some use now
- Rate varies with varity and time of year
  Similar to B-nine variations

CC 01371

10

## FOLIAGE PLANTS

- B- Nnine, Bonzi and A-Rest getting some use
- Growers are looking for information
- Wide varity of species grown together
- More information needed on Bonzi rates for different species
- Sumagic will not be babelled for foliage soon

- Bonzi doesn't have label, but some being used as grower learns to use it
- You can't over treat - Bonzi works

## BONZI VS A-REST

- Bonzi is cheaper
- A-Rest on lilies
- More information for A-Rest
- A-Rest easier on some Bonzi sensitive crops
- Bonzi better on wide species range.
   A-Rest is better, but Bonzi is cheaper
- Bonzi active on more crops
- Bonzi does not cause phyto
- Fewer applications with Bonzi
- Bonzi is more difficult to use
- Bonzi problem on poinsettias and geraniums

## BONZI VS B-NINE

- Bonzi active on more crops not controlled by B-Nine
- Bonzi more difficult to use
- Fewer applications with Bonzi
- Bonzi better for stopping growth
- B-Nine better for growers with less experience

## BONZI VS SUMAGIC

  More varibility in optimum rates with Bonzi
- Cost advantage on some crops with Sumagic
- Similar problems with spray procedure
- Similar problems with over treatment
- Sumagic better on lilies
- On most crops   no need to change

CC 01372

11

## NEEDED INFORMATION FOR BONZI

- California registration
- Foliage Plants
- Drench application
   a. Liquid formulation
   b. Dry Formulation
- Interior plant situation
- Plugs
- Addtional bedding plant situation (verbina, i.e.)
- Kalanchoe, Azalea, Calidium, Crossandra, Gerbera, Bulb Crops, etc.
- Different Geranium crops
- Poinsettias in cool climates and new varities (rates).

Sumagic will take the lilie market
B Nine delays flowering on Azalas  Bonzi does not

Purpose on foliage
- Slow growth and tone plants
   (B-Nine works well in places)
- Stops growth and holds it

CC 01373

Roger M. Courture, Ph.D., PGR Specialist, ICI Americas, Inc.

### NEW BONZI MARKET OPPORTUNITIES

- Shrubs
- Indoor Plants
  $450 million in plant sales per year
  $2 million per year a starting estimate
  Plant cost $10 each per year
- Brickets, granulars and spikes

** TOTAL PAGE.013 **

CC 01374

Dr. Barret with the University of Florida at Gainesville does extensive work in PGRs. He's known all over the United States and, I guess, all over the world for his work. And we're fortunate to have him here today. So—if you would before we start, Jim - excuse me - I'm sure you don't know where each of these guys are from—as far as the United States.

I'm Jim Barret. A little background...I'm at the University of Florida in a position that's teaching and researching floriculture so I've worked with greenhouse crops. When I came to Florida 13 years ago, one of the things I noticed in the industry when I started visiting growers was one of the major problems as far as crop quality goes is height control. I have a big collection of slides and everything from back in those days of tall plants, I'll show them to ya'll.

We started a program here at the University of Florida, Gainesville - about two hours north of here - looking at crop growth regulators, trying to evaluate new ways of using some of the material that was currently available at that time. And some of that led into the B-Nine s.. tank mix that's on the B-Nine label for poinsettias.

And then about 1980, I ran into a couple of folks who had this chemical pack of Nutra-Sol PP333. ...in North Carolina at that time...And I got some of the material, started working with it, and I started evaluating some other new materials pretty quickly after that.

The material that Dow Elanco has, that's Cutless, that they were trying to get into the turf market, is a real nice PGR. They decided not to do very much with it in the greenhouse industry. Ortho had their product Uniconizole, or Sumajic, and I started working with that in about '83.

So we've had a pretty active program here looking at the growth regulators. And so that's the reason that we're here, just because of the need by the industry in this state. And so this turned out with the evolution of poor government funding throughout the country, there aren't many Universities capable of carrying on a major research effort in that area. So it just turned out that we are doing most of the plant growth regulator work, unfortunately, right now throughout the country, and so over the last 4 or 5 years I've been doing several of the programs; Iowa(?) state short course, Grower Expo, Professional Plant Growers Association, the old BBI.

And I was involved pretty early, I got involved in the Soiltime, the Sandoz folks when they got the rights to do Bonzi from ICI. And I was involved in helping develop some of the label material for that first label and the revisions that occured a little bit after that, and also when they first started having problems. That's a bad thing to say when you start talking about a chemical that you have, about the first thing that we saw were problems. I was involved in doing some travelling across the country, evaluating why growers were having problems. I'll talk about that stuff today. Because it's important for you to know a little bit about the history of Bonzi.

CC 01375

My format, basically, is to ask questions whenever you want to. The best time to ask a question, we've got 3 or 4 hours worth and if you wait 'til the end, you will have forgotten it, I will have forgotten it, and I won't be able to find the transparency. So when the subject comes up, and you've got a question, ask it.
I'm really pretty flexible. I can bounce around and skip things if I need to, or anything like that.
Don't worry. Ask any question that you want to. The worst question is one that isn't asked. I had the experience a couple of years ago when teaching a class, and I was talking about the growers mixed soil. Some growers just have a concrete pad, and they dump the soil out there. They take a tractor with a front end loader and just stir it up. A woman practically in the back of the room held up her hand and said "What's a front end loader?"
Well, after I heard that I thought, there aren't any stupid questions. So don't be embarrassed.

This a new product for most of us. Some of you have had a little contact with Bonzi. But for most of you it's a new product and I will say that I'm real happy that this company has Bonzi because you're accustomed to working with this industry. You're accustomed to working with PGRs and the greenhouse industry.
And that makes alot of difference. Your competitors right now, Sandoz was a competitor when they had Bonzi, the Valette folks, those are people that aren't very accustomed to the industry.
And they have people who are not accustomed to working with PGRs in the greenhouse industry. And so there are alot of people coming out of ag backgrounds, herbicide, insecticide-type backgrounds now looking at PGRs. And there's alot of complexities there that are different.
And so that's the reason that I'm glad that you all are handling this product, because you know how to handle it. It's a little bit different from what you've been working with, but I'm sure that you'll be able to handle that.
Now, what we're doing.
What I'd like to do as we go through today, is really start a little bit at the beginning. Some of it will be a little bit redundant for folks, but hopefully everyone will pick up and we'll sort of be going together.

We'll cover a little bit about why PGRs are used by floriculture people.
The characteristics of each of the chemicals that are involved here.
What growers base their use decisions on. What makes them decide to buy this product vs. that product. What they're looking for.
The problems that growers have with the new chemicals, the new chemicals being Bonzi and Sumajic. Because they are really different from the older materials, growers are having some unique problems.
We'll talk about the different crops, and the chemicals that work well; position of the differenct chemicals on the different crops, and then talk a little bit about future direction. At least some of my ideas, and I'm sure Roger will have alot of thoughts there.

CC 01376

Now I will not be breaking it out like this. All of this will sort of be mixed in here and there. This is not my outline, this is just things that, hopefully when we finish, we will have put that all together.

The chemicals and a little bit about the situation with the chemicals...
A-REST - A Dow-Elanco product, I consider A-REST a cadillac chemical unfortunately it really is priced like a jaguar. That's the problem with it. It is an excellent chemical. In fact, I consider it the best chemical. But it's not used very much unless growers have to have it.
CYCOCEL has been around just as long as B-Nine, American Cyanamid is re-registering it also, so it will be around. Part of the reason for that is it's wide use on grain crops in Europe and Canada. This BASF product is actually out of Germany where they are doing the toxicology stuff.
Of course, B-Nine has been around a long time. I'm not actually sure when B-Nine became commercial. It was probably late 60's, early 70's.
(AUDIENCE)....It was prior to 1968, because ALAR wasn't registered until 1968, and B-Nine was registered was prior to that.
And Cyclesettle has been around for about the same length of time. I'm not sure which one actually came along before the other.
What you have here are three chemicals (AREST, about '72) that the industry has been accustomed to for a long, long time. And they pretty much know how to use them. The two primary chemicals, B-Nine and CYCOCEL, are classified as relatively easy to use chemicals. You can splash them around, and very few problems can occur with splashing them all over the place, which is what alot of growers do, especially with B-Nine.
Of course, Bonzi, about '85 and '86, growers started having access to Bonzi.
Sumajic, this product has been around. Ortho has had it, now Valent is handling it; it is in the very last stages of EPA approval. They have worked out all of the wording on the label, and now Valent is simply waiting for those final signatures. It's passed all of the committees and everything, so it will be on the market in some length of time. With the EPA, that could be next week, or it could be next year, but it will be there. It will be a competitor.
Of course, Bonzi and Sumajic are almost identical chemicals.
Ciba-Geigy has a new chemical, it is interesting. It does not work on dycots, monocots only.
I don't see them getting it into the floriculture market. However, it will probably be out there in landscape situations because it only works on monocots, it makes it look like a real nice chemical for landscape use where you can effect the turf grass and not the landscape material.
AUDIENCE Q: What kind of chemistry is this?
A: I don't know. I'm gonna find out. And it's foliar uptake also, which leads me to suspect that it's different from the Trizole.

CC 01377

BASF has a new chemical and I brought this out, I forgot to look up the name before I came out. They are marketing it pretty rapidly in Europe for the floriculture industry.
They are doing development work in the U.S., or at least in the fruit crop industry. Talking to a few of their folks, it doesn't sound like they're too interested in getting it into the floriculture industry. But the understanding I have from Europe it's a very nice product. It's probably easier to work with than Bonzi and Sumajic, but the chemistry is similar.
There's always a chance that Dow-Elanco will bring out Cutless for the floriculture industry. My suspicion, in fact next week I'm going up to talk with them to do something very similar to this, because they're looking at what they're going to do with AREST. They know Sumajic is coming along. Sumajic is going to put alot of pressure on AREST, and I suspect in a couple of years they won't be selling more than a couple of cases a year of AREST.
They have the potential of dropping AREST and just repackage Cutlas and sell it to this market. They have to make a major decision on what they're going to do for pricing, but that is a possibility. Cutlas is very very active. It is just as difficult to handle as Bonzi and Sumajic, so if they do bring it out it will be a difficult-to-use product. At least for the short term we're going to be sitting here with 5 products in a small market. There will be alot of push and shove going on.
Q: Is Atrodol still on the market?
A: Yes, it's on the market, but they aren't calling it Atrodol, it's Atromet. Belongs to a PBI
It has some usage..

The thing that's interesting about all of these chemicals, is that they all block the natural gibberellin manufacturing process in the plant. That's the unique thing about these chemicals. They're not like MH-30 and Atronol, they don't kill the tissues.
What happens, I have the stubble of a plant up here, is it makes new leaves. There's a section of a meristem here, It's called a soft-apicle meristem. The cells were made here. That's the area where it differentiates and becomes leaves or flowers or petals or stem tissue. In the area right here, there is additional cell division that occurs and is stimulated by gibberellin.
And that causes cell division in this region right below the meristem. It causes stem elongation and forms internodes. The growth retardants block the natural production of the GA, and so it reduces cell division in that region. It reduces the number of cells that are formed, so the internodes are closer together.
It does not effect cell division up to here. And so you get the natural formation of leaves and flowers. That's the reason these products can be used on things like crysanthemums, and geraniums and things where you're looking for this flower to develop, but wanting to keep the plant short. You can keep the plant short with other things, but you're going to be killing this tissue up here forming the flowers. And so that's the reason this particular type of chemistry works, why these products work to stop internode elongation.
There is some of this cell division occurring here in the leaves

[handwritten margin note: MODE OF ACTI]

CC 01378

also. Therefore it is also effecting leaf size, so you get smaller leaves when you treat it with a growth retardant.
So that's the reason these chemicals work, and other chemicals like Atronol can't be used for the same purposes.

The Bonzi Situation.
It's very good chemical for several reasons, and we're going to talk about that. However, it is difficult to use. And it's important for you to understand that this chemical is different from B-Nine and it is different. It has to be handled different. But it's also important for you to realize that it is a very, very good chemical. And it has some real nice aspects about it. And it fits in really well with B-Nine. But in order to handle this product, you have to make sure that you do know about the difficulties so that you can make the right kind of recommedations, convey the right information, to both distributors and to growers. And we'll go through alot of these.
Now, the image problem.
Because when Bonzi first came out, it was labeled only for poinsettias, it was not labeled for bedding plants and geraniums.
The first problems we had with poinsettias.
Mistakes were made trying to handle Bonzi just like Cyclesettle. It doesn't work.
Then we started having problems with bedding plants. There was absolutely no information on the label about how to use Bonzi on bedding plants. And people were out there using it because they saw how good it was on imported crops, like impatiens and things. But all of the sudden there were all kinds of problems, bedding plants were over-stunted, they weren't growing after they were replanted. Landscapers were complaining saying they wouldn't take another Bonzi-treated impatiens from you. So they threw up their hands and didn't think they could use this stuff anymore.
These problems were going on the first couple of years.
And that image is still hanging on out there a little bit.
So you bought into that. However, it is getting use. Gradually it's been building. The greatest use is in the Southeast, as some of you may know the figures on it, something like half of the Bonzi use is in Florida.
Primarily because in the warmer climates you need a stronger chemical, that's where Bonzi fits in. It's slowly expanding it's uses. Growers are learning to overcome those problems, and (without having exact figures) by talking to growers, I can tell that they're using it.
One of problems over the last couple of years has been very low product service. I can't remember the last time I saw an advertisement for Bonzi. That's unfortunate, but that was the situation that developed, and so you had a product with a relatively bad image just sitting out there floundering. And no one moving it and pushing it getting any information out.
And so alot of that image just sat there.
So now, I think there is some speculation on the part of growers that Sumajic is a better product. It is a perception, but it is a little bit true.