Hopefully when we go through this you'll see where Bonzi and Sumajic fit next to each other. Most crops there is no difference. If I were a grower making a decision on which one to use, it would be which ever one I knew the most about.
If there is a cost difference it will be a nickel to dime over the whole crop.
Q: RE: How active the products are.

The perception is that it's safer, which is not necessarily safer, it is more active. We'll talk about some of that. It's more active on a part per million basis.

Q: Jim, because Sumajic is in its development stage, does the grower know any more about Sumajic than he does Bonzi?
A: He's learning real fast. The thing that's happening, I saw Bonzi for a long time in my talks. The last couple of years, like at the Grower Expo, people invite me to talk about Sumajic, so I gave a good talk on Sumajic. Also, in the March issue of Grower Talks there'll be an article I've done on Sumajic. And a follow-up article after that on Sumajic on Crysanthemums. And so right now the information flow is much stronger for Sumajic than it is for Bonzi. Even though they can't sell, they don't have a label. It's been around long enough that people have been talking about Sumajic for about five years now.
Q: That's not necessarily hands on experience, but information flow.
A: There has been a relatively large amount of hands on experience for a product that has not had any U.V. experimental use. In fact, I want to talk about a trial that we did with 11 major mum growers around the country. There are a number of growers who have tried it. And there are alot of folks asking when are we going to get it?
Q: What about the perception that new is better?
A: I'm sure some of it is.
R: I would think that once they get hands on experience, some of the thorns might show up, too.
A: Yeah, once they have turned a begonia into a toothpick with Sumajic, they'll say well, I can do the same thing with Bonzi.

Audience: Another thing, too, remember growers don't have alot of faith that B-Nine is going to stay around, based on the experience they had with ALAR.
They don't like Bonzi very much, for some of the crops that they are growing, so they're saying "We need something". They see Sumajic as being there savior, rightfully or otherwise.

Yes, continually we're getting questions on continued availability and worker safety. One of the things that I would suggest, I know you've done it, is the test you did with the spray group people. The exposure studies. If there is any way to get that information in the correct form, and get that information out. That there is not the problem with the worker.
Audience: I think this matter is becoming more and more critical, not only that but I don't think we did the job that we should have done getting information out on B-Nine.

CC 01380

Audience 2: They just finished the studies, John. They just got the results in. We don't know how the EPA is going to react to it. If we go out and say there is no problems, and some guy asks some silly questions to the EPA, we're going to look dumber.

You have a history of not trying to second guess the EPA, you don't want to go out saying that you've done all this safety evaluation, but you need to somehow let folks know that it's safe. Maybe it's getting, not necessarily press releases, by someone like myself, another University person, to do those articles.

Audience: I think we'll certainly do that when EPA gets done with their review.
In any case, I really think greenhouse growers are thirsting for use information on safety for their employees. They are getting more and more pressure every day from their workers, so you need to recognize that and give them some assistance.

## ACTIVITY - BASED ON ACTIVE INGREDIENTS

B-Nine and Cycocel - are two products with relatively low activity. Cycocel has real low activity, doesn't work on that many crops. It is unique because the crops it does work on, the other chemicals don't work very well. So it's got a niche on Poinsettias and geraniums.
B-Nine - if you look at it on a part per million basis, you're using 2500 - 5000 ppm Cycosel, generally runs about 2000.
A-Rest - 33-100 ppm. A-Rest works on just about all of the crops. It does not work on Impatiens, which makes it unique.
These chemicals are low activity, you can do alot of splashing around. A-Rest has been the chemical that growers have moved to when they needed something more active, and not have to spend the bucks to move to it.

Bonzi and Sumajic - About 30 ppm, is what I consider as the starting rate if you don't know anything about Bonzi. You can go up or down a little bit from there.
Sumajic - is about 10 ppm.
Bonzi, as far as I know, works on everything.
Audience: It doesn't work on -----spurs.
The difference is, there are some crops that are a little less responsive to Bonzi than others. And so this 30 ppm rate bumps up to 100 ppm on a few crops.
One of the advantages of Sumajic is the species variability is not as great. This is where Sumajic has an advantage over Bonzi, in those crops that are not as sensitive to Bonzi. Like crysanthemums, easter lilies, snap dragons, marigolds, salvia, where the Bonzi rate has to go up just a little bit to get an effective response, the Sumajic rate doesn't go up.
Q: Is that referring to the foliar spray.
A: Yes, this is all spray.
That's where Sumajic has it's advantage, and it's largely a cost factor. Bonzi works very well on mums, but the rate tends to be a little bit high, and Sumajic works a a lower rate, again the cost

[handwritten annotation: RATE]

CC 01381

breakdown would be a little bit better for Sumajic.
These things that the growers are now working with are much more active and much hotter. They'll absolutely stop plants, and they are not accustomed to that. The bright golden crysanthemum, B-Nine works very well on, but you can't stop it. With Bonzi or Sumajic, you can. Growers have found with these tools, they can do it. They are using Bonzi to stop plants, in some cases.

Q: Are there some people using B-Nine up to a certain point, and then use Bonzi?
A: A little bit. That's done in a few crops, but primarily in mums.
Q: Is the A-Rest Chemistry the reason for the high price?
A: No, that's a marketing decision. As a company, they're probably making more dollars than you are.

The PGRs are primarily used for height control.
In some crops, like poinsettias, hybiscus, you're really doing quite a bit to change the appearance of the plant by internode suppression. There are some plants where the changes are minor, just to change the appearance a little bit. We're moving more in this direction. All of the plant breeders are selecting for dwarf material now. The program in Gainesville evaluates the breeding lines for at least three different groups, and they are looking for dwarf characteristics. One company in particular is looking for ways to avoid growth retardants.
More and more growers will be looking to just tone up the plants a little bit, leaves are a little darker green, and it just pulls them in a little bit. It doesn't take near as much chemical for this.
Q: What will be the effect of the breeding of these dwarf varieties on the market for PGRS?
A: It will reduce the requirement for the PGR. There is more controversy going on here. Typically, when you have a dwarf variety that doesn't grow very much in the greenhouse, so the grower doesn't have to put a chemical on it, it doesn't grow very much for the homeowner, or landscaper, either. That's the tradeoff. If it's a dwarf in the greenhouse, it's going to be a dwarf in landscape.
This brings up the question "Aren't you doing a disservice to the homeowner if you're producing a variety like this that needs just a little chemical to produce in the greenhouse, but it'll be more vigorous once it's used in landscape - isn't that a better situation for the homeowner than this product that hasn't had any chemical on it."

Internode elongation/Suppression of internodes (slides...)
Bonzi on Bedding Plants
When I started showing these slides a few years ago, they started waking up.
If you don't count geraniums as a bedding plant, impatiens is probably the most important bedding plant.

CC 01382

...When growers see slides like these they sit up and take notice. They know how they struggle with impatiens.

The recommendation use rates with Bonzi have gone way down. And it works on plants where B-Nine doesn't fit in. And this works very well for your company, because B-Nine works very well on some crops, and with Bonzi you have a product to use on those other crops where B-Nine doesn't fit in.

Cool season crops that grow in the early spring don't need as much growth regulator. If you try to grow this same plant in the fall, when it's warmer, you can't control it as well. We're seeing more and more growth regulator used on the fall bedding plants.

Bonzi/Sumajic
Is very active on the species, more active than other chemicals. Very little phototoxicity problems. It requires fewer applications. That's one of the ways to get Bonzi in, if the grower is using several applications of Cycocel or B-Nine, they can move to Bonzi and make 1-2 applications to get the same results. The final product may not be any different, but fewer applications are needed.

The rate is variable by species and by crops. This is one of the problems, and rate also varies from grower to grower because of application technique and cultural factors.

I give growers a rate range. They have to do the research to find out what rate will work best for them. Depends on greenhouse, amount of water and fertilizer, plant variety, how tall you want them.

Q: Are the growers willing to do that?
A: Some of them are, some aren't. If they aren't, you don't want them using Bonzi. I classify Bonzi as a chemical for the upper end grower. The grower that wants to improve and has the capability of figuring it out. If the grower asks "How do I use it?", those are the good growers that you want using Bonzi.

There are approx. 11,000 Bedding Plant Growers in the U.S. Only 1,500 use more than $100,000 of products per year. They produce 80% of total bedding plants.
You need to get to those 1,500 growers, not all 11,000.
The ones that are doing enough production that they can work with it. They can practice with it. The other growers can't experiment as much. They need something that works - that's where you can sell all your B-Nine.
Q: Where are those 1,500 growers, generally?
A: California 25% of total U.S. production.
Florida 20%, PA, OH & MI - 15%
and Texas 5-8%

There is quite of bit of potted plant market in Canada, but very little in Mexico. There is cut flower production in Mexico coming to the U.S. Right now you can't bring soil across the southern border.
Europeans import to Canada, then truck to the U.S.
The growers problems, right now, are tomatoes. If you can help them with their problem and get a registration for Bonzi, it would make a real impact.

CC 01383

TAPE 1, SIDE 2

For most growers if B-Nine is working and they don't have to put on too many applications, then B-Nine is the product to use. If not, go to Bonzi when you need more control.
Sumajic would be recommended when Bonzi is not active enough, or because of a cost advantage. Sumajic will be the product to replace A-REST because it is used on those same crops.
HANDOUTS

Sumajic is more active than Bonzi on crysanthemums on a part per million basis.
There are some changes needed on the Bonzi label.
Spray Applications...
More Common
More Variable
More Phytotoxic
More Flexibility
Calculations Easier

Individual Plant Method
A-REST has been used in trench application, Cycocel has been used this way but isn't very effective, and is expensive.
If you provide this information, you may capture a number of people that want to do drenches.

Optimum Rates...
Growers should conduct trials on small numbers of plants using the recommended rate to determine the optimum rates for their situation.

Cost Charts...
A-REST now has a 30 gallon container - only saves the growers $2/gal - It is selling in CA because Bonzi is not labeled there. The CA restrictions are so tight, growers can't "cheat".
Sumajic is also trying to get into CA. It's a big market.

For lilies, in the current formulation Bonzi does not have an advantage over A-REST on a cost basis. The rate goes up so much, that it's not cost-effective.
But there are other products that may work in trenches (equally for A-Rest and Bonzi). Since growers already know how to use A-Rest, they would probably choose it at this point.

Talking about cost chart....

Growers figure that any plant that requires more than three times as much on a part per million basis, it's cheaper to use Sumajic than Bonzi.
There will be alot of people out there who will react to the sticker price. Currently, that will be a disadvantage for Bonzi.

CC 01384

Drenches...
Better Control
Linger Effect
Higher Labor Cost
Less Common

A-Rest 5 cents/container
Cycocel 15 cents/container, and growers are using it. Because they aren't pushing the pencil to it - and it works.
Bonzi - fits in this area - growers could move toward its use

Some of the characteristics of Bonzi that is different from B-Nine. Drench and spray timing is the same, the leaf application worked a little bit. Stem application was similar to spray.

Volume of Spray...
Spray Run Off - the term has been around for a long time.
Must keep application the same to get the same results

Plants only absorb so much B-Nine in a given volume of water, but Bonzi will keep absorbing. 2 qts per 200 sq feet is enough to get good stem coverage on plants.

Drench application and a normal spray makes a difference.
1 qt per 100 sq ft, no cover or filter paper, with low spray volume covering the soil
At 2 qt per 200 sq ft, no cover vs. cover, when you cover the soil you reduce the effect of the spray because you're not getting the material down into the soil. In a typical application, you do have activity as it gets into the soil. This causes a problem for growers, and there is a problem with the wording on the label because it warns them not to get excessive drench effect. Growers want to know how to get it through the stem, but not the soil - that is a point of confusion right now. The answer is you can't do that. You can't avoid the drench effect, but try to get it uniform.

Trial with 11 crysanthemum growers across the country, looking for a potential substitute for B-Nine. This was done in the spring and fall.
Bonzi and Sumajic produced less uniform plants than B-Nine because it's not redistributed around the plant.
Two applications are better than one to even up the plant.
Many time variablity is unacceptable to growers.
The range is from 1 1/2 to 3 quarts. It doesn't matter, as long as they are uniform. They adjust the ppm. Barret suggests not going to 2 qts, but making the applications uniform first.

Application Methods

<u>Spray</u>
More Common
More Variable
More Phytotoxic - not much of a problem with Bonzi
More Flexibility - can "hold" at flower stage
Calculations Easier - 1 oz per gallon, etc.

<u>Drench</u>
Calculations - more difficult than spray
Better Control
Longer Effect
High Labor Cost
Less Common - growers don't understand it as well as spray techniques


<u>Drench vs. Spray</u>

Drench Applications (water plants prior to drenching)
a. Hanging Baskets
b. Larger Pots
c. Indoor Plants

Spray is such an ingrained practice. Once the grower learns how to use Bonzi, it's easier to get uniformity on the drench.
My proposal would be to do both. There are places that drenches work very well, and there are places where sprays work.
The drench uniformity is important, but it's easier.
On the label it describes 120 ml, 4 fl oz, (Table 3 - Bonzi drench dilutions) The information is there on the last page for a 6 inch pot.
*Statement: Apply 4 fl oz per 6 inch pot for final solution.

Table 3 gives the measurement in mg per pot, apply 4 fl oz of final solution. A-Rest is 4 fl oz, Sumajic will be 4 fl oz, Cycocel says 6 fl oz, just a little confusion. It doesn't really matter - volume isn't important, it's the active ingredient that you put in that's important. 4 fl oz is a good measure to get uniform distribution in the soil. As far as uniformity, if you have a pot here and you have one plant growing there, you want to just distribute it around the plant. Pour the solution on and most of it tends to get on that side, you would get about the same effect from it as if you completely distributed around the soil.
However, when you have two plants growing in the same pot and apply it on one side, that plant will be more effected than the other. So with a single plant per pot, the application doesn't have to be uniform. But it does have to be uniform with multiple plants.
The 4 fl oz volume is one that will give you uniformity.
The directions on the label is to water the day before, then apply the drench the next day. So the soil is moist, the water won't just channel through. This provides uniform distribution. The

CC 01386

only reason to go to 4 fl oz, you can do the same thing with 1 ml.
And I've taken Bonzi and used 1/2 mg, and put it in 1 mil, or 1/2
mg in 120 mil, and get the same effect from it.
It's just difficult getting uniform application in smaller volumes.


Q: If the soil is wet, you can just dump it on one side of the pot
and it'll spread?
A: Yes, it'll spread. And if it's dry it'll tend to channel.
With these peat soils, you'll tend to get poor distribution (if the
soil is dry) and if it's wet it doesn't channel through so fast and
it'll flood out over the surface.
Q: Because it could become very difficult, using 4 fl oz, it would
take more time to do this.
A: Yeah, it's really simple, just scoop and pour, it works fine.
So getting uniformity with 4 fl oz is not a problem.

Growers who are spraying, probably aren't drenching.
And if they're doing something with a drench, they probably aren't
spraying. So the same crop would not be treated with a drench and
a spray. If you've got a grower who likes to spray all their
poinsettias, they may put a drench on a few in large containers or
in hanging baskets, but largely they'll use a spray.
The time of application would be the same.
A little bit of problem with the wording on the label. We need to
get that drench timing the same as the spray timing.

Q: On the recommendation, when the IA levels, if we do get the
subspecies where we need to raise the level up, I believe it goes
up to what a 1/2 a mg?
A: That is a little bit of a problem. The only thing on here for
drench is on mums and poinsettias.
Q: What about as far as relabeling, if we do change it?
A: This goes up to 1/2 mg.
Q: The information that we have, there's a possibility that it
could go up to 2 on different species on future labels.
Without having to repeat all of that work.

Looking at the relationship between the size of the pot and the
amount of the chemical that you put on, with larger pot size, you
tend to need more chemical.

Aud: Which is what I'm referring to. I'm already looking ahead
and we've done the calculations for material landscapes, which will
need more fluid oz. And it's within the current registration.

That'll be important.

Drench Applications ...
I like drenches, they're really quite good. There's some beneifits
with drenches on hanging baskets. These things hanging up in the
top of a greenhouse, growers can't go up there and spray. They
can't spray with B-Nine and Cycocel too much, because it gets all
over everything else, and so they're taking the baskets down,

CC 01387

putting them in the walkway, spraying them, and then hanging them back up. With a drench application, you can pour it in the pot while it's still hanging up there - that's a GO if they have the information on how to do it.
Hanging baskets is an obvious places where a drench works very well.
Larger Pot sizes, in 8 - 10" pots, the patio-type containers. Drenches also work well for these larger pots and indoor plants. When you go to interior-scape workers, they would prefer putting on a drench application to a spray application because they don't want to walk around any office spraying anything. Because they're treating relatively few containers, a drench would be very useful to walk in and apply and be done.

Q: This label doesn't give enough information to do that.
A: That's right, this label does not apply to that. That comes under the heading of "information/work that needs to be done".
Q: These are possibilities for the future...
A: Yes, currently the label talks about 6" pots. And as I understand it, it would be illegal to turn around and say something about 8" pots. However, there is wording on the label about going from the 6" recommendation to other pot sizes. So legally, it could be possible to talk about the larger pot size.

Where drenches fit in, we need to work with some of these larger pots and the hanging baskets. Then a good direction to go is to move into the indoor plants. These large plants they're growing inside, like in hotel lobbies, they'd love to have a growth retardant so they wouldn't have to go in and trim them.
AUD: You also have to remember we have a label for Clipper 2SC, which is the same formulation at a higher level for trees.
So if we have a label for trees and poinsettias, between those two cover it.
A: In the indoor situation, they don't care if they're over-treated. The benefit is the long term effect.

The current situation with the different chemicals, A-Rest and Cycocel are used some. When you look at the cost, Cycocel is very expensive, but people are doing Cycocel drenches. A-Rest is recognized as a chemical to use for drenches, because there is some history of that usage, there is some information on the label.
There's a little bit of information on Bonzi. The Valent people are not interested in generating information on drenches - they don't appear to be moving in that direction.
From a marketing perspective, that's a door you can get your foot in.

One of the situations with these materials in drenches, that have bark in the mix will tie up the chemical...Bonzi, A-Rest and Sumajic. In your packet is an article from several years ago shows that a medium that has bark in it ties up the chemical.

CC 01388

Q: Is there a relationship between percentage of bark?
A: We don't know the relationship between the amount of bark and the effect on the chemical.
Q: Because one of the soil manufacturers brought that up to me, he said Boy, it'd be nice if you guys could figure out how to use Bonzi on a pine bark mix.
A: We use it on pine bark mixes, you just have to raise the rate a little bit. But we don't have definitive information such as if your mix is 33% pine bark, increase your PI by X% - We don't know that.
AUD: We did an experiment going from 0% organic matter up to 100% organic matter, and found at 50% organic matter reduces the activity level by 50%. So it does suck it up, but it takes a reasonable amount to do so.

Theres a difference between peat moss and pine bark. Pine bark binds it much more than peat moss does. These mixes are high percentage organic matter, but as soon as you put some pine bark in there, you see the tie up more than you do with peat moss.
So that's something to be aware of. If growers say they use pine bark in there mix, so they can't do a drench - that's not true. You do have to raise the AI some, but it does not prevent the effectiveness, it reduces the effectiveness.
When you're talking about the chemical not costing anything, it's not a problem.
Q: Can Bonzi be leached out of a pot?
A: I have not done those studies.
AUD: We've done alot of work on leaching with the outdoor registrations we have. It does not leach very much, it combines with the soil readily. That's the reason we're able to get the EPA outdoor registration.

Very few of the growers are actually using soil - that's inappropriate terminology leftover from when days when there was actually soil in the mixes. They are all "soil-less" mixes uses peat moss, wood chips, pine bark, ferbiculite, calcite clays, hermilite, sand, stryofoam beads. Compost people are trying to get those materials into mixes also.
Q: But still, as compounds go, this is not a leacher.
a: I'm not sure why that's different than Sumajic - At least why that's perceived to be different by the EPA.
    It takes lots of money to prove that, and maybe Sumajic isn't willing to spend the money on that.

Wording on the label something like: it cannot be used in a situation where plants are sitting on the ground, or on the soil. Well no one grows plants sitting on the soil. It's either sitting on black plastic or one of those mesh materials.
So that doesn't lock them out. EPA perceived it differently.

I was in a meeting with the EPA, and the product manager for growth regulators. He was giving the Valent people a hard time. He said, you didn't require Bonzi to do that. He said, I know, we'll never make that mistake again either.

CC 01389

Interaction with Pot Size, AI, and Volume of Solution

As you go to larger pots, you need to increase the volume of solution to get the good distribution. The general thing, which is on the label, is that you'll get less than 10% run through.
So a grower can calculate how much water it takes to saturate the soil. And even if some of the water runs out the bottom of the pot, you've pushed out the water that was already in there, and so very little of the active ingredient that you put on the top comes out in that solution that runs out the bottom of the pot.
Now if the soil mix is dry, all of the solution will run straight through and out the bottom of the pot. That's why you want the soil to be wet first.

Better Formulation Needed.

The Drenches or a soil application are very good. You need a delivery mechanism that makes it faster and a little easier to do.

We did some work with spikes and now Roger has a dry material that he'll talk about. You wouldn't have to walk around with 50 gal buckets, the volume would be smaller and you could just spoon it in. Anything that makes it easier that comes on the market will get quite a bit of usage. You have to do a little educating with it. Give the grower a little background information. There is a place for something like that.

Q: Have you seen any automatic devices for dispensing these things?
A: A few people rig up something themselves, there isn't one made commercially.
Interior landscapers have a mechanism that they can walk around and use an application wand. But this still means using relatively large volumes of water and it's alot easier and faster to go through with something like that.

With a dry formulation, if you have two plants in a pot and you put 2 teaspoons of material, do you spread it around the pot or do you put it in one place? Those are the type of things you have to work out.

Aud: That particular formulation is registered, it's being sold in Japan for use on rice. And it's designed to disintigrate as soon as it hits the water. I suspect if you put it into the pot as soon as you add water its gonna eat it right up, so it should be OK.

We did it on Easter Lilies. As soon as we came through with water, it was gone. I don't anticipate this being a big problem. The place that it may be a problem is if you have a pot with a drip tube on the side of the pot. If you apply the material there, it may be a problem. You should be able to water from overhead. Almost all growers have the capability of doing that.

*[handwritten margin note: DRY FORM]*

CC 01390

Q: If everything goes alright, when do you expect to have the product ready to sell?

A: That's the amount of work that needs to be done for you guys to feel confident that it's working. As far as the formulation being registered, it's registered in Japan. The only hold up right now is to do enough work so we feel confident. Beyond that, it's a GO. The development program is what needs to be done.
I've also had that formulation tested for 3 years on nursery stock and it's worked very well. So this formulation is not at square one.

For years people have done work with A-Rest.

CC 01391

BONZI 2

For years people have done work with A-Rest, encapsulating it in various things. Gypsum blocks, gel capsules, the "pill" form. Any of those delivery mechanisms works, its a matter of becoming commercial. This looks good, it looks easy. You're already producing, so you don't have to start from ground zero.

The AI level is .6%, but it turns out if you were going to design a granual for this market the level would also be .6%.
This size could be compared to the lead at the end of a pencil.
It's a clay-colored, brownish or darker color formulation.
Theres a little work to be done in the application aspects of the formulation, how to distribute it.

An illustration used to show the relationship between pot size and AI, it is not uniform. You can't really make blanket statements.
EX: Pot size is 4", people are doing a drench with 4" hanging baskets, up to larger 12" pots.
A little bit of Bonzi, 0, .2, .5, 1.25, 3.125, mg per pot, was enough to give you the height control on the smaller (4-6") pots. On the larger pot sizes, 8-12", the chemical wasn't doing very much. When you move into higher rates, you're starting to get a little bit of effect at .5mg on the 8 and 10", and as use increase the dosage, you're starting to bring them all down until you hit the maximum effect on all of the different sizes.
With a larger pot, you have to go to a higher AI to get the same effect. Because you have more plant material in the larger pot, it's reasonable to think that.
A little bit more work needs to be done to generate information to deliver to growers.
THE TERMS: Milligrams of Active Ingredient per pot
The volume isn't as important, as long as you're getting uniform distribution.


The bench spray method is what I'm describing with this 1 gallon per 200 sq feet of bench space. You have in here the statement on the individual plant method which is doing a directed spray to the plant, which is much more difficult to do. It's difficult to get uniformity. This method doesn't cause alot of problems as long as there is a warning in there that over stunting may occur if too much is applied. Several people did not like having only this bench spray method. People who weren't used to directed spray methods weren't comfortable with this terminology, so we left the individual plant method in there. It's OK as long as there is adequate wording to warn growers that it's difficult to get it uniform.

Sequential applications - with Bonzi on a few crops, like mums, you get more uniformity when you do 2 applications rather than 1, and typically you get more effect with 2 applications. This also gives you more flexibility. It is especially good for people who haven't used BONZI very much to put on the first application, then 7 days

later put on another if the plants need more control. It protects them from over application the first time. For first-time and early users of Bonzi, I recommend splitting their applications. The timing of the second application (7 days) is actually not that important.

Poinsettias

Spray Applications
Drench Applications - FL only, they work everywhere but at the time the info was only from FL

Cycocel is the standard chemical and will continue being the standard chemical in North America. Cycocel is so green, the poinsettias growers will continue as long as they can. It normally causes phototoxicity, or they go to low rates to avoid this and run into alot of apps. There are people doing 6-10 applications of Cycocel on poinsettia. They don't have to do that, but they do.

The B-Nine/Cycocel tank mix is getting use. It's very good, considerably stronger than Cycocel alone. This decreased the number of applications necessary and improved the quality of the plants over numerous Cycocel only applications.
Bonzi will be used in increasing amounts in the South because Poinsettias need it.

The B-Nine/Cycocel spray volume is not important, so the volume isn't an issue and it's easier to apply than Bonzi. However, Bonzi has less effect on the size of the brags??
Either one gives very good height control. That's where the grower has a decision to make. Do you want to worry about brag size so you use Bonzi, or worry about your spray techniques and use the tank mix.

Getting the height isn't the big problem, it's getting the height without effecting brag size.

For the Northern grower a good technique is either Bonzi or the tank mix early, and then Cycocel. That is the strategy that growers are talking about to get away from those 10 applications of Cycocel.

We're using general guideline cut off dates from observations. Sometimes you'll see rather than Oct. 1, it will be 'the start of short days'. If you've got somebody flowering early, they can go with that cut off.

Audience: This is great, because after Oct. 1st, the guy can't do anything. You can come in with Bonzi and nail 'em down.

No, this is the cut off for Bonzi and the tank mix. So you're looking at one shot of the strong chemical, and then falling back to Cycocel. The Cycocel cut off dates are Oct 15 and Nov 1.

CC 01393

(Ecke probably talked about October 1)

What are the problems that you have? It depends on the location, the weather, the development of the plant. These dates are not chiseled in stone. We've got growers Nov. 1 putting on Bonzi. The South is Oct 25.

Temperature is the overriding factor, along with growth rate of the plant. This are guidelines.

Aud: Is there any way to get out from under that?
Barret: There's no legal way - you can spray Giberellic acid...it works very well.
Aud: On the bright colors?
Barret: It's not legal.
Aud: That would be if you used the tank mix and that will reverse it, if you overstunt or lose color.
Barret: That's one reason you can't put strict guidelines on these things. It depends on the situation how much you would use.
Aud: Is it being done.
Barret: Yes, it is. Progib works well to reverse the growth retardant (5-10 ppm).
Aud: How long does it take for "Progib" to work?
Barret: A few days. We've done a fair amount of this with Sumajic. This isn't labeled because; you're asking them to label a recommendation to reverse somebody else's problem and their lawyer's won't buy that.

I get into this bind because some of these things aren't legal to do, but I have to hedge a little bit and try to get close to right as opposed to playing around when you know they're going to try something anyway.
Progib is difficult to handle and you can ruin plants with it. The thing to do is get it right the first time.

The reason Bonzi is used on poinsettias is because it works better than Cycocel and less brag size problems than the tank mix.
Sumajic will get some use. There is no benefit over Bonzi - it's a trade off. Which one you want to use will not be a cost factor, one is just as difficult to handle as another, so it'll be which one you have the most information on.

Cycocel will continue being the primary chemical in this market. Bonzi is going to do quite a bit, particularly in the South. And if you have a drench application, you will get hanging baskets and larger pot sizes.

In your packet, you have an article that I did after the first year of use of Bonzi on poinsettias. I looked at problems around the country and described some of the problems we saw and why they occurred. They are still potential problems, we just know alot more about them and know what to look at.

CC 01394

Using rates that are too high - we're now recommending lower rates and on the label that's one of the things we need to look at.

Applying too much spray, using real heavy spray volumes.

Uneven spray applications.

Applying Bonzi too late - alot of people tried to use Bonzi the same way they did Cycocel. Even past the Cycocel cut off date, people would try to use Bonzi. (That's where the lawsuits started popping up) They were using the Bonzi rates, and didn't realize they could get away with one application, so they needed to reduce the Bonzi rate and it resulted in overstunting. That lead to a statement on the label that warns growers that there's no way to determine how the plant will respond if Bonzi is used after Cycocel. There's nothing wrong with it as long as you're doing it before the cut off dates and using a low enough application rate that you're not going to end up with more problems.
I also saw people mixing up the spray solution and applying it as a drench!!

We now have better cut off dates. You'll notice in this article, the cut off date is October 15. That needs to be changed to Oct. 1 (for areas outside of FL -- FL should be Oct 25)

This Bonzi label was revised in '86 or '87 after EPA.

If you've got a grower who is using photo period to go for an early Thanksgiving crop of poinsettias, the cut off date will be earlier. For early flowering crops, the cut off date would be the beginning of short days. I don't know that theres any research, but that's a general observation/safety margin suggestion.

Q: Is there enough difference in cultivars to worry about labelling?
There are differences, there are dwarf-type plants coming out that need less chemical. If you use cultivars in the label, you'll have to watch that. If you don't use cultivar names -- refer to them as shorter, less vigorous varieties require less chemical, etc.
Q: Would you recommend some rate work be done?
Yes. On some of the new varieties, we need to have Bonzi ready for that.

SLIDES...
Poinsettias are the single most important potted flowering plant. It's one of the more difficult crops to handle with growth regulators, and its a once a year deal. You either do it wrong or right and there are alot of variables. The fear that growers have is that the growth regulators will ruin their crop and they'll end up throwing it out.

A non-treated plant vs. one treated with Bonzi...you can really see the difference. That's a single application that really worked well.

CC 01395

Mums -
B-Nine will remain as standard
25% of market share possible for Bonzi or Sumagic
    Sumajic is in position to take the market
        Principle use will be:
            Vigorous varieties
            Holding as end crop
            Pre-plant
Bonzi works and is getting some use
Rates vary with variety and time of year - similar to B-9 varitions

Foliage -
B-Nine, Bonzi, A-Rest getting use
Growers are looking for more information
Wide variety of species grown together
More information needed on Bonzi rates for different species
Sumagic will not be labelled for foliage soon

Bonzi vs. A-Rest -
Bonzi is cheaper
A-Rest works on lillies
A-Rest easier on some Bonzi sensitive crops
Bonzi better on wide species range


Bonzi vs. Cycocel -
Bonzi is active on more crops
Bonzi - no phytotoxicity
    - fewer applications with Bonzi
Bonzi more difficult to use
Bonzi more problems on Geraniums and Poinsettias
Cycocel has a strong niche

Bonzi - B-Nine
B-Nine labeled for more crops
Bonzi more difficult to use
Bonzi requires fewer applications
Bonzi more effective at stopping growth
B-Nine better (easier) for grower with less experience

Bonzi vs. Sumagic -
More variability in optimum rates with Bonzi
Cost advantage on some crops with Sumagic (10-15 fold!)
Similar problems with spray procedures
Similar problems with over treatment
Sumagic better on lillies
On most crops, there is no need to change
(Bonzi has been out there longer, it has a little advantage there)

CC 01398

Information needed for Bonzi
CA Registration
Foliage plants
Drench application
 - liquid formulation
 - dry formulation (better)
Opening for a market on tulips - used as a drench to keep the stem shorter...a potential on bulb crops
Interior landscaping plants
Plug situation continues to be a problem - need info, sensitive area
Additional bedding plants on label
...Kalanchoe, Azalea, Caladium, Crossandria, Gerbera, Bulb Crops
Different geranium types
Poinsettias in cool climates, rate, and new varieties

CC 01399