# **EXHIBIT C**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNIROYAL CHEMICAL COMPANY, INC., :
d/b/a CROMPTON MANUFACTURING :
COMPANY :
: Civil Action No.
Plaintiff, : 3:02cv02253 (AHN)
:
v. :
:
SYNGENTA CROP PROTECTION, INC. :
:
Defendant. : June 27, 2005

## AFFIDAVIT

1. I am James Barrett, Ph.D., professor at the University of Florida at Gainesville.

2. My home address is: 4740 SW 1st Ave., Gainesville FL, 32607

3. I am over the age of 18, and I believe in the obligation of an oath.

4. I have reviewed Exhibit A, attached to this affidavit.

5. To the best of my knowledge and belief, those statements attributed to me are in fact an accurate partial transcript of my remarks to the gathering of Uniroyal employees on April 11, 1991, the purpose of which was to discuss Bonzi, a new chemical which had recently been licensed to Uniroyal.

6. To the best of my knowledge and belief, those statements attributed to me in that meeting are true and accurate.

_____
James Barrett, Ph.D.

{N0733457}

STATE OF FLORIDA        )
                        ) ss.:
COUNTY OF               )

Subscribed and sworn to before me this 27 day of June, 2005.

_____
Notary Public
My Commission Expires:

{N0733457}

also. Therefore it is also effecting leaf size, so you get smaller leaves when you treat it with a growth retardant.
So that's the reason these chemicals work, and other chemicals like Atronol can't be used for the same purposes.

The Bonzi Situation.
It's very good chemical for several reasons, and we're going to talk about that. However, it is difficult to use. And it's important for you to understand that this chemical is different from B-Nine and it is different. It has to be handled different. But it's also important for you to realize that it is a very, very good chemical. And it has some real nice aspects about it. And it fits in really well with B-Nine. But in order to handle this product, you have to make sure that you do know about the difficulties so that you can make the right kind of recommedations, convey the right information, to both distributors and to growers. And we'll go through alot of these.
Now, the image problem.
Because when Bonzi first came out, it was labeled only for poinsettias, it was not labeled for bedding plants and geraniums.
The first problems we had with poinsettias.
Mistakes were made trying to handle Bonzi just like Cyclesettle. It doesn't work.
Then we started having problems with bedding plants. There was absolutely no information on the label about how to use Bonzi on bedding plants. And people were out there using it because they saw how good it was on imported crops, like impatiens and things. But all of the sudden there were all kinds of problems, bedding plants were over-stunted, they weren't growing after they were replanted. Landscapers were complaining saying they wouldn't take another Bonzi-treated impatiens from you. So they threw up their hands and didn't think they could use this stuff anymore.
These problems were going on the first couple of years.
And that image is still hanging on out there a little bit.
So you bought into that. However, it is getting use. Gradually it's been building. The greatest use is in the Southeast, as some of you may know the figures on it, something like half of the Bonzi use is in Florida.
Primarily because in the warmer climates you need a stronger chemical, that's where Bonzi fits in. It's slowly expanding it's uses. Growers are learning to overcome those problems, and (without having exact figures) by talking to growers, I can tell that they're using it.
One of problems over the last couple of years has been very low product service. I can't remember the last time I saw an advertisement for Bonzi. That's unfortunate, but that was the situation that developed, and so you had a product with a relatively bad image just sitting out there floundering. And no one moving it and pushing it getting any information out.
And so alot of that image just sat there.
So now, I think there is some speculation on the part of growers that Sumajic is a better product. It is a perception, but it is a little bit true.

CC 01379