UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNIROYAL CHEMICAL COMPANY, INC., d/b/a CROMPTON MANUFACTURING COMPANY | : : : : | |
| Plaintiff, | : : | Civil Action No. 3:02cv02253 (AHN) |
| v. | : : : | |
| SYNGENTA CROP PROTECTION, INC. | : : : | |
| Defendant. | : | June 27, 2005 |

**PLAINTIFF'S LOCAL RULE 56(a)(2) STATEMENT**

Pursuant to Local Rule 56(a)(2) of the Rules for the United States District Court, District of Connecticut, the Plaintiff Uniroyal Chemical Company, Inc. d/b/a Crompton Manufacturing Company, hereby submits the following responses to the Defendant's Local Rule 56(a)(1) statement.

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted.

CARMODY & TORRANCE LLP
Attorneys at Law

195 Church Street
Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501

10. Denied to the extent that the Defendant may be claiming that certain uses for Bonzi developed by the Plaintiff, such as ornamental uses, are not contained within the Development Agreement because they are not specifically enumerated by name in the Development Agreement. Bernd Dreubbisch deposition testimony at pp. 52-53, Ex. 1 to Corcoran Aff; George Meyding deposition testimony at p. 121, Ex. 8 to Corcoran Aff. Thomas Harger deposition testimony, p. 79, Ex. 9 to Corcoran Aff. Plaintiff's Supplemental Responses to Defendant's First Set of Interrogatories and Second Request for Production of Documents. Attached hereto.

11. Admitted.

12. Admitted.

13. Denied to the extent that this statement is not limited to rights granted to Uniroyal under the Supply and Development Agreements. Supply and Development Agreement.

14. Denied. Development Agreement; Laurie Treu deposition testimony at pp. 93-94, Exhibit 6 to Corcoran Aff.

15. Admitted.

16. Admitted.

**Disputed Issues of Material Fact**

1. The Plaintiff disputes the Defendant's statement that the rights granted to Uniroyal pursuant to the Development Agreement expired 5 years following the date of registration of the new uses with the United States Department of Environmental Protection. Rather, the Plaintiff contends that Paragraph 4 of the Development

CARMODY & TORRANCE LLP
Attorneys at Law
{N0733414}
195 Church Street
Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501

2

Agreement granted Uniroyal these rights in perpetuity. Development Agreement, Par. 4; Deposition of Laurie Treu, January 12, 2004 at pp. 93-94, Exhibit 6 to Corcoran Aff.

    2.    All uses developed by Uniroyal during the term of the Development Agreement are within the development field specified by the Agreement. Supply Agreement, Par. 1.2; Bernd Dreubbisch deposition testimony at pp. 52-53, Ex. 1 to Corcoran Aff.; George Meyding deposition testimony at p. 121, Ex. 8 to Corcoran Aff.; Thomas Harger deposition testimony, p. 79, Ex. 9 to Corcoran Aff.; Plaintiff's Supplemental Responses to Defendant's First Set of Interrogatories and Second Request for Production of Documents. Attached hereto as Exhibit A.

    Respectfully submitted,

    THE PLAINTIFF
    UNIROYAL CHEMICAL COMPANY,
    INC. d/b/a CROMPTON
    MANUFACTURING COMPANY

    _____
    Charles F. Corcoran, III (ct04299)
    Carmody & Torrance LLP
    195 Church Street, P.O. Box 1950
    New Haven, CT 06509-1950
    Tel: (203) 777-5501
    Fax: (203) 784-3199
    E-mail: ccorcoran@carmodylaw.com
    Its Attorneys

CARMODY & TORRANCE LLP   195 Church Street
Attorneys at Law   Post Office Box 1950
{N0733414}   New Haven, CT 06509-1950
   Telephone: 203 777-5501

3

## CERTIFICATION

    This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the above date, to:

William A. Ruskin
(Fed. Bar No. ct20898)
R. Michael Meo, Jr.
(Fed. Bar No. ct16318)
Shipman & Goodwin LLP
300 Atlantic Street
Stamford, CT 06901
Telephone: (203) 324-8100
Facsimile: (203) 324-8199
E-mail: wruskin@goodwin.com
E-mail: rmeo@goodwin.com

Paul D. Sanson (Fed. Bar No. ct05477)
Karen T. Staib (Fed. Bar No. ct21119)
Amy E. Souchuns (Fed.Bar No ct21223)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Telephone: (860) 251-5000
Facsimile: (860) 251-5600
E-mail: psanson@goodwin.com
E-mail: kstaib@goodwin.com
E-mail: asouchuns@goodwin.com

_____
Charles F. Corcoran, III

CARMODY & TORRANCE LLP
Attorneys at Law
{N0733414}
195 Church Street
Post Office Box 1950
New Haven, CT 06509-1954
Telephone: 203 777-5501