UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 JUL 28 P 12: 28

U.S. DISTRICT COURT

| | |
|---|---|
| UNIROYAL CHEMICAL COMPANY, INC., d/b/a CROMPTON MANUFACTURING COMPANY | : |
| Plaintiff, | : Civil Action No.<br>: 3:02cv02253 (AHN) |
| v. | : |
| SYNGENTA CROP PROTECTION, INC. | : |
| Defendant. | : JULY 26, 2005 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), Amy E. Souchuns requests leave to withdraw her appearance as counsel for the defendant, Syngenta Crop Protection, Inc., in this matter, as she has left Shipman & Goodwin LLP. Other attorneys for Shipman & Goodwin LLP have appeared on behalf of the defendant. All parties, including Syngenta, are being served with a copy of this Motion by certified mail, return receipt requested.

WHEREFORE, the undersigned respectfully moves for leave to withdraw her appearance in this matter.

DEFENDANT
SYNGENTA CROP PROTECTION, INC.

By _____
Amy E. Souchuns
Fed. Bar No. ct 21223
Sandak Hennessey & Greco LLP
707 Summer Street, 3rd Floor
Stamford, CT  06901
(203) 425-4200

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Withdraw Appearance was sent via certified U.S. Mail, postage prepaid, on this 26th day of July, 2005 to:

Charles R. Corcoran, III, Esq.
Carmody & Torrance LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950

Alan Nadel, Esq.
Syngenta Crop Protection, Inc.
410 Swing Road
Greensboro, NC 27409

_____
Amy E. Souchuns

407299 v1