# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNIROYAL CHEMICAL COMPANY, INC., | : | |
| d/b/a CROMPTON MANUFACTURING COMPANY | : | |
| | : | Civil Action No. |
| Plaintiff, | : | 3:02cv02253 (AHN) |
| v. | : | |
| | : | |
| SYNGENTA CROP PROTECTION, INC. | : | |
| | : | |
| Defendant. | : | August 5, 2005 |

## **MOTION TO DISMISS COUNTERCLAIMS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), the plaintiff, Uniroyal Chemical Company, Inc., d/b/a Crompton Manufacturing Company, hereby moves to dismiss the defendant's counterclaims dated July 16, 2004 for failure to state claims upon which relief may be granted. A memorandum of law in support of this motion is submitted herewith.

Respectfully submitted,
THE PLAINTIFF, UNIROYAL CHEMICAL
COMPANY, INC. d/b/a CROMPTON
MANUFACTURING COMPANY

By: /s/
Charles F. Corcoran, III (ct 04299)
For: Carmody & Torrance LLP
195 Church Street, P.O. Box 1950
New Haven, CT 06509-1950
Tel: (203) 777-5501
Fax: (203) 784-3199
E-mail: ccorcoran@carmodylaw.com
*Its Attorneys*

{N0734345}

**CERTIFICATION**

       This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the above date, to:

| | |
|---|---|
| William A. Ruskin<br>(Fed. Bar No. ct20898)<br>Epstein, Becker & Green, P.C.<br>250 Park Avenue<br>New York, NY  10177<br>Telephone:  (212) 351-4740<br>Facsimile:  (212) 878-8740<br>E-mail:  wruskin@ebglaw.com | Paul D. Sanson (Fed. Bar No. ct05477)<br>Karen T. Staib (Fed. Bar No. ct21119)<br>Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT  06103-1919<br>Telephone: (860) 251-5000<br>Facsimile: (860) 251-5600<br>E-mail: psanson@goodwin.com<br>E-mail: kstaib@goodwin.com |
| R. Michael Meo, Jr.<br>(Fed. Bar No. ct16318)<br>Shipman & Goodwin LLP<br>300 Atlantic Street<br>Stamford, CT  06901<br>Telephone: (203) 324-8100<br>Facsimile: (203) 324-8199<br>E-mail: rmeo@goodwin.com | |

                                                                           \_\_/s/_____
                                                                        Charles F. Corcoran, III