UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 AUG 11 P 12: 50
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| UNIROYAL CHEMICAL COMPANY, INC., d/b/a CROMPTON MANUFACTURING COMPANY | : : : : | |
| Plaintiff, | : : | Civil Action No. 3:02CV02253 (AHN) |
| v. | : : | |
| SYNGENTA CROP PROTECTION, INC. | : : | |
| Defendant. | : | AUGUST 10, 2005 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. R. Civ. P. 7(e), the undersigned counsel of record for defendant, Syngenta Crop Protection, Inc., hereby respectfully moves to withdraw his appearance herein. Defendant has engaged the law firm of Epstein Becker & Green, P.C., to represent defendant herein in lieu of the undersigned counsel. In accordance with D. Conn. L. R. Civ. P. 7(e), a copy of this motion is being served on defendant by certified mail.

ORAL ARGUMENT NOT REQUESTED

WHEREFORE, the undersigned respectfully asks that this motion be granted, together with such other and further relief as the Court deems proper.

                                          **DEFENDANT,**

                                          **SYNGENTA CROP PROTECTION, INC.**

                                          By: *Paul D Sanson /KJS*

                                            Paul D. Sanson (Fed. Bar No. ct05477)
                                            Shipman & Goodwin LLP
                                            One Constitution Plaza
                                            Hartford, Connecticut 06103
                                            Telephone: (860) 251-5721
                                            Facsimile: (860) 251-5219
                                            E-mail: psanson@goodwin.com
                                            Its Attorney

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Motion to Withdraw Appearance was mailed, postage prepaid, first-class mail on the 10th day of August, 2005 to the following:

Charles R. Corcoran, III, Esq.
Carmody & Torrance LLP
195 Church Street
P.O. Box 1950
New Haven, CT 06509-1950

In addition, it is hereby certified that a copy of the foregoing Motion to Withdraw Appearance was mailed, certified mail, return receipt requested, this 10th day of August, 2005 to:

Syngenta Crop Protection, Inc.
410 Swing Road
Greensboro, NC 27409

_____
Karen T. Staib

410032 v.01 S3