UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNIROYAL CHEMICAL COMPANY, INC., d/b/a CROMPTON MANUFACTURING COMPANY, | : : : | |
| Plaintiff, | : : | Civil Action No. 3:02cv02253 (AHN) |
| v. | : : | |
| SYNGENTA CROP PROTECTION, INC., | : : | |
| Defendant. | : | August 17, 2005 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

PLEASE TAKE NOTICE that the defendant, Syngenta Crop Protection, Inc. (hereinafter, the "Defendant"), by its counsel, Epstein, Becker & Green, P.C., hereby respectfully requests that this Court grant it an extension of time, pursuant to Local Rule 7(b), of twenty-four (24) days from the current deadline of August 22, 2005 (or until and including September 15, 2005) by which to file its opposition to plaintiff Uniroyal Chemical Company, Inc., d/b/a Crompton Manufacturing Company's (hereinafter, the "Plaintiff") Motion To Dismiss Counterclaims, dated August 5, 2005.

The reasons for this request are: (i) lead counsel on this document-intensive matter, William A. Ruskin, Esq., having intimate knowledge of the facts and legal issues of this matter, particularly those underlying Defendant's counterclaims, is on vacation when Defendant's opposing papers are due (the current due date is August 22, 2005) rendering it impossible for Defendant to have adequate opportunity to properly oppose Plaintiff's pending motion; (ii) Attorney Ruskin has just recently (August 1, 2005) joined Epstein, Becker & Green, P.C. from his prior firm, and does not currently have associates who are familiar with the facts of this

matter; and (iii) insofar as Attorney Ruskin has just joined Epstein Becker & Green, P.C. and requires sufficient time to organize his voluminous office files for this matter, the instant application for an extension of time is reasonable.

Consequently, Defendant respectfully submits that additional time is needed for Defendant to properly and competently oppose Plaintiff's instant motion.

Plaintiff's counsel, Anne D. Peterson, Esq. of Carmody & Torrance LLP has advised in a telephone call that Plaintiff has no objection to the Court's granting of this motion.

Defendant has made no prior application for the relief requested herein.

WHEREFORE, Defendant respectfully requests that this Court grant it an extension of time of twenty-four (24) days (or until and including September 15, 2005) by which to file its opposition to Plaintiff's Motion To Dismiss Counterclaims.

> Respectfully submitted,
> THE DEFENDANT
> SYNGENTA CROP PROTECTION, INC.
>
> By: */s/ William A. Ruskin*
>     William A. Ruskin
>     Federal Bar No. ct20898
> EPSTEIN, BECKER & GREEN, P.C.
> Its Attorneys
> 250 Park Avenue
> New York, New York 10177
> Phone: (212) 351-4500
> Fax:    (212) 661-0989
> E-mail: wruskin@ebglaw.com

## CERTIFICATE OF SERVICE

I, William A. Ruskin, hereby certify that on August 17, 2005, a copy of the foregoing Unopposed Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ William A. Ruskin*
William A. Ruskin
Federal Bar No. ct20898
EPSTEIN, BECKER & GREEN, P.C.
250 Park Avenue
New York, New York 10177
Phone: (212) 351-4500
Fax:    (212) 661-0989
E-mail: wruskin@ebglaw.com