UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIROYAL CHEMICAL COMPANY INC., d/b/a CROMPTON MANUFACTURING COMPANY<br>PLAINTIFF,<br><br>v.<br><br>SYNGENTA CROP PROTECTION, INC.<br>DEFENDANT. | CIV. NO. 3:02cv2253 (AHN) |

## AMENDED SCHEDULING ORDER

The court approves the following amended schedule, jointly proposed by the parties.

Depositions of fact witnesses will be completed by September 30, 2005.

Plaintiff will disclose its expert witnesses on or before October 31, 2005. Defendant will disclose its expert witnesses on or before November 30, 2005.

Plaintiff, without waiving any present objections, will provide supplemental responses to Defendant's Fifth Set of Interrogatories on or before September 12, 2005.

Plaintiff, without waiving any present objections, will provide supplemental responses to Defendant's Sixth Request for Production on or before September 12, 2005.

Plaintiff shall provide a written response to the issues raised by Defendant's counsel concerning the court's discovery rulings on or before August 30, 2005.

SO ORDERED at Bridgeport this 6th day of September, 2005.


____/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE