UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
VOLUME I

ORIGINAL

- - - - - - - - - - - - - - - - - - - -x
UNIROYAL CHEMICAL COMPANY, INC. :
d/b/a CROMPTON MANUFACTURING :
COMPANY, :
Plaintiff, :
vs. : CIVIL ACTION NO.
: 3:02CV02253
:
SYNGENTA CROP PROTECTION, INC. :
Defendant. :
- - - - - - - - - - - - - - - - - - - -x

Deposition of LAUREEN C. TREU, taken pursuant to the Federal Rules of Civil Procedure, before Melissa J. Kelly, RPR, CRR, Licensed Shorthand Reporter #00307, and Notary Public within and for the State of Connecticut, held at the offices of Shipman & Goodwin LLP, 300 Atlantic Street, Stamford, Connecticut, on January 12, 2004, at 10:25 a.m.

DEL VECCHIO REPORTING SERVICES, LLC
PROFESSIONAL SHORTHAND REPORTERS
117 RANDI DRIVE
MADISON, CT 06443
HARTFORD 203 245-9583 STAMFORD

BY MR. RUSKIN:

Q. Now, Mr. Kelley, in the bottom of Uniroyal Exhibit 30, says either party may terminate on 180 days notice.

A. Uh-huh.

Q. Is that your understanding of what the parties may do under the agreement?

A. My understanding -- clearly, my understanding, I'm going back in memory from prior interpretation of the supply agreement is if you didn't notify by the end of June -- you notify by June, it was 180 days notice. If you didn't notify until after June, you could not terminate until a year from that December.

That's my understanding.

Q. When did Uniroyal first consider coming out with a generic Paclobutrazol?

A. After we were receiving signals within Syngenta/Zeneca that the agreement may be in jeopardy.

Q. When was that?

A. Probably around -- I'd have to review documents, but probably my best guess is around 2000.

Q. Before the Novartis/Zeneca merger?

A. Yeah. I'd say about the time.

MR. CORCORAN: Don't guess.

THE WITNESS: I'm guessing.

MR. CORCORAN: Please don't. That last answer was a guess.

BY MR. RUSKIN:

Q. Well, in 1995, when there was some indication that the -- well, in 1995, when the Development Agreement only had one year left on it, did Uniroyal consider its options if the supply agreement was not renewed?

MR. CORCORAN: Objection to the form of the question. I don't know what "its options" means, if anything.

The witness can answer if she knows.

THE WITNESS: I don't know. I don't recall.

BY MR. RUSKIN:

Q. You don't recall whether in 1995 there was any consideration of sourcing a generic Paclobutrazol?

A. I believe that's highly unlikely in 1995.

Q. Did Uniroyal make the decision that it was making more money under the supply agreement with Zeneca than it could make by sourcing the product

itself somewhere else?

A. No.

Q. Never internally discussed that?

A. Repeat your question. The first question.

Q. Did --

MR. CORCORAN: Can that be read back, please. So there's question, answer and then subsequent question.

(Whereupon the record was read by the Court Reporter.)

MR. CORCORAN: That's not a really very carefully put question. If you're asking the witness does she recall whether or not that was ever discussed internally, she can answer that question.

THE WITNESS: I need clarification because we flipped from 1995, a question that was specific to 1995 to something other than that.

MR. CORCORAN: To ever.

THE WITNESS: So I'm confused.

MR. CORCORAN: You changed the time frame.

MR. RUSKIN: I just feel that you're interrupting with my questions and you're

giving her coaching and I think it's improper.

MR. CORCORAN: That's not intended and if that's the impression I'm giving, I apologize.

MR. RUSKIN: That's what I'm getting.

MR. CORCORAN: Absolutely not.

BY MR. RUSKIN:

Q. Let's start with 2000.

In 2000, when you were getting -- hearing in the marketplace that there might be a Zeneca merger with Novartis, did the company internally discuss coming out with a generic product?

A. We discussed coming out with a generic product in and around that time frame, not necessarily related to the Zeneca/Novartis merger. It was more closely related to signals we were clearly getting from within Zeneca.

Q. From Zeneca, not from any potential Novartis merger?

A. It happened around the time frame. It never occurred to me that it was specifically due to the merger at that point in time.

Q. What were the signals you were getting from Zeneca?

CERTIFICATE

I hereby certify that I am a Notary Public, in and for the State of Connecticut, duly commissioned and qualified to administer oaths.

I further certify that the deponent named in the foregoing deposition was by me duly sworn, and thereupon testified as appears in the foregoing deposition; that said deposition was taken by me stenographically in the presence of counsel and reduced to typewriting under my direction, and the foregoing is a true and accurate transcript of the testimony.

I further certify that I am neither of counsel nor attorney to either of the parties to said suit, nor am I an employee of either party to said suit, nor of either counsel in said suit, nor am I interested in the outcome of said cause.

Witness my hand and seal as Notary Public this 15th of January, 2004.

Melissa J. Kelly

Melissa J. Kelly, RPR, CRR
Licensed Shorthand Reporter #00307

My Commission expires: September 30, 2008