1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

----------------------------X

UNIROYAL CHEMICAL COMPANY,  :
INC. d/b/a CROMPTON
MANUFACTURING COMPANY       :

            Plaintiff,      :

      VS.                   :    NO. 3:02CV02253 (AHN)

SYNGENTA CROP PROTECTION,    :
INC.
                            :

            Defendant.

----------------------------X                    ORIGINAL


D E P O S I T I O N


        THE DEPOSITION OF ALFRED F. INGULLI,

taken on behalf of the Defendant, before Kevin

Lombino, Registered Professional Reporter,

Notary Public within the State of Connecticut

License Number 191, on the 14th day of April,

2004, at 10:00 a.m., at the offices of Shipman &

Goodwin LLP, 300 Atlantic Street, Stamford,

Connecticut.


        GOLDFARB AND AJELLO (203) 972-8320

177

1  BY MR. MEO:

2      Q.    Mr. Ingulli, is one the purposes of this lawsuit

3  to limit how Syngenta may label its Bonzi product?

4                MR. CORCORAN:  Objection to the form of the

5          question.  The relief which is -- that's a legal

6          question which relates to the relief, I think,

7          what you are seeking, which is really something

8          Mr. Ingulli may not be familiar with.

9                MR. MEO:  He may not.  I think it's fair to

10         ask Mr. Ingulli what UniRoyal's goals are in

11         this lawsuit separate and apart from whatever

12         relief it may be seeking from that legal

13         perspective.

14     Q.    So I pose the question.

15               MR. CORCORAN:  You may answer it if you can.

16     A.    We have two objectives.  One is either to be

17  compensated for what we perceived as a violation of the

18  development agreement by Syngenta, or absent that return

19  of Bonzi to us under the terms and conditions that allow

20  us to re-enter the market in a competitive way.

21     Q.    Have you discussed with anyone, other than your

22  attorneys, UniRoyal's goals in bringing this lawsuit that

23  you just articulated to me?

24     A.    With Laurie Treu I have.

25     Q.    Anybody else?

                **GOLDFARB AND AJELLO (203) 972-8320**

178

1      A.    No, with Laurie Treu.

2      Q.    Have you discussed it with Kevin Donovan?

3      A.    No.

4      Q.    Can you describe the conversations you have had

5  with Laurie Treu about that subject?

6      A.    They were exactly what I stated to you, that our

7  objective is to either get compensated for appropriation

8  of our property by Syngenta or to get the product back,

9  which is the nature of the conversation.

10     Q.    If Syngenta were limited in how it could label

11 its Bonzi product, that would decrease Syngenta's sales

12 of Bonzi; wouldn't it?

13     A.    Yes, it would.

14     Q.    If Syngenta were limited in how it could label

15 its Bonzi product, that would enhance the sales of

16 Bonzi's competitors; wouldn't it?

17     A.    It's reasonable to make that assumption.

18          MR. MEO:  Mark this attorney's eyes only.

19          (Continued on the next page to the

20          attorney's eyes only portion of the transcript.)

21

22

23

24

25

GOLDFARB AND AJELLO (203) 972-8320

179

1               FOR ATTORNEY'S EYES ONLY

2   BY MR. MEO:

3       Q.   It would also enhance UniRoyal's sales of its

4   generic product Paczol that is coming out in a year or

5   so?

6       A.   If and when it registers.

7       Q.   That's a yes?

8       A.   Yes, that's a yes.

9            MR. MEO:  Back on, remove the designation.

10           (End of highly confidential portion of the

11       transcript.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

196

```
 1   STATE OF CONNECTICUT  )

 2                         )  ss:  WALLINGFORD

 3   COUNTY OF NEW HAVEN   )

 4

 5           I, Kevin Lombino, a Registered Professional

 6   Reporter and Notary Public within and for the State of

 7   Connecticut, do hereby certify that the within deposition

 8   of ALFRED F. INGULLI was held before me on the 14th day

 9   of April, 2004.

10           I further certify that the witness was first

11   sworn by me to tell the truth, the whole truth and

12   nothing but the truth, and was examined by counsel, and

13   his testimony was recorded stenographically by me, it was

14   reduced to typewriting under my supervision, and I hereby

15   submit that the within contents of said deposition are

16   true and accurate to the best of my ability.

17           I further certify that I am not a relative of

18   nor an attorney for any of the parties connected with the

19   aforesaid examination, nor otherwise interested in the

20   testimony of the witness.

21           Dated at Wallingford, Connecticut, the 4th day

22   of May, 2004.

23                     _____

                        Kevin Lombino, License#LSR00191
24

25   (My commission expires October 31, 2007.)
```

GOLDFARB AND AJELLO (203) 972-8320