Page 1

```
 1              UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
 2
     CASE No. 3:02 CV 02253
 3   - - - - - - - - - - - - - - - - -X
 4   UNIROYAL CHEMICAL COMPANY, INC.
 5   d/b/a CROMPTON MANUFACTURING
     COMPANY, et al.,
 6
                        Plaintiffs,
 7
                  vs.
 8
     SYNGENTA CROP PROTECTION,
 9   INC., et al.
10                      Defendants.
     - - - - - - - - - - - - - - - - -X
11
12
13
14              D E P O S I T I O N
15      The deposition of KEVIN DONOVAN was taken pursuant
16   to Notice at the law offices of Shipman & Goodwin, LLP,
17   300 Atlantic Street, Stamford, Connecticut, before
18   Viktoria V. Stockmal, License #00251, a Notary Public in
19   and for the State of Connecticut, on Friday, May 14, 2004
20   at 10:01 a.m.
21
22
23
24
25
```

Uniroyal Chemical v. Syngenta Crop

May 14, 2004                                                    Kevin Donovan

Page 30

```
 1                  (Deposition Exhibit 1 was marked
 2             for identification: Printout document,
 3             Bates stamped CC01423.)
 4   BY MR. RUSKIN:
 5        Q     Mr. Donovan, I show you what's been marked
 6   as Donovan Exhibit 1 for identification and ask you if
 7   you can identify it?
 8        A     It's an e-mail message.
 9        Q     Was this e-mail from Diana N. Bartel dated
10   April 22, 2002 copied to you among others?
11        A     Yes.
12        Q     And attached to that e-mail is another
13   e-mail from Larry Riggs dated March 20, 2002, correct?
14        A     Correct.
15        Q     Do you have a present recollection of having
16   received this e-mail?
17             MR. CORCORAN: The witness hasn't
18   really had sufficient time to read it.
19             MR. RUSKIN: Oh, I'm sorry.
20             MR. CORCORAN: I think if you feel
21   you need to read it in order to answer the question,
22   please do so.
23   BY THE WITNESS:
24        A     The answer is no.
25        Q     What is your understanding of the purpose of
```

SANDERS, GALE & RUSSELL
(203) 624-4157

Page 31

```
1    Mr. Riggs' e-mail?
2               MR. CORCORAN:  Objection to the form
3    of the question.  We don't know what was in Mr. Riggs'
4    mind, A; B, the document speaks for itself.  You may
5    answer.
6        A      It appears that we are preparing for the
7    possibility of entering the market with a generic
8    Paclobutrazol and identifying potential customers.
9        Q      And these potential customers are existing
10   Bonzi growers?
11       A      Yes.
12       Q      That's a yes or no.
13              And was it an e-mail sent to you, was it to
14   assist Mr. Riggs in identifying top Bonzi growers in
15   territory 057 to quietly determine whether they might --
16   how they might respond to a generic Paclobutrazol?
17              MR. CORCORAN:  Could that be read
18   back?
19              (Whereby, the pertinent question was
20         read.)
21              MR. CORCORAN:  Same objection.  You
22   may answer.
23   BY THE WITNESS:
24       A      That's not my understanding of the e-mail.
25       Q      Well had you discussed with -- To your
```

```
 1                         CERTIFICATE

 2   STATE OF CONNECTICUT  )
 3                         )    SS    NEWTOWN
     COUNTY OF FAIRFIELD   )
 4

 5

 6
             I, VIKTORIA V. STOCKMAL, a Notary Public duly
 7   commissioned and qualified in and for the county of New
     Haven, State of Connecticut, do hereby certify that
 8   pursuant to the notice of deposition, the said witness
     came before me at the aforementioned time and place and
 9   was duly sworn by me to testify to the truth and nothing
     but the truth of his/her knowledge touching and
10   concerning the matters in controversy in this cause; and
     his/her testimony reduced to writing under my
11   supervision; and that the deposition is a true record of
     the testimony given by the witness.
12
             I further certify that I am neither attorney of
13   nor counsel for, nor related to or employed by any of the
     parties to the action in which this deposition is taken,
14   and further that I am not a relative or employee of any
     attorney or counsel employed by the parties thereto, or
15   financially interested in the action.

16           IN WITNESS WHEREOF, I have hereunto set my hand
     and affixed my notarial seal this  25  day of
17     May      , 2004.

18

19   _____
             VIKTORIA V. STOCKMAL, RMR, CRR
20                   Notary Public
                 CSR License #00251
21
     My commission expires October, 2005.
22

23

24

25
```