1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------X

UNIROYAL CHEMICAL COMPANY,        :
INC. d/b/a CROMPTON
MANUFACTURING COMPANY             :

       Plaintiff,             :

   VS.                            :   NO. 3:02CV02253 (AHN)

SYNGENTA CROP PROTECTION,         :
INC.
                                      :
       Defendant.

---------------------------------X

**ORIGINAL**

D E P O S I T I O N

       THE DEPOSITION OF ALFRED F. INGULLI, taken on behalf of the Defendant, before Kevin Lombino, Registered Professional Reporter, Notary Public within the State of Connecticut License Number 191, on the 14th day of April, 2004, at 10:00 a.m., at the offices of Shipman & Goodwin LLP, 300 Atlantic Street, Stamford, Connecticut.

GOLDFARB AND AJELLO (203) 972-8320

62

1    Q.  So you don't believe that that sentence pertains
2  to new uses developed by UniRoyal for Bonzi?
3         MR. CORCORAN:  Objection to the form of the
4     question.
5    A.  It specifically says "new use or formulation."
6  However, in the agricultural chemical business, it takes
7  a substantial amount of time to get a new use or
8  formulation registered with the EPA, and the concept here
9  is that the clock would start running for five years
10 after the registration was secured to reflect the fact
11 that it might take two, three, four years to get a
12 registration.
13   Q.  When you say the clock would start running, what
14 clock are you referring to, the clock with respect to
15 what?
16   A.  On the five years' supply of Bonzi for the new
17 use or formulation.
18   Q.  Now, the first sentence of Paragraph 4 says,
19 "For each new use or formulation developed by UniRoyal
20 for use in the development field, ICIA will grant to
21 UniRoyal marketing and sales rights as defined in Section
22 1.2 of the Bonzi chemical supply agreement."
23        Now, the next sentence that we have been talking
24 about, which says "Said marketing and sales rights shall
25 be granted for five years from date of registration,"

**GOLDFARB AND AJELLO (203) 972-8320**

63

1  what is your understanding as to what marketing and sales
2  rights are being referred to in this second sentence of
3  Paragraph 4?
4         MR. CORCORAN: Objection to the form of the
5         question.
6     A.  Marketing and sales rights in the development
7  field.
8     Q.  That are developed by UniRoyal, correct?
9     A.  That's correct.
10    Q.  Aren't the marketing and sales rights that are
11 referred to in the second sentence of Paragraph 4 the
12 very same marketing and sales rights that are being
13 referred to in the third sentence of Paragraph 4?
14        MR. CORCORAN: Objection the form of the
15        question. You are arguing with the witness.
16    A.  Please ask the question again.
17        MR. MEO: Can you read it back.
18        (The question was read.)
19    A.  I would say yes.
20    Q.  Those marketing and sales rights are rights with
21 respect to new uses and formulation developed by UniRoyal
22 for use in the development field, right?
23    A.  Yes.
24    Q.  Now, if you turn to the next page of the
25 development agreement, Paragraph 8, the second sentence

196

```
 1  STATE OF CONNECTICUT    )
 2                          )  ss:  WALLINGFORD
 3  COUNTY OF NEW HAVEN     )
 4
 5          I, Kevin Lombino, a Registered Professional
 6  Reporter and Notary Public within and for the State of
 7  Connecticut, do hereby certify that the within deposition
 8  of ALFRED F. INGULLI was held before me on the 14th day
 9  of April, 2004.
10          I further certify that the witness was first
11  sworn by me to tell the truth, the whole truth and
12  nothing but the truth, and was examined by counsel, and
13  his testimony was recorded stenographically by me, it was
14  reduced to typewriting under my supervision, and I hereby
15  submit that the within contents of said deposition are
16  true and accurate to the best of my ability.
17          I further certify that I am not a relative of
18  nor an attorney for any of the parties connected with the
19  aforesaid examination, nor otherwise interested in the
20  testimony of the witness.
21          Dated at Wallingford, Connecticut, the 4th day
22  of May, 2004.
23
24              _____
                Kevin Lombino  License#LSR00191
25  (My commission expires October 31, 2007.)
```

GOLDFARB AND AJELLO (203) 972-8320