```
                                                                  Page 1
  1              UNITED STATES DISTRICT COURT
                   DISTRICT OF CONNECTICUT
  2
         CASE No. 3:02 CV 02253
  3      - - - - - - - - - - - - - - - - -X
  4      UNIROYAL CHEMICAL COMPANY, INC.
  5      d/b/a CROMPTON MANUFACTURING
         COMPANY, et al.,
  6
                      Plaintiffs,
  7
                 vs.
  8
         SYNGENTA CROP PROTECTION,
  9      INC., et al.
 10                   Defendants.
         - - - - - - - - - - - - - - - - -X
 11
 12
 13
 14              D E P O S I T I O N
 15      The deposition of KEVIN DONOVAN was taken pursuant
 16   to Notice at the law offices of Shipman & Goodwin, LLP,
 17   300 Atlantic Street, Stamford, Connecticut, before
 18   Viktoria V. Stockmal, License #00251, a Notary Public in
 19   and for the State of Connecticut, on Friday, May 14, 2004
 20   at 10:01 a.m.
 21
 22
 23
 24
 25
```

Page 43

1   rights shall be granted for five years from the date of
2   registration of any new use or formulation?
3              MR. CORCORAN: Can that question be
4   read back, please?
5              (Whereby, the pertinent question was
6        read.)
7   BY THE WITNESS:
8       A    No.
9       Q    So you don't have any understanding of what
10  the five years clause refers to?
11             MR. CORCORAN: Asked and answered.
12  BY THE WITNESS:
13      A    No.
14      Q    Is it your understanding, from reading the
15  development agreement and reading the chemical supply
16  agreement, that whatever rights Uniroyal may have as a
17  result of developing new uses, that those rights are
18  limited to those uses and use sites specifically
19  delineated in Section 1.2 of the supply agreement?
20             MR. CORCORAN: Same objection.
21  BY THE WITNESS:
22      A    Could you repeat the question?
23             (Whereby, the pertinent question was
24       read.)
25  BY THE WITNESS:

SANDERS, GALE & RUSSELL
(203) 624-4157

Page 44

```
 1     A     Yes.
 2     Q     So am I correct that this agreement of the
 3  development agreement in paragraph four does not give
 4  Uniroyal any rights for developing new uses for
 5  ornamentals?
 6           MR. CORCORAN:  Objection to the form
 7  of the question.
 8  BY THE WITNESS:
 9     A     I didn't understand it.  Could you repeat
10  it?
11     Q     Well let me withdraw it and let me rephrase
12  it.
13        The uses and use sites discussed in Section
14  1.2 of the supply agreement do not include perennials?
15           MR. CORCORAN:  Can that be read back,
16  please.
17           (Whereby, the pertinent question was
18           read.)
19           MR. CORCORAN:  Objection to the form
20  of the question.
21  BY THE WITNESS:
22     A     That would be your opinion.
23     Q     Well are perennials included within the
24  ambient of those use and use sites?
25     A     Yes.
```

```
 1                           CERTIFICATE
 2
     STATE OF CONNECTICUT   )
 3                          )   SS    NEWTOWN
     COUNTY OF FAIRFIELD    )
 4
 5
 6
             I, VIKTORIA V. STOCKMAL, a Notary Public duly
 7   commissioned and qualified in and for the county of New
     Haven, State of Connecticut, do hereby certify that
 8   pursuant to the notice of deposition, the said witness
     came before me at the aforementioned time and place and
 9   was duly sworn by me to testify to the truth and nothing
     but the truth of his/her knowledge touching and
10   concerning the matters in controversy in this cause; and
     his/her testimony reduced to writing under my
11   supervision; and that the deposition is a true record of
     the testimony given by the witness.
12
             I further certify that I am neither attorney of
13   nor counsel for, nor related to or employed by any of the
     parties to the action in which this deposition is taken,
14   and further that I am not a relative or employee of any
     attorney or counsel employed by the parties thereto, or
15   financially interested in the action.

16           IN WITNESS WHEREOF, I have hereunto set my hand
     and affixed my notarial seal this  25  day of
17    May       , 2004.
18
19           _____
             VIKTORIA V. STOCKMAL, RMR, CRR
20                   Notary Public
                 CSR License #00251
21
     My commission expires October, 2005.
22
23
24
25
```