# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNIROYAL CHEMICAL COMPANY, INC., d/b/a CROMPTON MANUFACTURING COMPANY | : | |
| | : | Civil Action No. |
| Plaintiff, | : | 3:02cv02253 (AHN) |
| | : | |
| v. | : | |
| | : | |
| SYNGENTA CROP PROTECTION, INC. | : | |
| | : | |
| Defendant. | : | September 22, 2005 |

## JOINT MOTION FOR EXTENSION OF SCHEDULING ORDER

Pursuant to Rule 16(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the parties to the above matter, Uniroyal Chemical Company, Inc., d/b/a Crompton Manufacturing Company, and Syngenta Crop Protection, Inc. hereby jointly move this Court for an extension of eighteen days of the current scheduling order to allow the completion of fact discovery up to and through November 18, 2005 and for the plaintiff's deadline to disclose its expert witnesses to be extended up to and through December 19, 2005. In support of this motion the parties represent as follows:

{N0736804}

1.      Several of the remaining fact depositions to be completed are of out-of-state, non-party witnesses. These depositions will be taken in Texas, Florida, New York and North Carolina. Because of travel requirements, counsels' trial and arbitration schedules and witness availability, the parties will not be able to complete these depositions in accordance with the current scheduling order.

2.      The parties have been working diligently together in order to complete the fact discovery portion of this case, and believe that good cause exists to extend the scheduling order under the circumstances.

Therefore, the parties hereby jointly move this court for an extension of the current scheduling order to allow for the completion of fact discovery by November 18, 2005, and for the plaintiff's deadline to disclose its expert witnesses to be extended until December 19, 2005.

{N0736804}

CARMODY & TORRANCE LLP    195 Church Street
Attorneys at Law    Post Office Box 1950
New Haven, CT 06509-1950
Telephone: 203 777-5501

PLAINTIFF
UNIROYAL CHEMICAL COMPANY,
INC. d/b/a CROMPTON
MANUFACTURING COMPANY


_____
Charles F. Corcoran, III (ct 04299)
Carmody & Torrance LLP
195 Church Street, P.O. Box 1950
New Haven, Connecticut  06509-1950
Tel:  (203) 777-5501
Fax:  (203) 784-3199
E-mail:  ccorcoran@carmodylaw.com
Its Attorneys



DEFENDANT
SYNGENTA CROP PROTECTION, INC.


_____
William A. Ruskin
(Fed. Bar No. ct20898)
Epstein, Becker & Green, P.C.
250 Park Avenue
New York, NY  10177
Telephone:  (212) 351-4740
Facsimile:  (212) 878-8740
E-mail:  wruskin@ebglaw.com
Its attorneys

{N0736804}

CARMODY & TORRANCE LLP     195 Church  Street
Attorneys at Law                    Post Office Box 1950
                                            New Haven, CT 06509-1950
                                            Telephone: 203 777-5501

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the above date, to:

William A. Ruskin
(Fed. Bar No. ct20898)
Epstein, Becker & Green, P.C.
250 Park Avenue
New York, NY 10177
Telephone: (212) 351-4740
Facsimile: (212) 878-8740
E-mail: wruskin@ebglaw.com

_____
Charles F. Corcoran, III

{N0736804}

CARMODY & TORRANCE LLP    195 Church Street
Attorneys at Law                    Post Office Box 1950
                                           New Haven, CT 06509-1950
                                           Telephone: 203 777-5501