UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIROYAL CHEMICAL COMPANY, INC., d/b/a CROMPTON MANUFACTURING COMPANY : : : : Plaintiff, : : v. : : SYNGENTA CROP PROTECTION, INC. : : Defendant. : | Civil Action No. 3:02cv02253 (AHN) December 13, 2005 |

### UNOPPOSED MOTION FOR MODIFICATION OF SCHEDULING ORDER

Pursuant to Rule 16(b) of the Local Civil Rules of the United States District Court for the District of Connecticut, the plaintiff in the above matter, Uniroyal Chemical Company, Inc., d/b/a Crompton Manufacturing Company, hereby moves this Court for an extension of thirty (30) days of the current scheduling order to extend the deadline for plaintiff's disclosure of expert witnesses until January 18, 2006. Counsel for the defendant is not opposed to this extension. In support of this motion the plaintiff represents as follows:

1. Counsel for the plaintiff has confirmed with its expert witness that although a final report is currently being prepared, this report will not be fully completed so as to be filed by the current deadline of December 19, 2005. Therefore, in order to ensure full compliance with both the Federal Rules of Civil Procedure and this Court's Local Rules, the

plaintiff respectfully requests an additional 30 days in which to complete the report.

Although the parties have previously jointly requested modifications of the Court's scheduling order, this is the first motion for extension of time filed by the plaintiff specifically with regard to its expert disclosure. This case has not yet been assigned for trial.

PLAINTIFF,
UNIROYAL CHEMICAL COMPANY,
INC. d/b/a CROMPTON
MANUFACTURING COMPANY

*[signature]*

Anne D. Peterson (ct 20181)
Charles F. Corcoran, III (ct 04299)
Carmody & Torrance LLP
195 Church Street, P.O. Box 1950
New Haven, CT  06509-1950
Tel:  (203) 777-5501
Fax:  (203) 784-3199
E-mail: ccorcoran@carmodylaw.com
E-mail: apeterson@carmodylaw.com
Its Attorneys

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the above date, to:

William A. Ruskin (Fed. Bar No. ct20898)
Epstein, Becker & Green, P.C.
250 Park Avenue
New York, NY  10177
Telephone:  (212) 351-4740
Facsimile:  (212) 878-8740
E-mail: wruskin@ebglaw.com

*[signature]*
Anne D. Peterson
