UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------- x
UNIROYAL CHEMICAL COMPANY, INC. d/b/a :
CROMPTON MANUFACTURING COMPANY, :
                Plaintiff, : Civil Action No.
                 : 3:02CV2253(AHN)
        - against - :
                 :
SYNGENTA CROP PROTECTION, INC., : February 3, 2006
                Defendant. :
---------------------------------- x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Peter L. Altieri, of Epstein, Becker & Green, P.C., hereby appears as an additional attorney of record for the Defendant SYNGENTA CROP PROTECTION, INC., in the above-captioned action. Copies of all papers and communications in this matter should be directed to the firm's office at 250 Park Avenue, New York, New York 10177-1211.

                EPSTEIN BECKER & GREEN, P.C.
                Attorneys for Defendant

        By: _____
                Peter L. Altieri (ct 06688)
                William A. Ruskin (ct 20898)
                250 Park Avenue
                New York, New York 10177-1211
                (212) 351-4500

                One Landmark Square, Suite 1800
                Stamford, Connecticut 06901
                (203) 348-3737

NY:961097v1

- 2 -

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing NOTICE OF APPEARANCE was sent, via U.S. Mail, this 3rd day of February, 2006 to:

> Charles F. Corcoran III, Esq.
> Carmody & Torrance LLP
> 195 Church Street
> P.O. Box 1950
> New Haven, CT 06509-1950

_____
Peter L. Altieri (ct 06688)