UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNIROYAL CHEMICAL COMPANY INC., d/b/a CROMPTON MANUFACTURING COMPANY,<br><br>           Plaintiffs,<br><br>v.<br><br>SYNGENTA CROP PROTECTION, INC.,<br><br>           Defendants. | CIV. NO. 3:02cv02253(AHN) |

### AMENDED SCHEDULING ORDER

The Court approves the following amended schedule, jointly proposed by the Parties.

Defendant Syngenta Crop Protection, Inc. will make its Expert Disclosure thirty (30) days from the completion of the deposition of Plaintiff's expert, Dr. James Barrett. Furthermore, Plaintiff shall have sixty (60) days from the date of Defendant's Expert Disclosure in which to depose Defendant's Experts.

SO ORDERED at Bridgeport this __17__ of February, 2006.

                                              HOLLY B. FITZSIMMONS
                                              UNITED STATES MAGISTRATE JUDGE