UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNIROYAL CHEMICAL CO INC.

      v                                                                                3:02cv2253 (AHN)

SYNGENTA CROP PROTECTION, INC.

## JUDGMENT

This matter came on before the Honorable Alan H. Nevas, Senior United States District Judge, as a result of defendant's motion for summary judgment and plaintiff's motion to dismiss defendant's counterclaims.

The Court heard oral argument on February 2, 2006 and has reviewed all of the papers filed in conjunction with the motions. On March 1, 2006 a ruling on Motion for Summary Judgment and Motion to Dismiss was entered by the court granting the defendant's motion for summary judgment and granting plaintiff's motion to dismiss defendant's counterclaims.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendant and the case is closed.

Dated a Bridgeport, Connecticut, this 10th day of March 2006.

                                                                                     Kevin F. Rowe, Clerk

                                                                                     By___/s/_____
                                                                                             Deputy Clerk

Entered on Docket _____